# In the United States Court of Federal Claims

**No. 02-926C**
**(Filed May 19, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DETROIT EDISON COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

On May 18, 2004, the Court held a telephonic status conference in the above-captioned action. In accordance with the representations during that conference, the Court sets the following schedule:

1. On or before **May 27, 2004**, Defendant shall file its supplemental brief in support of its pending motion for summary judgment, and Plaintiff shall file any reply by **June 10, 2004**.

2. Plaintiff shall file its motion for partial summary judgment on liability on or before **May 28, 2004**. Defendant shall respond by **June 25, 2004**, and Plaintiff shall file any reply by **July 14, 2004**.

3. The parties shall advise the Court of their positions on a Protective Order and Order for Handling E-Mail by **June 11, 2004**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**