# In the United States Court of Federal Claims

**02-626C**

**Filed: May 27, 2004**

**DETROIT EDISON COMPANY,**

**v.**

**THE UNITED STATES**

**Appendix to Dft's Supplemental Brief**

The above document has been filed with the Clerk's Office UNDER SEAL in hard copy and is not available electronically.