# In the United States Court of Federal Claims

**No. 02-926C**
**(Filed June 16, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DETROIT EDISON COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

---

On June 10, 2004, Plaintiff filed an unopposed motion for leave to exceed the 30-page limitation in Rule 5.2(b)(2) of the RCFC for filing its reply in support of its cross-motion for partial summary judgment on the acceptance rate. Good cause having been shown, Plaintiff's motion is **GRANTED**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**