# In the United States Court of Federal Claims

**No. 02-926C**

**(Filed July 27, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **DETROIT EDISON COMPANY,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME**

---

On July 26, 2004, Defendant filed an unopposed motion for an enlargement of time of 3 days, to and including July 28, 2004, within which to file its response to Plaintiff's motion for partial summary judgment regarding liability. Good cause having been shown, this motion is **GRANTED**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**