TABLE OF CONTENTS

PAGE(S)

STATEMENT OF THE ISSUES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

STATEMENT OF FACTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

SUMMARY OF ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

I. THE GOVERNMENT IS ENTITLED TO SUMMARY JUDGMENT UPON DETROIT EDISON'S BREACH OF CONTRACT CLAIM BECAUSE DETROIT EDISON HAS SOUGHT DAMAGES BEFORE ANY RIGHT TO ACCEPTANCE OF ITS SNF BY DOE HAS ACCRUED . . . . . . . . . . . . . . . . . . 4

A. The Standard Of Review For Summary Judgment . . . . . . . . . . . . . . . . . . 4

B. Detroit Edison Cannot Seek A Liability Ruling When DOE Has Not Breached Any Contract Obligation To Accept Detroit Edison's Spent Nuclear Fuel And When Detroit Edison Cannot Establish Any Damage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

C. A Primary Requirement Of The Standard Contract Is That Oldest Fuel Generated In The Industry Receives Priority For Acceptance And That Acceptance Rights Be Defined In Delivery Commitment Schedules . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

D. Under The "Oldest Fuel First" Allocation System, And Based Upon Detroit Edison's Failure To Submit Any DCSs, DOE Has Not Yet Breached Any Obligation To Accept SNF From Detroit Edison . . . . . . . 12

E. Detroit Edison's Assertion That DOE Was Obligated To Begin SNF Acceptance From Detroit Edison Itself On January 31, 1998, Conflicts With Detroit Edison's Past Conduct And The Language Of The Standard Contract . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

F. Because DOE Is Not Obligated To Accept Detroit Edison's SNF During the First Ten Years Of SNF Acceptance Under The Standard Contract, Detroit Edison Cannot Identify Any Breach That Runs Directly To Detroit Edison . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

TABLE OF CONTENTS (cont'd)

PAGE(S)

G. Because Damages For A Partial Breach Of Contract Are Measured From The Date Of The Partial Breach, Detroit Edison Has No Basis At This Time For Seeking Damages Or A Liability Ruling . . . . . . . . . . 17

II. DETROIT EDISON'S GOOD FAITH AND FAIR DEALING CLAIM FAILS AS A MATTER OF LAW BECAUSE IT IS BASED UPON A DELAY IN CONTRACTUAL PERFORMANCE AND DETROIT EDISON CANNOT PRESENT "WELL-NIGH IRREFRAGABLE PROOF" TO OVERCOME THE PRESUMPTION THAT THE GOVERNMENT ACTED IN GOOD FAITH . . . . . . . . . . 19

III. TO THE EXTENT THAT THE COURT WOULD OTHERWISE GRANT THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY, THE COURT SHOULD GRANT THE UNITED STATES DISCOVERY PURSUANT TO RULE 56(f) BEFORE DECIDING THAT MOTION . . . . . . . . . . 22

CONCLUSION . . . . . . . . . . 23

# TABLE OF AUTHORITIES

CASES PAGE(S)

A&S Council Oil Co. v. Lader,
56 F.3d 234 (D.C. Cir. 1995) . . . . . 25

Allstate Finance Corp. v. Utility Trailer of Ill., Inc.,
936 F. Supp. 525 (N.D. Ill. 1996) . . . . . 20

Alvin Ltd. v. United States Postal Service,
816 F.2d 1562 (Fed. Cir. 1987) . . . . . 14, 22

Am-Pro Protective Agency, Inc. v. United States,
281 F.3d 1234 (Fed. Cir. 2002) . . . . . 20, 21

Anderson v. Liberty Lobby, Inc.,
477 U.S. 242 (1986) . . . . . 4

Asco-Falcon II Shipping Co. v. United States,
32 Fed. Cl. 595 (1994) . . . . . 20

Avia Group International, Inc. v. L.A. Gear California, Inc.,
853 F.2d 1557 (Fed. Cir. 1988) . . . . . 4

Bayer AG. v. Biovail Corp.,
279 F.3d 1340 (Fed. Cir. 2002) . . . . . 16

Beacon Oil Co. v. O'Leary,
71 F.3d 391 (Fed. Cir. 1995) . . . . . 15

C.B.C. Enterprises, Inc. v. United States,
24 Cl. Ct. 1 (1991) . . . . . 20

Caldwell & Santmyer, Inc. v. Glickman,
55 F.3d 1578 (Fed. Cir. 1995) . . . . . 21

Cities Service Helix, Inc. v. United States,
211 Ct. Cl. 222, 543 F.2d 1306 (1976) . . . . . 18

City of Fairfax, Va. v. Washington Metropolitan Area Transit Authority,
582 F.2d 1321 (4th Cir. 1978), cert. denied, 440 U.S. 914 (1979) . . . . . 18

Conley v. Gibson,
355 U.S. 41 (1957) . . . . . 22

Cosmo Construction Co. v. United States,
196 Ct. Cl. 463, 451 F.2d 602 (1971) . . . . . 6, 19

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Dombrovskis v. Esperdy,
185 F. Supp. 478 (S.D.N.Y. 1960) . . . . . 22

Gadsden v. United States,
78 F. Supp. 126 (Ct. Cl. 1948) . . . . . 21

Hansen Bancorp, Inc. v. United States,
53 Fed. Cl. 92 (2002) . . . . . 18

Heagy v. United States,
12 Cl. Ct. 694 (1987), aff'd, 848 F.2d 1244 (Fed. Cir. 1988) . . . . . 20

Indiana Michigan Power Co. v. United States,
60 Fed. Cl. 639 (2004) . . . . . 18

J.J. Henry Co. v. United States,
411 F.2d 1246 (Ct. Cl. 1969) . . . . . 25

Julius Goldman's Egg City v. United States,
697 F.2d 1051 (Fed. Cir. 1983), cert. denied, 464 U.S. 814 (1983) . . . . . 14, 22

Kucharczyk v. Regents of University of Calif.,
946 F. Supp. 1419 (N.D. Cal. 1996) . . . . . 20

Librach v. United States,
147 Ct. Cl. 605 (1959) . . . . . 21

Lovink v. Guilford Mills, Inc.,
878 F.2d 584 (2d Cir. 1989) . . . . . 18

Lucente v. International Bus. Machines Corp.,
310 F.3d 243 (2d Cir. 2002) . . . . . 17

Maine Yankee Atomic Power Co. v. United States,
225 F.3d 1336 (Fed. Cir. 2000) . . . . . 15, 16

Michael Rose Productions, Inc. v. Loew's Inc.,
141 F. Supp. 257 (S.D.N.Y. 1956) . . . . . 22

Mingus Constructors, Inc. v. United States,
812 F.2d 1387 (Fed. Cir. 1987) . . . . . 4

TABLE OF AUTHORITIES (cont'd)


CASES PAGE(S)

Omni Corp. v. United States,
41 Fed. Cl. 585 (1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14, 22

Papasan v. Allain,
478 U.S. 265 (1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

Puritan Assocs. v. United States,
215 Ct. Cl. 976 (1977) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 19

Reynolds v. United States,
141 Ct. Cl. 211, 158 F. Supp. 719 (1958) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Sanders v. United States Postal Service,
801 F.2d 1328 (Fed. Cir. 1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

State of Alaska v. United States,
35 Fed. Cl. 685 (1996), aff'd, 119 F.3d 16 (Fed. Cir. 1997), cert. denied . . . . . . . . . . . 20

Struck Construction Co. v. United States,
96 Ct. Cl. 186 (Ct. Cl. 1942) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Sweats Fashions, Inc. v. Pannill Knitting Company, Inc.,
833 F.2d 1560 (Fed. Cir. 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Tennessee Valley Authority v. United States,
60 Fed. Cl. 665 (2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

The Pantry, Inc. v. Stop-N-Go Foods, Inc.,
796 F. Supp. 1164 (S.D. Ind. 1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Torncello v. United States,
681 F.2d 756 (Ct. Cl. 1982) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

Village on Canon v. Bankers Trust Co.,
920 F. Supp. 520 (S.D.N.Y. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

Winstar Corp. v. United States,
21 Cl. Ct. 112 (1990), aff'd, 64 F.3d 1531 (Fed. Cir. 1995) (en banc), aff'd,
518 U.S. 839 (1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

STATUTES AND REGULATIONS

10 C.F.R. § 961.11, Art. V.B . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

TABLE OF AUTHORITIES (cont'd)

MISCELLANEOUS PAGE(S)

4 A. Corbin, Corbin on Contracts § 972 (1951) . . . . . . . . . . . . . . . . . . . . 18

Restatement (Second) of Contracts § 205 . . . . . . . . . . . . . . . . . . . . 20

Restatement (Second) of Contracts § 253 . . . . . . . . . . . . . . . . . . . . 18

INDEX TO APPENDIX


DOCUMENT — PAGE

Portions of the Administrative Record of the DOE Standard Contract Rulemaking for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste . . . . . 1

Edison Electric Institute Comments, March 7, 1983 . . . . . 1

Statement of M.C. Cook, Vice President, Florida Power & Light Company, March 1, 1983 . . . . . 35

Northern States Power Comments, March 3, 1983 . . . . . 38

Cincinnati Gas & Electric Comments, March 4, 1983 . . . . . 43

Consumers Power Company Comments . . . . . 45

Public Service Company of Colorado Comments . . . . . 50

Cleveland Electric Illuminating Company Comments . . . . . 52

Gulf States Utilities Comments . . . . . 56

Wisconsin Public Service Corporation Comments . . . . . 62

Yankee Atomic Electric Company Comments, March 4, 1983 . . . . . 64

Public Service Electric and Gas Company Comments . . . . . 66

Long Island Lighting Company Comments, March 3, 1983 . . . . . 70

Northeast Utilities Comments, March 3, 1983 . . . . . 72

Alabama Power Company Comments, March 4, 1983 . . . . . 74

Kansas Gas and Electric Company Comments, March 1, 1983 . . . . . 78

Iowa Electric Light and Power Company Comments, March 3, 1983 . . . . . 81

Mississippi Power & Light Company Comments, March 4, 1983 . . . . . 84

Portland General Electric Company Comments, March 4, 1983 . . . . . 89

INDEX TO THE APPENDIX (cont'd)

DOCUMENT PAGE

Detroit Edison Comments, March 3, 1983 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92

Florida Power & Light Company Comments, March 7, 1983 . . . . . . . . . . . . . . . . . . . . . 94

Duquesne Light Company Comments, March 4, 1983 . . . . . . . . . . . . . . . . . . . . . . . . . . 96

Pacific Gas and Electric Company Comments, March 4, 1983 . . . . . . . . . . . . . . . . . . . . 99

TVA Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 104

Houston Lighting and Power Company Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . 106

Middle South Services, Inc. Comments, March 7, 1983 . . . . . . . . . . . . . . . . . . . . . . . . 107

Vermont Yankee Nuclear Power Corp. Comments, March 7, 1983 . . . . . . . . . . . . . . . 110

Consolidated Edison Company of New York Comments, March 7, 1983 . . . . . . . . . . 113

Dairyland Power Cooperative Comments, March 7, 1983 . . . . . . . . . . . . . . . . . . . . . 115

Georgia Power Comments, March 4, 1983 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 118

Letter from Secretary Hodel to Senator Johnston, September 7, 1984 . . . . . . . . . . . . . . . . . . 122

Letter from J. Michael Farrell to Honorable Philip R. Sharp, April 1, 1987 . . . . . . . . . . . . . . . 126

Memo from Ronald A. Milner, December 20, 1991 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 141

Letter from M. Detmer to J.M. Buchheit, March 4, 1992 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 143

Letter from M. Detmer to Michael E. Thomas, March 4, 1992 . . . . . . . . . . . . . . . . . . . . . . . . 153

Letter from M. Detmer to J.E. McKissick, March 4, 1992 . . . . . . . . . . . . . . . . . . . . . . . . . . . 163

Portions of Mission Plan for the Civilian Radioactive Waste Management Program, June 1985 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 188

Portions of OCRWM Mission Plan Amendment, June 1987 . . . . . . . . . . . . . . . . . . . . . . . . . 205

INDEX TO THE APPENDIX (cont'd)

DOCUMENT PAGE

Portions of Annual Capacity Report, June 1987 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 208

Portions of Annual Capacity Report, June 1988 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 211

Portions of Annual Capacity Report, December 1990 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 214

Portions of Annual Capacity Report, December 1991 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 219

Portions of 1992 Acceptance Priority Ranking, Revision 1, May 1993 . . . . . . . . . . . . . . . . . . . 257

Portions of Acceptance Priority Ranking and Annual Capacity Report, March 1995 . . . . . . . . 289

Detroit Edison's Standard Contract For Disposal Of Spent Nuclear Fuel
And/Or High-Level Radioactive Waste . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 358

Portions of Annual Capacity Report, December 1991 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 402

Portions of 1992 Annual Capacity Report, Revision 1, May 1993 . . . . . . . . . . . . . . . . . . . . . . 464