1992 ACCEPTANCE PRIORITY RANKING (continued)

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 87 06 06 | 196 | 34.66 | 15138.54 |
| LONG ISL LIGHT COMPANY | SHOREHAM | SHOREHAM | BWR | 87 06 06 | 560 | 102.48 | 15241.02 |
| *INDIANA & MICH ELEC COMPANY | COOK 1 | COOK 1 | PWR | 87 06 21 | 80 | 35.71 | 15276.73 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 87 06 30 | 1 | < 0.01 | 15276.73 |
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 87 07 18 | 53 | 21.84 | 15298.57 |
| *VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 87 08 07 | 136 | 24.85 | 15323.42 |
| VIRGINIA POWER | NORTH ANNA 2 | NORTH ANNA 1 | PWR | 87 08 24 | 65 | 30.06 | 15353.48 |
| *SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 2 | SAN ONOFRE 2 | PWR | 87 08 28 | 113 | 47.84 | 15401.32 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 1 | PWR | 87 09 02 | 56 | 25.84 | 15427.16 |
| DUKE POWER COMPANY | MCGUIRE 1 | MCGUIRE 1 | PWR | 87 09 04 | 72 | 31.00 | 15458.16 |
| UNION ELEC COMPANY | CALLAWAY 1 | CALLAWAY 1 | PWR | 87 09 10 | 96 | 44.29 | 15502.45 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 87 09 12 | 200 | 35.42 | 15537.87 |
| PENNSYLVANIA POWER & LIGHT | SUSQUEHANNA 1 | SUSQUEHANNA 1 | BWR | 87 09 12 | 240 | 44.03 | 15581.90 |
| GULF STATES UTILITIES | RIVER BEND 1 | RIVER BEND 1 | BWR | 87 09 14 | 164 | 30.49 | 15612.39 |
| FLORIDA POWER CORP | CRYSTAL RIVER 3 | CRYSTAL RIVER 3 | PWR | 87 09 18 | 89 | 41.28 | 15653.67 |
| KANSAS GAS AND ELECTRIC COMPANY | WOLF CREEK 1 | WOLF CREEK 1 | PWR | 87 09 27 | 52 | 24.00 | 15677.67 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 87 10 02 | 36 | 13.93 | 15691.60 |
| PUB SVC ELEC & GAS COMPANY | SALEM 1 | SALEM 1 | PWR | 87 10 02 | 76 | 34.99 | 15726.59 |
| ALABAMA POWER COMPANY | FARLEY 2 | FARLEY 2 | PWR | 87 10 02 | 64 | 29.53 | 15756.12 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 2 | ST LUCIE 2 | PWR | 87 10 02 | 72 | 27.38 | 15783.50 |
| ARIZONA PUBLIC SERVICE COMPANY | PALO VERDE 1 | PALO VERDE 1 | PWR | 87 10 02 | 74 | 31.46 | 15814.95 |
| DUKE POWER COMPANY | CATAWBA 1 | CATAWBA 1 | PWR | 87 10 03 | 65 | 27.53 | 15842.48 |
| CONSOLIDATED EDISON COMPANY | INDIAN POINT 2 | INDIAN POINT 2 | PWR | 87 10 05 | 68 | 31.07 | 15873.55 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 87 10 21 | 136 | 24.40 | 15897.95 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 3 | MILLSTONE 3 | PWR | 87 10 31 | 75 | 34.63 | 15932.58 |
| MISSISSIPPI POWER & LIGHT | GRAND GULF 1 | GRAND GULF 1 | BWR | 87 11 07 | 288 | 52.90 | 15985.48 |
| DUQUESNE LIGHT COMPANY | BEAVER VALLEY 1 | BEAVER VALLEY 1 | PWR | 87 12 11 | 73 | 33.71 | 16019.19 |
| *NIAGARA MOHAWK POWER CORP | NINE MILE POINT 1 | NINE MILE POINT 1 | BWR | 87 12 19 | 176 | 31.04 | 16050.23 |
| DUKE POWER COMPANY | CATAWBA 2 | CATAWBA 2 | PWR | 87 12 23 | 64 | 27.18 | 16077.41 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 2 | MILLSTONE 2 | PWR | 87 12 31 | 77 | 31.25 | 16108.66 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | BRUNSWICK 2 | BWR | 88 01 01 | 183 | 33.48 | 16142.14 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 88 01 06 | 46 | 15.58 | 16157.72 |
| GEORGIA POWER COMPANY | HATCH 2 | HATCH 1 | BWR | 88 01 13 | 208 | 38.15 | 16195.87 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 1 | PWR | 88 02 02 | 60 | 27.79 | 16223.66 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 88 02 05 | 35 | 12.31 | 16235.96 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 2 | ARKANSAS NUCLEAR 2 | PWR | 88 02 12 | 51 | 21.60 | 16257.57 |
| PUB SVC ELEC & GAS COMPANY | HOPE CREEK | HOPE CREEK | BWR | 88 02 14 | 232 | 42.99 | 16300.56 |
| ARIZONA PUBLIC SERVICE COMPANY | PALO VERDE 2 | PALO VERDE 2 | PWR | 88 02 20 | 86 | 36.21 | 16336.77 |
| *COMMONWEALTH EDISON COMPANY | ZION 1 | ZION 1 | PWR | 88 02 24 | 80 | 36.77 | 16373.53 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 3 | DRESDEN 3 | BWR | 88 03 01 | 168 | 29.62 | 16403.15 |
| *COMMONWEALTH EDISON COMPANY | LASALLE 1 | LASALLE 1 | BWR | 88 03 01 | 224 | 41.04 | 16444.20 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 88 03 02 | 35 | 13.29 | 16457.49 |
| NEBRASKA PUB POWER DIS | COOPER STATION | COOPER STATION | BWR | 88 03 05 | 124 | 22.68 | 16480.17 |
| PENNSYLVANIA POWER & LIGHT | SUSQUEHANNA 2 | SUSQUEHANNA 1 | BWR | 88 03 05 | 232 | 42.50 | 16522.67 |
| PACIFIC GAS AND ELECT | DIABLO CANYON 1 | DIABLO CANYON 1 | PWR | 88 03 06 | 68 | 31.29 | 16553.96 |
| *TOLEDO EDISON COMPANY | DAVIS-BESSE 1 | DAVIS-BESSE 1 | PWR | 88 03 11 | 65 | 30.49 | 16584.45 |
| ALABAMA POWER COMPANY | FARLEY 1 | FARLEY 1 | PWR | 88 03 25 | 73 | 33.66 | 16618.11 |
| LOUISIANA POWER AND LIGHT | WATERFORD 3 | WATERFORD 3 | PWR | 88 04 01 | 82 | 32.59 | 16650.70 |

1992 ACCEPTANCE PRIORITY RANKING (continued)

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| *CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 88 04 08 | 20 | 2.60 | 16653.30 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 88 04 08 | 33 | 12.93 | 16666.23 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 1 | CALVERT CLIFFS 1 | PWR | 88 04 08 | 96 | 37.31 | 16703.54 |
| VIRGINIA POWER | SURRY 1 | SURRY 1 | PWR | 88 04 09 | 68 | 31.18 | 16734.72 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 2 | QUAD CITIES 1 | BWR | 88 04 09 | 164 | 29.07 | 16763.79 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 88 04 13 | 49 | 22.52 | 16786.31 |
| WASH PUB POWER SUPPLY SYSTEM | WASH NUCLEAR 2 | WASH NUCLEAR 2 | BWR | 88 04 15 | 151 | 27.66 | 16813.97 |
| *SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 3 | SAN ONOFRE 3 | PWR | 88 04 29 | 113 | 47.78 | 16861.75 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | MSC | 88 04 30 | N/A | < 0.01 | 16861.75 |
| *INDIANA & MICH ELEC COMPANY | COOK 2 | COOK 1 | PWR | 88 05 01 | 72 | 28.96 | 16890.71 |
| DUKE POWER COMPANY | MCGUIRE 2 | MCGUIRE 2 | PWR | 88 05 27 | 69 | 29.67 | 16920.38 |
| *GPU NUCLEAR | THREE MILE ISLAND 1 | THREE MILE ISLAND 1 | PWR | 88 06 15 | 58 | 26.89 | 16947.27 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 88 06 30 | 5 | < 0.01 | 16947.27 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 1 | ST LUCIE 1 | PWR | 88 07 11 | 83 | 30.80 | 16978.07 |
| CAROLINA POWER & LIGHT COMPANY | HARRIS 1 | HARRIS 1 | PWR | 88 07 29 | 51 | 23.71 | 17001.79 |
| *CONSUMERS POWER COMPANY | PALISADES | PALISADES | PWR | 88 08 08 | 52 | 20.41 | 17022.19 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 3 | PWR | 88 08 10 | 88 | 40.78 | 17062.98 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 88 08 24 | 37 | 13.53 | 17076.51 |
| *POWER AUTH OF NY STATE | FITZPATRICK | FITZPATRICK | BWR | 88 08 27 | 184 | 33.58 | 17110.09 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 1 | ARKANSAS NUCLEAR 1 | PWR | 88 08 28 | 61 | 28.24 | 17138.33 |
| PUB SVC ELEC & GAS COMPANY | SALEM 2 | SALEM 2 | PWR | 88 08 31 | 86 | 39.56 | 17177.89 |
| *COMMONWEALTH EDISON COMPANY | BYRON 1 | BYRON 1 | PWR | 88 09 03 | 76 | 32.22 | 17210.11 |
| VIRGINIA POWER | SURRY 2 | SURRY 1 | PWR | 88 09 10 | 69 | 31.63 | 17241.74 |
| SOUTH CAROLINA ELEC & GAS CO | SUMMER 1 | SUMMER 1 | PWR | 88 09 16 | 61 | 27.96 | 17269.70 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 88 09 17 | 53 | 24.30 | 17294.00 |
| PACIFIC GAS AND ELECT | DIABLO CANYON 2 | DIABLO CANYON 2 | PWR | 88 09 17 | 74 | 34.03 | 17328.03 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 88 09 27 | 44 | 15.19 | 17343.22 |
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 88 09 28 | 150 | 27.54 | 17370.76 |
| *GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 88 09 29 | 176 | 30.80 | 17401.56 |
| IOWA ELEC LIGHT & POWER COMPANY | DUANE ARNOLD | DUANE ARNOLD | BWR | 88 09 29 | 120 | 21.94 | 17423.49 |
| KANSAS GAS AND ELECTRIC COMPANY | WOLF CREEK 1 | WOLF CREEK 1 | PWR | 88 10 07 | 73 | 33.72 | 17457.21 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 88 10 08 | 34 | 12.55 | 17469.76 |
| GEORGIA POWER COMPANY | VOGTLE 1 | VOGTLE 1 | PWR | 88 10 08 | 84 | 39.06 | 17508.82 |
| *COMMONWEALTH EDISON COMPANY | ZION 2 | ZION 1 | PWR | 88 10 12 | 68 | 31.21 | 17540.03 |
| DUKE POWER COMPANY | MCGUIRE 1 | MCGUIRE 1 | PWR | 88 10 12 | 77 | 32.68 | 17572.71 |
| *COMMONWEALTH EDISON COMPANY | LASALLE 2 | LASALLE 1 | BWR | 88 10 14 | 236 | 43.13 | 17615.83 |
| *MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 88 10 15 | 65 | 23.87 | 17639.70 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 2 | DRESDEN 2 | BWR | 88 10 30 | 200 | 35.16 | 17674.86 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 1 | BRUNSWICK 1 | BWR | 88 11 10 | 184 | 33.66 | 17708.52 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 88 11 11 | 49 | 21.06 | 17729.58 |
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 88 11 12 | 40 | 9.16 | 17738.74 |
| DUKE POWER COMPANY | CATAWBA 1 | CATAWBA 1 | PWR | 88 11 24 | 61 | 25.84 | 17764.58 |
| *SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | SAN ONOFRE 1 | PWR | 88 11 27 | 52 | 19.23 | 17783.81 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 88 11 30 | 1 | < 0.01 | 17783.81 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 88 12 31 | 1 | < 0.01 | 17783.81 |
| ILLINOIS POWER COMPANY | CLINTON 1 | CLINTON 1 | BWR | 89 01 02 | 168 | 30.91 | 17814.72 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 1 | PWR | 89 01 03 | 52 | 24.06 | 17838.78 |
| BABCOCK AND WILCOX COMPANY | OCONEE 1 | BABCOCK AND WILCOX | PWR | 89 01 03 | < 1 | < 0.01 | 17838.78 |

## 1992 ACCEPTANCE PRIORITY RANKING (continued)

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| *COMMONWEALTH EDISON COMPANY | BYRON 2 | BYRON 1 | PWR | 89 01 07 | 88 | 37.57 | 17876.35 |
| PHILADELPHIA ELEC COMPANY | LIMERICK 1 | LIMERICK 1 | BWR | 89 01 11 | 636 | 117.38 | 17993.73 |
| TENNESSEE VALLEY AUTHORITY | SEQUOYAH 2 | SEQUOYAH 1 | PWR | 89 01 18 | 80 | 36.75 | 18030.48 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 2 | ST LUCIE 2 | PWR | 89 02 01 | 84 | 31.78 | 18062.26 |
| *POWER AUTH OF NY STATE | INDIAN POINT 3 | INDIAN POINT 3 | PWR | 89 02 03 | 62 | 28.41 | 18090.67 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 2 | MILLSTONE 2 | PWR | 89 02 04 | 73 | 29.81 | 18120.48 |
| *VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 89 02 11 | 136 | 25.00 | 18145.48 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 89 02 20 | 45 | 17.07 | 18162.55 |
| VIRGINIA POWER | NORTH ANNA 2 | NORTH ANNA 1 | PWR | 89 02 20 | 69 | 31.89 | 18194.44 |
| CLEVELAND ELEC ILLUM COMPANY | PERRY 1 | PERRY 1 | BWR | 89 02 22 | 128 | 23.56 | 18218.00 |
| VIRGINIA POWER | NORTH ANNA 1 | NORTH ANNA 1 | PWR | 89 02 25 | 65 | 29.99 | 18247.98 |
| ARIZONA PUBLIC SERVICE COMPANY | PALO VERDE 3 | PALO VERDE 3 | PWR | 89 03 03 | 70 | 29.85 | 18277.83 |
| DUKE POWER COMPANY | CATAWBA 2 | CATAWBA 2 | PWR | 89 03 10 | 71 | 30.22 | 18308.05 |
| GULF STATES UTILITIES | RIVER BEND 1 | RIVER BEND 1 | BWR | 89 03 15 | 222 | 41.11 | 18349.17 |
| *INDIANA & MICH ELEC COMPANY | COOK 1 | COOK 1 | PWR | 89 03 16 | 80 | 36.78 | 18385.94 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 89 03 17 | 36 | 12.84 | 18398.79 |
| CONSOLIDATED EDISON COMPANY | INDIAN POINT 2 | INDIAN POINT 2 | PWR | 89 03 17 | 72 | 33.04 | 18431.83 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 2 | CALVERT CLIFFS 1 | PWR | 89 03 17 | 93 | 36.20 | 18468.02 |
| MISSISSIPPI POWER & LIGHT | GRAND GULF 1 | GRAND GULF 1 | BWR | 89 03 17 | 276 | 50.43 | 18518.45 |
| DUQUESNE LIGHT COMPANY | BEAVER VALLEY 2 | BEAVER VALLEY 2 | PWR | 89 03 18 | 53 | 24.41 | 18542.86 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 89 03 19 | 57 | 26.24 | 18569.10 |
| ALABAMA POWER COMPANY | FARLEY 2 | FARLEY 2 | PWR | 89 03 24 | 65 | 30.26 | 18599.36 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 89 03 29 | 45 | 16.38 | 18615.74 |
| PENNSYLVANIA POWER & LIGHT | SUSQUEHANNA 1 | SUSQUEHANNA 1 | BWR | 89 03 29 | 228 | 40.45 | 18656.19 |
| PUB SVC ELEC & GAS COMPANY | SALEM 1 | SALEM 1 | PWR | 89 03 30 | 78 | 36.20 | 18692.39 |
| UNION ELEC COMPANY | CALLAWAY 1 | CALLAWAY 1 | PWR | 89 03 31 | 88 | 38.03 | 18730.42 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 89 04 07 | 196 | 34.90 | 18765.32 |
| NEBRASKA PUB POWER DIS | COOPER STATION | COOPER STATION | BWR | 89 04 07 | 104 | 19.03 | 18784.35 |
| ARIZONA PUBLIC SERVICE COMPANY | PALO VERDE 1 | PALO VERDE 1 | PWR | 89 04 08 | 105 | 41.77 | 18826.11 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 89 04 09 | 33 | 12.34 | 18838.46 |
| WASH PUB POWER SUPPLY SYSTEM | WASH NUCLEAR 2 | WASH NUCLEAR 2 | BWR | 89 04 15 | 137 | 25.09 | 18863.55 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 3 | MILLSTONE 3 | PWR | 89 05 11 | 85 | 39.23 | 18902.79 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 1 | PWR | 89 05 20 | 52 | 24.10 | 18926.89 |
| SACRAMENTO MUNICIP UTIL DISTR | RANCHO SECO 1 | RANCHO SECO 1 | PWR | 89 06 07 | 177 | 82.03 | 19008.92 |
| *CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 89 06 09 | 22 | 2.87 | 19011.79 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 89 06 30 | 4 | < 0.01 | 19011.79 |
| DUKE POWER COMPANY | MCGUIRE 2 | MCGUIRE 2 | PWR | 89 07 05 | 73 | 31.04 | 19042.83 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 89 07 31 | 2 | < 0.01 | 19042.83 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 89 08 19 | 128 | 22.70 | 19065.53 |
| *U.S. DOE | FORT ST VRAIN | INEL | HTG | 89 08 29 | 18 | 0.19 | 19065.72 |
| PUB SVC COMPANY OF COLORADO | FORT ST VRAIN | FORT ST VRAIN | HTG | 89 08 29 | 1464 | 15.39 | 19081.11 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 89 09 01 | 132 | 23.46 | 19104.57 |
| DUQUESNE LIGHT COMPANY | BEAVER VALLEY 1 | BEAVER VALLEY 1 | PWR | 89 09 01 | 69 | 31.93 | 19136.49 |
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 89 09 02 | 54 | 22.07 | 19158.57 |
| *SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 2 | SAN ONOFRE 2 | PWR | 89 09 02 | 109 | 45.65 | 19204.22 |
| *COMMONWEALTH EDISON COMPANY | BRAIDWOOD 1 | BRAIDWOOD 1 | PWR | 89 09 02 | 88 | 37.55 | 19241.77 |
| GEORGIA POWER COMPANY | HATCH 2 | HATCH 1 | BWR | 89 09 03 | 242 | 44.57 | 19286.33 |
| DETROIT EDISON COMPANY | ENRICO FERMI 2 | ENRICO FERMI 2 | BWR | 89 09 03 | 220 | 40.48 | 19326.81 |

1992 ACCEPTANCE PRIORITY RANKING (continued)

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| *COMMONWEALTH EDISON COMPANY | ZION 1 | ZION 1 | PWR | 89 09 07 | 76 | 35.00 | 19361.81 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | BRUNSWICK 2 | BWR | 89 09 08 | 168 | 30.87 | 19392.68 |
| PENNSYLVANIA POWER & LIGHT | SUSQUEHANNA 2 | SUSQUEHANNA 1 | BWR | 89 09 08 | 209 | 38.29 | 19430.97 |
| *COMMONWEALTH EDISON COMPANY | LASALLE 1 | LASALLE 1 | BWR | 89 09 15 | 172 | 31.49 | 19462.45 |
| PUB SVC ELEC & GAS COMPANY | HOPE CREEK | HOPE CREEK | BWR | 89 09 16 | 264 | 48.77 | 19511.23 |
| ALABAMA POWER COMPANY | FARLEY 1 | FARLEY 1 | PWR | 89 09 22 | 75 | 34.74 | 19545.96 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 89 09 23 | 32 | 11.65 | 19557.61 |
| LOUISIANA POWER AND LIGHT | WATERFORD 3 | WATERFORD 3 | PWR | 89 09 23 | 85 | 35.68 | 19593.29 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 2 | ARKANSAS NUCLEAR 2 | PWR | 89 09 25 | 81 | 33.23 | 19626.52 |
| HOUSTON LIGHTING & POWER | SOUTH TEXAS 1 | SOUTH TEXAS 1 | PWR | 89 10 01 | 36 | 19.55 | 19646.07 |
| PACIFIC GAS AND ELECT | DIABLO CANYON 1 | DIABLO CANYON 1 | PWR | 89 10 07 | 65 | 30.05 | 19676.12 |
| CAROLINA POWER & LIGHT COMPANY | HARRIS 1 | HARRIS 1 | PWR | 89 10 09 | 52 | 24.18 | 19700.30 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 3 | PWR | 89 11 08 | 56 | 25.92 | 19726.22 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 3 | DRESDEN 3 | BWR | 89 12 03 | 136 | 23.58 | 19749.80 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 89 12 31 | 1 | < 0.01 | 19749.80 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 90 01 03 | 58 | 20.87 | 19770.67 |
| *GPU NUCLEAR | THREE MILE ISLAND 1 | THREE MILE ISLAND 1 | PWR | 90 01 05 | 91 | 42.28 | 19812.95 |
| *COMMONWEALTH EDISON COMPANY | BYRON 1 | BYRON 1 | PWR | 90 01 06 | 88 | 37.25 | 19850.20 |
| DUKE POWER COMPANY | MCGUIRE 1 | MCGUIRE 1 | PWR | 90 01 08 | 75 | 31.91 | 19882.10 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 1 | ST LUCIE 1 | PWR | 90 01 22 | 101 | 37.75 | 19919.85 |
| *TOLEDO EDISON COMPANY | DAVIS-BESSE 1 | DAVIS-BESSE 1 | PWR | 90 01 26 | 60 | 28.10 | 19947.95 |
| DUKE POWER COMPANY | CATAWBA 1 | CATAWBA 1 | PWR | 90 01 27 | 73 | 31.08 | 19979.02 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 3 | TURKEY POINT 3 | PWR | 90 02 03 | 56 | 25.75 | 20004.77 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 2 | QUAD CITIES 1 | BWR | 90 02 04 | 168 | 29.79 | 20034.56 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 90 02 17 | 40 | 14.08 | 20048.64 |
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 90 02 17 | 180 | 33.20 | 20081.84 |
| GEORGIA POWER COMPANY | VOGTLE 1 | VOGTLE 1 | PWR | 90 02 23 | 84 | 39.06 | 20120.90 |
| ARIZONA PUBLIC SERVICE COMPANY | PALO VERDE 2 | PALO VERDE 2 | PWR | 90 02 24 | 97 | 38.76 | 20159.65 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 90 03 02 | 33 | 12.49 | 20172.14 |
| NEBRASKA PUB POWER DIS | COOPER STATION | COOPER STATION | BWR | 90 03 03 | 168 | 30.86 | 20203.00 |
| *COMMONWEALTH EDISON COMPANY | ZION 2 | ZION 1 | PWR | 90 03 03 | 76 | 34.84 | 20237.84 |
| PACIFIC GAS AND ELECT | DIABLO CANYON 2 | DIABLO CANYON 2 | PWR | 90 03 03 | 84 | 38.87 | 20276.71 |
| KANSAS GAS AND ELECTRIC COMPANY | WOLF CREEK 1 | WOLF CREEK 1 | PWR | 90 03 08 | 76 | 35.30 | 20312.00 |
| FLORIDA POWER CORP | CRYSTAL RIVER 3 | CRYSTAL RIVER 3 | PWR | 90 03 14 | 73 | 33.84 | 20345.84 |
| *COMMONWEALTH EDISON COMPANY | LASALLE 2 | LASALLE 1 | BWR | 90 03 16 | 216 | 39.47 | 20385.31 |
| TENNESSEE VALLEY AUTHORITY | SEQUOYAH 1 | SEQUOYAH 1 | PWR | 90 03 17 | 81 | 37.33 | 20422.64 |
| *COMMONWEALTH EDISON COMPANY | BRAIDWOOD 2 | BRAIDWOOD 1 | PWR | 90 03 17 | 84 | 35.53 | 20458.17 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 90 03 19 | 53 | 24.46 | 20482.63 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 90 03 23 | 37 | 13.29 | 20495.92 |
| SOUTH CAROLINA ELEC & GAS CO | SUMMER 1 | SUMMER 1 | PWR | 90 03 23 | 69 | 31.91 | 20527.83 |
| PUB SVC ELEC & GAS COMPANY | SALEM 2 | SALEM 2 | PWR | 90 03 30 | 75 | 34.74 | 20562.56 |
| HOUSTON LIGHTING & POWER | SOUTH TEXAS 1 | SOUTH TEXAS 1 | PWR | 90 03 30 | 48 | 26.04 | 20588.60 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 90 03 31 | 38 | 13.91 | 20602.51 |
| *POWER AUTH OF NY STATE | FITZPATRICK | FITZPATRICK | BWR | 90 03 31 | 148 | 27.30 | 20629.82 |
| *MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 90 04 07 | 73 | 27.36 | 20657.18 |
| *SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 3 | SAN ONOFRE 3 | PWR | 90 04 14 | 109 | 45.65 | 20702.83 |
| WASH PUB POWER SUPPLY SYSTEM | WASH NUCLEAR 2 | WASH NUCLEAR 2 | BWR | 90 04 21 | 208 | 38.06 | 20740.90 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 1 | PWR | 90 04 26 | 52 | 24.12 | 20765.02 |

1992 ACCEPTANCE PRIORITY RANKING (continued)

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| DUKE POWER COMPANY | CATAWBA 2 | CATAWBA 2 | PWR | 90 06 09 | 69 | 29.31 | 20794.33 |
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 90 06 23 | 36 | 8.32 | 20802.64 |
| IOWA ELEC LIGHT & POWER COMPANY | DUANE ARNOLD | DUANE ARNOLD | BWR | 90 06 28 | 104 | 19.10 | 20821.74 |
| *SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | SAN ONOFRE 1 | PWR | 90 06 30 | 40 | 14.81 | 20836.54 |
| *INDIANA & MICH ELEC COMPANY | COOK 2 | COOK 1 | PWR | 90 06 30 | 85 | 34.23 | 20870.77 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 90 07 31 | 4 | < 0.01 | 20870.77 |
| VIRGINIA POWER | NORTH ANNA 2 | NORTH ANNA 1 | PWR | 90 08 21 | 63 | 29.22 | 20899.99 |
| *VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 90 09 01 | 128 | 23.55 | 20923.54 |
| DUKE POWER COMPANY | MCGUIRE 2 | MCGUIRE 2 | PWR | 90 09 01 | 76 | 32.36 | 20955.90 |
| *COMMONWEALTH EDISON COMPANY | BYRON 2 | BYRON 1 | PWR | 90 09 01 | 84 | 35.77 | 20991.67 |
| CLEVELAND ELEC ILLUM COMPANY | PERRY 1 | PERRY 1 | BWR | 90 09 03 | 416 | 76.72 | 21068.38 |
| DUQUESNE LIGHT COMPANY | BEAVER VALLEY 2 | BEAVER VALLEY 2 | PWR | 90 09 03 | 69 | 31.76 | 21100.14 |
| *NIAGARA MOHAWK POWER CORP | NINE MILE POINT 2 | NINE MILE POINT 2 | BWR | 90 09 05 | 196 | 36.25 | 21136.39 |
| PENNSYLVANIA POWER & LIGHT | SUSQUEHANNA 1 | SUSQUEHANNA 1 | BWR | 90 09 07 | 220 | 38.77 | 21175.16 |
| PHILADELPHIA ELEC COMPANY | LIMERICK 1 | LIMERICK 1 | BWR | 90 09 07 | 164 | 30.36 | 21205.52 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 90 09 08 | 49 | 21.24 | 21226.76 |
| TENNESSEE VALLEY AUTHORITY | SEQUOYAH 2 | SEQUOYAH 1 | PWR | 90 09 08 | 79 | 36.43 | 21263.19 |
| *POWER AUTH OF NY STATE | INDIAN POINT 3 | INDIAN POINT 3 | PWR | 90 09 09 | 73 | 33.75 | 21296.95 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 90 09 10 | 53 | 18.93 | 21315.88 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 1 | PWR | 90 09 12 | 52 | 24.12 | 21340.00 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 2 | MILLSTONE 2 | PWR | 90 09 14 | 85 | 34.70 | 21374.69 |
| GEORGIA POWER COMPANY | VOGTLE 2 | VOGTLE 1 | PWR | 90 09 14 | 84 | 38.89 | 21413.58 |
| *CONSUMERS POWER COMPANY | PALISADES | PALISADES | PWR | 90 09 15 | 75 | 29.33 | 21442.91 |
| GULF STATES UTILITIES | RIVER BEND 1 | RIVER BEND 1 | BWR | 90 09 15 | 178 | 32.91 | 21475.82 |
| *CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 90 09 21 | 20 | 2.65 | 21478.47 |
| UNION ELEC COMPANY | CALLAWAY 1 | CALLAWAY 1 | PWR | 90 09 21 | 96 | 40.88 | 21519.35 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 2 | DRESDEN 2 | BWR | 90 09 22 | 168 | 29.08 | 21548.43 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 1 | BRUNSWICK 1 | BWR | 90 09 27 | 159 | 29.29 | 21577.72 |
| HOUSTON LIGHTING & POWER | SOUTH TEXAS 2 | SOUTH TEXAS 2 | PWR | 90 09 29 | 36 | 19.44 | 21597.16 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 2 | ST LUCIE 2 | PWR | 90 09 30 | 76 | 29.26 | 21626.42 |
| MISSISSIPPI POWER & LIGHT | GRAND GULF 1 | GRAND GULF 1 | BWR | 90 09 30 | 284 | 50.17 | 21676.59 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 1 | ARKANSAS NUCLEAR 1 | PWR | 90 10 01 | 57 | 26.43 | 21703.02 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 90 10 06 | 33 | 12.13 | 21715.16 |
| VIRGINIA POWER | SURRY 1 | SURRY 1 | PWR | 90 10 06 | 55 | 25.28 | 21740.44 |
| ALABAMA POWER COMPANY | FARLEY 2 | FARLEY 2 | PWR | 90 10 12 | 57 | 26.44 | 21766.88 |
| ILLINOIS POWER COMPANY | CLINTON 1 | CLINTON 1 | BWR | 90 10 14 | 216 | 39.66 | 21806.54 |
| *INDIANA & MICH ELEC COMPANY | COOK 1 | COOK 1 | PWR | 90 10 20 | 80 | 36.85 | 21843.39 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 90 11 11 | 144 | 25.62 | 21869.01 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 90 11 24 | 64 | 29.38 | 21898.40 |
| *COMMONWEALTH EDISON COMPANY | BRAIDWOOD 1 | BRAIDWOOD 1 | PWR | 90 12 30 | 64 | 27.20 | 21925.60 |
| PUB SVC ELEC & GAS COMPANY | HOPE CREEK | HOPE CREEK | BWR | 91 01 01 | 264 | 48.76 | 21974.35 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 2 | PEACHBOTTOM 2 | BWR | 91 01 12 | 160 | 29.23 | 22003.58 |
| VIRGINIA POWER | NORTH ANNA 1 | NORTH ANNA 1 | PWR | 91 01 12 | 85 | 39.32 | 22042.90 |
| HOUSTON LIGHTING & POWER | SOUTH TEXAS 1 | SOUTH TEXAS 1 | PWR | 91 01 15 | 76 | 41.18 | 22084.08 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 91 01 31 | 1 | < 0.01 | 22084.08 |
| CONSOLIDATED EDISON COMPANY | INDIAN POINT 2 | INDIAN POINT 2 | PWR | 91 02 01 | 56 | 25.77 | 22109.85 |
| PACIFIC GAS AND ELECT | DIABLO CANYON 1 | DIABLO CANYON 1 | PWR | 91 02 01 | 89 | 40.94 | 22150.79 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 3 | MILLSTONE 3 | PWR | 91 02 02 | 88 | 40.70 | 22191.48 |

## 1992 ACCEPTANCE PRIORITY RANKING (continued)

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| PUB SVC ELEC & GAS COMPANY | SALEM 1 | SALEM 1 | PWR | 91 02 09 | 69 | 32.05 | 22223.53 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 3 | PWR | 91 02 13 | 52 | 24.11 | 22247.64 |
| *GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 91 02 16 | 144 | 25.45 | 22273.09 |
| *COMMONWEALTH EDISON COMPANY | LASALLE 1 | LASALLE 1 | BWR | 91 02 16 | 192 | 35.03 | 22308.12 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 2 | ARKANSAS NUCLEAR 2 | PWR | 91 02 22 | 68 | 27.92 | 22336.04 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 91 03 04 | 53 | 24.48 | 22360.52 |
| ALABAMA POWER COMPANY | FARLEY 1 | FARLEY 1 | PWR | 91 03 08 | 64 | 29.71 | 22390.23 |
| PENNSYLVANIA POWER & LIGHT | SUSQUEHANNA 2 | SUSQUEHANNA 1 | BWR | 91 03 08 | 235 | 40.67 | 22430.90 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 91 03 09 | 37 | 14.01 | 22444.91 |
| LOUISIANA POWER AND LIGHT | WATERFORD 3 | WATERFORD 3 | PWR | 91 03 15 | 85 | 35.10 | 22480.01 |
| CAROLINA POWER & LIGHT COMPANY | HARRIS 1 | HARRIS 1 | PWR | 91 03 16 | 61 | 28.06 | 22508.07 |
| ARIZONA PUBLIC SERVICE COMPANY | PALO VERDE 3 | PALO VERDE 3 | PWR | 91 03 16 | 97 | 38.61 | 22546.68 |
| GEORGIA POWER COMPANY | HATCH 2 | HATCH 1 | BWR | 91 03 20 | 176 | 32.57 | 22579.25 |
| DUKE POWER COMPANY | CATAWBA 1 | CATAWBA 1 | PWR | 91 03 20 | 73 | 30.91 | 22610.17 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 91 03 22 | 37 | 13.17 | 22623.33 |
| PHILADELPHIA ELEC COMPANY | LIMERICK 2 | LIMERICK 1 | BWR | 91 03 22 | 224 | 41.74 | 22665.08 |
| DETROIT EDISON COMPANY | ENRICO FERMI 2 | ENRICO FERMI 2 | BWR | 91 03 29 | 228 | 41.04 | 22706.12 |
| VIRGINIA POWER | SURRY 2 | SURRY 1 | PWR | 91 03 30 | 69 | 31.70 | 22737.82 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 91 03 31 | 136 | 24.22 | 22762.04 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 91 04 05 | 29 | 10.82 | 22772.86 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 91 04 07 | 188 | 33.46 | 22806.32 |
| DUQUESNE LIGHT COMPANY | BEAVER VALLEY 1 | BEAVER VALLEY 1 | PWR | 91 04 12 | 73 | 33.91 | 22840.23 |
| WASH PUB POWER SUPPLY SYSTEM | WASH NUCLEAR 2 | WASH NUCLEAR 2 | BWR | 91 04 21 | 120 | 21.16 | 22861.39 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 91 04 30 | 1 | < 0.01 | 22861.39 |
| BOSTON EDISON COMPANY | PILGRIM 1 | PILGRIM 1 | BWR | 91 05 04 | 169 | 29.77 | 22891.15 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 91 06 05 | 49 | 17.59 | 22908.74 |
| NHY DIVISION OF PSNH | SEABROOK 1 | SEABROOK 1 | PWR | 91 07 27 | 60 | 27.80 | 22936.55 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 1 | PWR | 91 08 01 | 65 | 30.13 | 22966.68 |
| *SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 2 | SAN ONOFRE 2 | PWR | 91 08 17 | 109 | 44.17 | 23010.85 |
| *TOLEDO EDISON COMPANY | DAVIS-BESSE 1 | DAVIS-BESSE 1 | PWR | 91 08 31 | 58 | 27.16 | 23038.01 |
| PACIFIC GAS AND ELECT | DIABLO CANYON 2 | DIABLO CANYON 2 | PWR | 91 08 31 | 113 | 51.98 | 23089.99 |
| *COMMONWEALTH EDISON COMPANY | BYRON 1 | BYRON 1 | PWR | 91 09 06 | 88 | 37.31 | 23127.30 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 3 | DRESDEN 3 | BWR | 91 09 08 | 216 | 37.58 | 23164.88 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | BRUNSWICK 2 | BWR | 91 09 12 | 149 | 27.46 | 23192.34 |
| *COMMONWEALTH EDISON COMPANY | BRAIDWOOD 2 | BRAIDWOOD 1 | PWR | 91 09 12 | 84 | 35.53 | 23227.87 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 3 | PEACHBOTTOM 3 | BWR | 91 09 13 | 256 | 46.74 | 23274.61 |
| HOUSTON LIGHTING & POWER | SOUTH TEXAS 2 | SOUTH TEXAS 2 | PWR | 91 09 14 | 80 | 43.14 | 23317.75 |
| GEORGIA POWER COMPANY | VOGTLE 1 | VOGTLE 1 | PWR | 91 09 15 | 72 | 33.37 | 23351.13 |
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 91 09 17 | 164 | 30.38 | 23381.51 |
| DUKE POWER COMPANY | MCGUIRE 1 | MCGUIRE 1 | PWR | 91 09 20 | 78 | 33.04 | 23414.55 |
| SOUTH CAROLINA ELEC & GAS CO | SUMMER 1 | SUMMER 1 | PWR | 91 09 20 | 72 | 31.80 | 23446.34 |
| KANSAS GAS AND ELECTRIC COMPANY | WOLF CREEK 1 | WOLF CREEK 1 | PWR | 91 09 20 | 104 | 48.24 | 23494.58 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 91 09 27 | 29 | 10.66 | 23505.25 |
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 91 10 01 | 76 | 17.40 | 23522.65 |
| *POWER AUTH OF NY STATE | FITZPATRICK | FITZPATRICK | BWR | 91 10 01 | 152 | 28.03 | 23550.68 |
| TEXAS UTILITIES GENERATING CO | COMANCHE PEAK 1 | COMANCHE PEAK 1 | PWR | 91 10 03 | 53 | 24.32 | 23575.00 |

## 1992 ACCEPTANCE PRIORITY RANKING (continued)

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 91 10 17 | 53 | 21.81 | 23660.77 |
| ARIZONA PUBLIC SERVICE COMPANY | PALO VERDE 2 | PALO VERDE 2 | PWR | 91 10 17 | 105 | 43.14 | 23703.92 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 1 | ST LUCIE 1 | PWR | 91 10 18 | 84 | 31.34 | 23735.26 |
| DUKE POWER COMPANY | CATAWBA 2 | CATAWBA 2 | PWR | 91 10 18 | 76 | 32.19 | 23767.44 |
| PUB SVC ELEC & GAS COMPANY | SALEM 2 | SALEM 2 | PWR | 91 11 09 | 70 | 32.48 | 23799.93 |
| *CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 91 11 15 | 20 | 2.64 | 23802.57 |
| *GPU NUCLEAR | THREE MILE ISLAND 1 | THREE MILE ISLAND 1 | PWR | 91 11 15 | 81 | 37.58 | 23840.15 |
| TENNESSEE VALLEY AUTHORITY[7] | BROWNS FERRY 3 | BROWNS FERRY 3 | BWR | 91 12 31 | 25 | 4.58 | 23844.73 |
| YANKEE ATOMIC ELEC COMPANY[8] | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 91 12 31 | 4 | 0.92 | 23845.64 |

NOTES

* Final Delivery Schedule approval and waste acceptance will be contingent upon these Purchasers meeting their one-time fee obligations.

1 The 1992 APR does not include 0.059 MTU of waste shipped to the General Electric - Vallecitos facility since specific information regarding this waste has not been made available to DOE.

2 BWR = Boiling Water Reactor; PWR = Pressurized Water Reactor; RCH = Research Reactor; HTG = High Temperature Gas Reactor; MSC = Miscellaneous.

3 Ranking Date is the date of permanent discharge unless otherwise noted -- for purposes of redesignating temporarily discharged SNF as permanently discharged, or appending SNF that was not previously identified according to the date it is first reported.

4 ASMB = Assemblies.

5 Some Purchasers' listings in this ranking have changed from the 1991 APR due to transshipment of SNF to another storage location or transfer of SNF into dry storage. In some cases, this has resulted in slight changes in the aggregate weights (MTU) for this SNF due to independent rounding.

6 Through the RW-859 submittals, some utilities have submitted minor corrections to previously reported assembly weights. These changes will be reconciled at the time of waste acceptance.

7 Although this SNF was discharged in 1985, it was first reported to DOE in 1991 as being permanently discharged. As such, it has been assigned a ranking date of December 31, 1991 for inclusion in the APR.

8 Although this SNF was discharged in 1990, it was first reported to DOE in 1991 as being permanently discharged. As such, it has been assigned a ranking date of December 31, 1991 for inclusion in the APR.

# APPENDIX

Changes from 1991 APR to 1992 APR

by Ranking Date