TABLE A.3 (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR |
|---|---|---|---|---|
| YANKEE ATOMIC ELEC COMPANY | 40 | | 9.65 | |
| YANKEE-ROWE 1 | | 40 | | 9.65 |
| TOTAL SNF | 3297 | 3297 | 899.79 | 899.79 |

NO. OF PURCHASERS 26
NO. OF FUEL ORIGINATORS 42

TABLE A.4

ANNUAL ACCEPTANCE ALLOCATION, YEAR 4

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR |
|---|---|---|---|---|
| ARK POWER & LIGHT COMPANY | 50 | | 23.22 | |
| ARKANSAS NUCLEAR 1 | | 50 | | 23.22 |
| BABCOCK AND WILCOX COMPANY | 0 | | 0.02 | |
| OCONEE 1 | | 0 | | <0.01 |
| OCONEE 2 | | 0 | | 0.01 |
| BALTIMORE GAS & ELEC COMPANY | 32 | | 12.55 | |
| CALVERT CLIFFS 1 | | 32 | | 12.55 |
| BOSTON EDISON COMPANY | 428 | | 82.60 | |
| PILGRIM 1 | | 428 | | 82.60 |
| CAROLINA POWER & LIGHT COMPANY | 52 | | 23.69 | |
| ROBINSON 2 | | 52 | | 23.69 |
| COMMONWEALTH EDISON COMPANY | 603 | | 121.01 | |
| DRESDEN 1 | | 66 | | 6.81 |
| DRESDEN 3 | | 148 | | 28.62 |
| QUAD CITIES 1 | | 183 | | 35.32 |
| QUAD CITIES 2 | | 164 | | 31.22 |
| ZION 2 | | 42 | | 19.05 |
| CONNECTICUT YANKEE ATOMIC POWER | 53 | | 21.77 | |
| HADDAM NECK | | 53 | | 21.77 |
| CONSUMERS POWER COMPANY | 20 | | 2.67 | |
| BIG ROCK 1 | | 20 | | 2.67 |
| DAIRYLAND POWER COOP | 32 | | 3.86 | |
| LACROSSE | | 32 | | 3.86 |
| U.S. DOE | 10 | | 4.50 | |
| SURRY 2 | | 10 | | 4.50 |
| DUKE POWER COMPANY | 134 | | 62.41 | |
| OCONEE 1 | | 60 | | 28.07 |
| OCONEE 2 | | 73 | | 33.87 |
| OCONEE 3 | | 1 | | 0.46 |
| FLORIDA POWER & LIGHT COMPANY | 91 | | 40.42 | |
| TURKEY POINT 3 | | 57 | | 25.23 |
| TURKEY POINT 4 | | 34 | | 15.20 |

TABLE A.4 (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR |
|---|---|---|---|---|
| GEORGIA POWER COMPANY | 4 | | 0.75 | |
| HATCH 1 | | 4 | | 0.75 |
| GPU NUCLEAR | 181 | | 49.40 | |
| OYSTER CREEK 1 | | 128 | | 24.82 |
| THREE MILE ISLAND 1 | | 53 | | 24.59 |
| INDIANA & MICH ELEC COMPANY | 63 | | 28.51 | |
| COOK 1 | | 63 | | 28.51 |
| IOWA ELEC LIGHT & POWER COMPANY | 74 | | 13.88 | |
| DUANE ARNOLD | | 74 | | 13.88 |
| MAINE YANKEE ATOMIC | 70 | | 27.24 | |
| MAINE YANKEE | | 70 | | 27.24 |
| NEBRASKA PUB POWER DIS | 120 | | 23.52 | |
| COOPER STATION | | 120 | | 23.52 |
| NIAGARA MOHAWK POWER CORP | 160 | | 30.73 | |
| NINE MILE POINT 1 | | 160 | | 30.73 |
| NORTHEAST UTIL SVC COMPANY | 124 | | 24.27 | |
| MILLSTONE 1 | | 124 | | 24.27 |
| NORTHERN STATES POWER COMPANY | 75 | | 29.83 | |
| PRAIRIE ISLAND 1 | | 35 | | 13.80 |
| PRAIRIE ISLAND 2 | | 40 | | 16.03 |
| OMAHA PUB POWER DIST | 36 | | 12.82 | |
| FORT CALHOUN | | 36 | | 12.82 |
| PACIFIC GAS AND ELECT | 181 | | 13.02 | |
| HUMBOLDT BAY | | 181 | | 13.02 |
| PHILADELPHIA ELEC COMPANY | 360 | | 68.04 | |
| PEACHBOTTOM 2 | | 172 | | 32.20 |
| PEACHBOTTOM 3 | | 188 | | 35.83 |
| POWER AUTH OF NY STATE | 132 | | 25.83 | |
| FITZPATRICK | | 132 | | 25.83 |
| ROCHESTER GAS & ELEC | 41 | | 16.04 | |
| GINNA | | 41 | | 16.04 |

TABLE A.4 (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR |
|---|---|---|---|---|
| SACRAMENTO MUNICIP UTIL DISTR | 20 | | 9.26 | |
| RANCHO SECO 1 | | 20 | | 9.26 |
| SOUTHERN CALIF EDISON COMPANY | 53 | | 19.22 | |
| SAN ONOFRE 1 | | 53 | | 19.22 |
| VERMONT YANKEE NUCLEAR POWER.CORP | 65 | | 11.94 | |
| VERMONT YANKEE 1 | | 65 | | 11.94 |
| VIRGINIA POWER | 98 | | 43.85 | |
| SURRY 1 | | 89 | | 39.80 |
| SURRY 2 | | 9 | | 4.05 |
| WISCONSIN ELEC POWER COMPANY | 69 | | 27.07 | |
| POINT BEACH 1 | | 32 | | 12.80 |
| POINT BEACH 2 | | 37 | | 14.26 |
| WISCONSIN PUB SVC CORP | 45 | | 17.63 | |
| KEWAUNEE | | 45 | | 17.63 |
| YANKEE ATOMIC ELEC COMPANY | 36 | | 8.62 | |
| YANKEE-ROWE 1 | | 36 | | 8.62 |
| TOTAL SNF | 3512 | 3512 | 900.17 | 900.17 |

NO. OF PURCHASERS 33
NO. OF FUEL ORIGINATORS 46

TABLE A.5

ANNUAL ACCEPTANCE ALLOCATION, YEAR 5

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR |
|---|---|---|---|---|
| ARK POWER & LIGHT COMPANY | 61 | | 28.20 | |
| ARKANSAS NUCLEAR 1 | | 61 | | 28.20 |
| BALTIMORE GAS & ELEC COMPANY | 112 | | 41.44 | |
| CALVERT CLIFFS 1 | | 112 | | 41.44 |
| CAROLINA POWER & LIGHT COMPANY | 193 | | 50.45 | |
| BRUNSWICK 2 | | 140 | | 26.29 |
| ROBINSON 2 | | 53 | | 24.16 |
| COMMONWEALTH EDISON COMPANY | 680 | | 163.76 | |
| DRESDEN 2 | | 196 | | 37.67 |
| DRESDEN 3 | | 176 | | 34.06 |
| QUAD CITIES 2 | | 180 | | 34.34 |
| ZION 1 | | 64 | | 29.08 |
| ZION 2 | | 64 | | 28.62 |
| CONNECTICUT YANKEE ATOMIC POWER | 53 | | 21.81 | |
| HADDAM NECK | | 53 | | 21.81 |
| CONSOLIDATED EDISON COMPANY | 60 | | 27.00 | |
| INDIAN POINT 2 | | 60 | | 27.00 |
| CONSUMERS POWER COMPANY | 68 | | 27.31 | |
| PALISADES | | 68 | | 27.31 |
| U.S. DOE | 16 | | 7.30 | |
| SURRY 1 | | 1 | | 0.45 |
| SURRY 2 | | 2 | | 0.91 |
| TURKEY POINT 3 | | 13 | | 5.93 |
| DUKE POWER COMPANY | 126 | | 58.35 | |
| OCONEE 3 | | 126 | | 58.35 |
| FLORIDA POWER & LIGHT COMPANY | 79 | | 32.85 | |
| ST LUCIE 1 | | 52 | | 20.64 |
| TURKEY POINT 3 | | 27 | | 12.21 |
| FLORIDA POWER CORP | 3 | | 1.39 | |
| CRYSTAL RIVER 3 | | 3 | | 1.39 |
| GENERAL ATOMICS | 2 | | <0.01 | |
| GENERAL ATOMICS | | 2 | | <0.01 |

TABLE A.5 (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR |
|---|---|---|---|---|
| GEORGIA POWER COMPANY | 24 | | 4.49 | |
| HATCH 1 | | 24 | | 4.49 |
| GPU NUCLEAR | 73 | | 33.88 | |
| THREE MILE ISLAND 1 | | 73 | | 33.88 |
| INDIANA & MICH ELEC COMPANY | 64 | | 29.11 | |
| COOK 1 | | 64 | | 29.11 |
| IOWA ELEC LIGHT & POWER COMPANY | 116 | | 21.79 | |
| DUANE ARNOLD | | 116 | | 21.79 |
| NEBRASKA PUB POWER DIS | 72 | | 13.75 | |
| COOPER STATION | | 72 | | 13.75 |
| NORTHEAST UTIL SVC COMPANY | 169 | | 41.89 | |
| MILLSTONE 1 | | 124 | | 24.08 |
| MILLSTONE 2 | | 45 | | 17.81 |
| NORTHERN STATES POWER COMPANY | 96 | | 33.86 | |
| MONTICELLO | | 20 | | 3.74 |
| PRAIRIE ISLAND 1 | | 41 | | 16.11 |
| PRAIRIE ISLAND 2 | | 35 | | 14.01 |
| OMAHA PUB POWER DIST | 52 | | 18.91 | |
| FORT CALHOUN | | 52 | | 18.91 |
| PHILADELPHIA ELEC COMPANY | 252 | | 47.67 | |
| PEACHBOTTOM 3 | | 252 | | 47.67 |
| PORTLAND GENERAL ELEC | 1 | | 0.46 | |
| TROJAN | | 1 | | 0.46 |
| POWER AUTH OF NY STATE | 8 | | 3.65 | |
| INDIAN POINT 3 | | 8 | | 3.65 |
| ROCHESTER GAS & ELEC | 41 | | 16.10 | |
| GINNA | | 41 | | 16.10 |
| TENNESSEE VALLEY AUTHORITY | 300 | | 58.63 | |
| BROWNS FERRY 1 | | 168 | | 32.83 |
| BROWNS FERRY 2 | | 132 | | 25.80 |
| VERMONT YANKEE NUCLEAR POWER CORP | 47 | | 8.63 | |
| VERMONT YANKEE 1 | | 47 | | 8.63 |



HQ0002385



HQR-001-2386

HQR001 2386

TABLE A.5 (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR |
|---|---|---|---|---|
| VIRGINIA POWER | 121 | | 54.69 | |
| SURRY 1 | | 42 | | 19.17 |
| SURRY 2 | | 79 | | 35.52 |
| WISCONSIN ELEC POWER COMPANY | 92 | | 36.74 | |
| POINT BEACH 1 | | 48 | | 19.12 |
| POINT BEACH 2 | | 44 | | 17.61 |
| WISCONSIN PUB SVC CORP | 41 | | 16.04 | |
| KEWAUNEE | | 41 | | 16.04 |
| TOTAL SNF | 3022 | 3022 | 900.15 | 900.15 |

NO. OF PURCHASERS 29
NO. OF FUEL ORIGINATORS 43

TABLE A.6

ANNUAL ACCEPTANCE ALLOCATION, YEAR 6

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR |
|---|---|---|---|---|
| ALABAMA POWER COMPANY | 46 | | 21.14 | |
| FARLEY 1 | | 46 | | 21.14 |
| BALTIMORE GAS & ELEC COMPANY | 72 | | 28.46 | |
| CALVERT CLIFFS 2 | | 72 | | 28.46 |
| CAROLINA POWER & LIGHT COMPANY | 171 | | 32.01 | |
| BRUNSWICK 1 | | 39 | | 7.27 |
| BRUNSWICK 2 | | 132 | | 24.74 |
| COMMONWEALTH EDISON COMPANY | 949 | | 175.30 | |
| DRESDEN 1 | | 464 | | 47.03 |
| DRESDEN 2 | | 158 | | 30.35 |
| QUAD CITIES 1 | | 193 | | 37.28 |
| ZION 1 | | 65 | | 29.52 |
| ZION 2 | | 69 | | 31.11 |
| CONNECTICUT YANKEE ATOMIC POWER | 49 | | 20.19 | |
| HADDAM NECK | | 49 | | 20.19 |
| CONSUMERS POWER COMPANY | 26 | | 3.49 | |
| BIG ROCK 1 | | 26 | | 3.49 |
| DAIRYLAND POWER COOP | 28 | | 3.37 | |
| LACROSSE | | 28 | | 3.37 |
| U.S. DOE | 396 | | 72.81 | |
| FORT ST VRAIN | | 246 | | 2.96 |
| OCONEE 1 | | 0 | | <0.01 |
| SURRY 2 | | 8 | | 3.66 |
| THREE MILE ISLAND 2 | | 142 | | 66.19 |
| DUKE POWER COMPANY | 121 | | 56.12 | |
| OCONEE 1 | | 56 | | 25.98 |
| OCONEE 2 | | 65 | | 30.14 |
| FLORIDA POWER & LIGHT COMPANY | 90 | | 40.82 | |
| TURKEY POINT 3 | | 30 | | 13.70 |
| TURKEY POINT 4 | | 60 | | 27.12 |
| GPU NUCLEAR | 220 | | 55.21 | |
| OYSTER CREEK 1 | | 168 | | 31.07 |
| THREE MILE ISLAND 1 | | 52 | | 24.14 |

TABLE A.6 (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR |
|---|---|---|---|---|
| IOWA ELEC LIGHT & POWER COMPANY | 4 | | 0.75 | |
| DUANE ARNOLD | | 4 | | 0.75 |
| MAINE YANKEE ATOMIC | 133 | | 50.64 | |
| MAINE YANKEE | | 133 | | 50.64 |
| NIAGARA MOHAWK POWER CORP | 168 | | 31.15 | |
| NINE MILE POINT 1 | | 168 | | 31.15 |
| NORTHEAST UTIL SVC COMPANY | 72 | | 26.50 | |
| MILLSTONE 2 | | 72 | | 26.50 |
| NORTHERN STATES POWER COMPANY | 48 | | 17.51 | |
| MONTICELLO | | 8 | | 1.47 |
| PRAIRIE ISLAND 2 | | 40 | | 16.04 |
| OMAHA PUB POWER DIST | 44 | | 16.36 | |
| FORT CALHOUN | | 44 | | 16.36 |
| PHILADELPHIA ELEC COMPANY | 260 | | 48.72 | |
| PEACHBOTTOM 2 | | 260 | | 48.72 |
| POWER AUTH OF NY STATE | 192 | | 51.07 | |
| FITZPATRICK | | 136 | | 25.48 |
| INDIAN POINT 3 | | 56 | | 25.58 |
| ROCHESTER GAS & ELEC | 40 | | 15.70 | |
| GINNA | | 40 | | 15.70 |
| SACRAMENTO MUNICIP UTIL DISTR | 56 | | 25.92 | |
| RANCHO SECO 1 | | 56 | | 25.92 |
| SOUTHERN CALIF EDISON COMPANY | 52 | | 19.20 | |
| SAN ONOFRE 1 | | 52 | | 19.20 |
| TENNESSEE VALLEY AUTHORITY | 29 | | 5.49 | |
| BROWNS FERRY 1 | | 26 | | 4.93 |
| BROWNS FERRY 3 | | 3 | | 0.56 |
| VERMONT YANKEE NUCLEAR POWER CORP | 149 | | 27.44 | |
| VERMONT YANKEE 1 | | 149 | | 27.44 |
| VIRGINIA POWER | 44 | | 20.14 | |
| SURRY 2 | | 44 | | 20.14 |

TABLE A.6 (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR |
|---|---|---|---|---|
| WISCONSIN ELEC POWER COMPANY | 62 | | 24.83 | |
| POINT BEACH 1 | | 33 | | 13.21 |
| POINT BEACH 2 | | 29 | | 11.62 |
| YANKEE ATOMIC ELEC COMPANY | 40 | | 9.40 | |
| YANKEE-ROWE 1 | | 40 | | 9.40 |
| TOTAL SNF | 3561 | 3561 | 899.75 | 899.75 |

NO. OF PURCHASERS 27
NO. OF FUEL ORIGINATORS 42