## TABLE A.7

ANNUAL ACCEPTANCE ALLOCATION, YEAR 7

| | ASSEMBLIES | | MTU | |
|---|---|---|---|---|
| PURCHASER/FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER | ORIGINATOR |
| ARK POWER & LIGHT COMPANY | 65 | | 30.11 | |
| ARKANSAS NUCLEAR 1 | | 65 | | 30.11 |
| BALTIMORE GAS & ELEC COMPANY | 136 | | 52.12 | |
| CALVERT CLIFFS 1 | | 72 | | 28.43 |
| CALVERT CLIFFS 2 | | 64 | | 23.68 |
| BOSTON EDISON COMPANY | 62 | | 11.41 | |
| PILGRIM 1 | | 62 | | 11.41 |
| CAROLINA POWER & LIGHT COMPANY | 48 | | 20.59 | |
| ROBINSON 2 | | 48 | | 20.59 |
| COMMONWEALTH EDISON COMPANY | 250 | | 66.84 | |
| QUAD CITIES 2 | | 180 | | 34.92 |
| ZION 1 | | 70 | | 31.92 |
| CONSOLIDATED EDISON COMPANY | 63 | | 28.29 | |
| INDIAN POINT 2 | | 63 | | 28.29 |
| CONSUMERS POWER COMPANY | 68 | | 26.49 | |
| PALISADES | | 68 | | 26.49 |
| U.S. DOE | 35 | | 16.32 | |
| OCONEE 1 | | 0 | | 0.01 |
| THREE MILE ISLAND 2 | | 35 | | 16.31 |
| DUKE POWER COMPANY | 132 | | 61.12 | |
| OCONEE 1 | | 67 | | 31.10 |
| OCONEE 3 | | 65 | | 30.02 |
| DUQUESNE LIGHT COMPANY | 36 | | 16.59 | |
| BEAVER VALLEY 1 | | 36 | | 16.59 |
| FLORIDA POWER & LIGHT COMPANY | 170 | | 71.32 | |
| ST LUCIE 1 | | 68 | | 25.29 |
| TURKEY POINT 3 | | 37 | | 16.90 |
| TURKEY POINT 4 | | 65 | | 29.13 |
| FLORIDA POWER CORP | 56 | | 26.01 | |
| CRYSTAL RIVER 3 | | 56 | | 26.01 |
| GEORGIA POWER COMPANY | 188 | | 35.24 | |
| HATCH 1 | | 188 | | 35.24 |

TABLE A.7 (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR |
|---|---|---|---|---|
| INDIANA & MICH ELEC COMPANY | 137 | | 62.41 | |
| COOK 1 | | 66 | | 29.81 |
| COOK 2 | | 71 | | 32.61 |
| NEBRASKA PUB POWER DIS | 164 | | 31.18 | |
| COOPER STATION | | 164 | | 31.18 |
| NORTHEAST UTIL SVC COMPANY | 148 | | 28.08 | |
| MILLSTONE 1 | | 148 | | 28.08 |
| NORTHERN STATES POWER COMPANY | 81 | | 32.51 | |
| PRAIRIE ISLAND 1 | | 41 | | 16.41 |
| PRAIRIE ISLAND 2 | | 40 | | 16.10 |
| PHILADELPHIA ELEC COMPANY | 272 | | 51.64 | |
| PEACHBOTTOM 3 | | 272 | | 51.64 |
| POWER AUTH OF NY STATE | 76 | | 34.68 | |
| INDIAN POINT 3 | | 76 | | 34.68 |
| PUB SVC ELEC & GAS COMPANY | 38 | | 17.48 | |
| SALEM 1 | | 38 | | 17.48 |
| TENNESSEE VALLEY AUTHORITY | 615 | | 115.53 | |
| BROWNS FERRY 1 | | 362 | | 67.92 |
| BROWNS FERRY 2 | | 156 | | 29.49 |
| BROWNS FERRY 3 | | 97 | | 18.12 |
| VERMONT YANKEE NUCLEAR POWER CORP | 139 | | 25.64 | |
| VERMONT YANKEE 1 | | 139 | | 25.64 |
| VIRGINIA POWER | 51 | | 23.40 | |
| NORTH ANNA 1 | | 51 | | 23.40 |
| WISCONSIN ELEC POWER COMPANY | 25 | | 10.04 | |
| POINT BEACH 1 | | 25 | | 10.04 |
| WISCONSIN PUB SVC CORP | 13 | | 5.20 | |
| KEWAUNEE | | 13 | | 5.20 |
| TOTAL SNF | 3068 | 3068 | 900.24 | 900.24 |

NO. OF PURCHASERS 25
NO. OF FUEL ORIGINATORS 35

# TABLE A.8

ANNUAL ACCEPTANCE ALLOCATION, YEAR 8

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR |
|---|---|---|---|---|
| BOSTON EDISON COMPANY | 30 | | 5.52 | |
| PILGRIM 1 | | 30 | | 5.52 |
| CAROLINA POWER & LIGHT COMPANY | 430 | | 93.09 | |
| BRUNSWICK 1 | | 245 | | 45.69 |
| BRUNSWICK 2 | | 132 | | 24.73 |
| ROBINSON 2 | | 53 | | 22.67 |
| COMMONWEALTH EDISON COMPANY | 483 | | 107.76 | |
| DRESDEN 3 | | 200 | | 38.48 |
| QUAD CITIES 1 | | 224 | | 42.36 |
| ZION 2 | | 59 | | 26.92 |
| CONNECTICUT YANKEE ATOMIC POWER | 53 | | 21.81 | |
| HADDAM NECK | | 53 | | 21.81 |
| CONSOLIDATED EDISON COMPANY | 5 | | 2.26 | |
| INDIAN POINT 2 | | 5 | | 2.26 |
| DUKE POWER COMPANY | 68 | | 31.55 | |
| OCONEE 2 | | 68 | | 31.55 |
| FLORIDA POWER & LIGHT COMPANY | 88 | | 33.08 | |
| ST LUCIE 1 | | 88 | | 33.08 |
| FLORIDA POWER CORP | 44 | | 20.40 | |
| CRYSTAL RIVER 3 | | 44 | | 20.40 |
| GENERAL ATOMICS | 4 | | <0.01 | |
| GENERAL ATOMICS | | 4 | | <0.01 |
| GPU NUCLEAR | 153 | | 27.58 | |
| OYSTER CREEK 1 | | 153 | | 27.58 |
| INDIANA & MICH ELEC COMPANY | 65 | | 27.89 | |
| COOK 1 | | 65 | | 27.89 |
| IOWA ELEC LIGHT & POWER COMPANY | 88 | | 16.53 | |
| DUANE ARNOLD | | 88 | | 16.53 |
| MAINE YANKEE ATOMIC | 73 | | 26.25 | |
| MAINE YANKEE | | 73 | | 26.25 |

TABLE A.8 (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR |
|---|---|---|---|---|
| NEBRASKA PUB POWER DIS | 152 | | 28.65 | |
| COOPER STATION | | 152 | | 28.65 |
| NORTHEAST UTIL SVC COMPANY | 241 | | 59.08 | |
| MILLSTONE 1 | | 168 | | 31.10 |
| MILLSTONE 2 | | 73 | | 27.98 |
| NORTHERN STATES POWER COMPANY | 188 | | 43.23 | |
| MONTICELLO | | 148 | | 27.24 |
| PRAIRIE ISLAND 1 | | 40 | | 15.99 |
| OMAHA PUB POWER DIST | 40 | | 14.73 | |
| FORT CALHOUN | | 40 | | 14.73 |
| PHILADELPHIA ELEC COMPANY | 276 | | 51.27 | |
| PEACHBOTTOM 2 | | 276 | | 51.27 |
| PORTLAND GENERAL ELEC | 53 | | 24.36 | |
| TROJAN | | 53 | | 24.36 |
| POWER AUTH OF NY STATE | 160 | | 30.00 | |
| FITZPATRICK | | 160 | | 30.00 |
| PUB SVC ELEC & GAS COMPANY | 64 | | 29.44 | |
| SALEM 1 | | 64 | | 29.44 |
| ROCHESTER GAS & ELEC | 36 | | 14.15 | |
| GINNA | | 36 | | 14.15 |
| SACRAMENTO MUNICIP UTIL DISTR | 65 | | 30.13 | |
| RANCHO SECO 1 | | 65 | | 30.13 |
| SOUTHERN CALIF EDISON COMPANY | 52 | | 19.21 | |
| SAN ONOFRE 1 | | 52 | | 19.21 |
| TENNESSEE VALLEY AUTHORITY | 352 | | 65.92 | |
| BROWNS FERRY 2 | | 352 | | 65.92 |
| VERMONT YANKEE NUCLEAR POWER CORP | 92 | | 16.93 | |
| VERMONT YANKEE 1 | | 92 | | 16.93 |
| VIRGINIA POWER | 72 | | 32.89 | |
| SURRY 1 | | 72 | | 32.89 |
| WISCONSIN ELEC POWER COMPANY | 32 | | 12.84 | |
| POINT BEACH 2 | | 32 | | 12.84 |

TABLE A.8 (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR |
|---|---|---|---|---|
| WISCONSIN PUB SVC CORP | 33 | | 13.23 | |
| KEWAUNEE | | 33 | | 13.23 |
| TOTAL SNF | 3492 | 3492 | 899.78 | 899.78 |

| | |
|---|---|
| NO. OF PURCHASERS | 29 |
| NO. OF FUEL ORIGINATORS | 35 |

TABLE A.9

ANNUAL ACCEPTANCE ALLOCATION, YEAR 9

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR |
|---|---|---|---|---|
| ALABAMA POWER COMPANY | 53 | | 24.37 | |
| FARLEY 1 | | 53 | | 24.37 |
| ARK POWER & LIGHT COMPANY | 103 | | 46.36 | |
| ARKANSAS NUCLEAR 1 | | 68 | | 31.46 |
| ARKANSAS NUCLEAR 2 | | 35 | | 14.91 |
| BALTIMORE GAS & ELEC COMPANY | 143 | | 55.25 | |
| CALVERT CLIFFS 1 | | 70 | | 27.12 |
| CALVERT CLIFFS 2 | | 73 | | 28.14 |
| COMMONWEALTH EDISON COMPANY | 433 | | 98.17 | |
| DRESDEN 2 | | 226 | | 42.20 |
| QUAD CITIES 2 | | 143 | | 26.65 |
| ZION 1 | | 64 | | 29.32 |
| CONSOLIDATED EDISON COMPANY | 49 | | 22.15 | |
| INDIAN POINT 2 | | 49 | | 22.15 |
| CONSUMERS POWER COMPANY | 22 | | 2.83 | |
| BIG ROCK 1 | | 22 | | 2.83 |
| DAIRYLAND POWER COOP | 12 | | 1.45 | |
| LACROSSE | | 12 | | 1.45 |
| U.S. DOE | 241 | | 3.26 | |
| CALVERT CLIFFS 1 | | 1 | | 0.39 |
| FORT ST VRAIN | | 240 | | 2.87 |
| DUKE POWER COMPANY | 137 | | 63.48 | |
| OCONEE 1 | | 69 | | 31.97 |
| OCONEE 3 | | 68 | | 31.51 |
| FLORIDA POWER & LIGHT COMPANY | 114 | | 52.15 | |
| TURKEY POINT 3 | | 78 | | 35.66 |
| TURKEY POINT 4 | | 36 | | 16.48 |
| GENERAL ATOMICS | 7 | | <0.01 | |
| GENERAL ATOMICS | | 7 | | <0.01 |
| GEORGIA POWER COMPANY | 304 | | 56.40 | |
| HATCH 1 | | 228 | | 42.42 |
| HATCH 2 | | 76 | | 13.98 |

TABLE A.9 (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR |
|---|---|---|---|---|
| INDIANA & MICH ELEC COMPANY | 156 | | 69.70 | |
| COOK 1 | | 64 | | 27.42 |
| COOK 2 | | 92 | | 42.28 |
| IOWA ELEC LIGHT & POWER COMPANY | 84 | | 15.49 | |
| DUANE ARNOLD | | 84 | | 15.49 |
| MAINE YANKEE ATOMIC | 73 | | 28.17 | |
| MAINE YANKEE | | 73 | | 28.17 |
| NEBRASKA PUB POWER DIS | 112 | | 20.96 | |
| COOPER STATION | | 112 | | 20.96 |
| NIAGARA MOHAWK POWER CORP | 200 | | 36.82 | |
| NINE MILE POINT 1 | | 200 | | 36.82 |
| NORTHERN STATES POWER COMPANY | 145 | | 35.66 | |
| MONTICELLO | | 104 | | 19.16 |
| PRAIRIE ISLAND 2 | | 41 | | 16.50 |
| PHILADELPHIA ELEC COMPANY | 216 | | 40.52 | |
| PEACHBOTTOM 3 | | 216 | | 40.52 |
| PORTLAND GENERAL ELEC | 35 | | 16.10 | |
| TROJAN | | 35 | | 16.10 |
| ROCHESTER GAS & ELEC | 15 | | 5.86 | |
| GINNA | | 15 | | 5.86 |
| SACRAMENTO MUNICIP UTIL DISTR | 41 | | 18.92 | |
| RANCHO SECO 1 | | 41 | | 18.92 |
| TENNESSEE VALLEY AUTHORITY | 621 | | 116.11 | |
| BROWNS FERRY 1 | | 245 | | 45.85 |
| BROWNS FERRY 3 | | 376 | | 70.27 |
| VIRGINIA POWER | 63 | | 28.97 | |
| NORTH ANNA 1 | | 63 | | 28.97 |
| WISCONSIN ELEC POWER COMPANY | 40 | | 16.07 | |
| POINT BEACH 1 | | 8 | | 3.21 |
| POINT BEACH 2 | | 32 | | 12.86 |
| WISCONSIN PUB SVC CORP | 41 | | 16.43 | |
| KEWAUNEE | | 41 | | 16.43 |



HQ0002396



HQR-001-2397

HQR001 2397

TABLE A.9 (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR |
|---|---|---|---|---|
| YANKEE ATOMIC ELEC COMPANY | 36 | | 8.46 | |
| YANKEE-ROWE 1 | | 36 | | 8.46 |
| TOTAL SNF | 3496 | 3496 | 900.10 | 900.10 |

NO. OF PURCHASERS 27
NO. OF FUEL ORIGINATORS 39

TABLE A.10

ANNUAL ACCEPTANCE ALLOCATION, YEAR 10

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR |
|---|---|---|---|---|
| ALABAMA POWER COMPANY | 28 | | 12.89 | |
| FARLEY 1 | | 28 | | 12.89 |
| BALTIMORE GAS & ELEC COMPANY | 76 | | 29.51 | |
| CALVERT CLIFFS 1 | | 76 | | 29.51 |
| BOSTON EDISON COMPANY | 232 | | 42.68 | |
| PILGRIM 1 | | 232 | | 42.68 |
| CAROLINA POWER & LIGHT COMPANY | 205 | | 49.50 | |
| BRUNSWICK 2 | | 159 | | 29.79 |
| ROBINSON 2 | | 46 | | 19.71 |
| COMMONWEALTH EDISON COMPANY | 361 | | 98.15 | |
| DRESDEN 3 | | 188 | | 34.63 |
| QUAD CITIES 2 | | 57 | | 10.62 |
| ZION 1 | | 52 | | 23.69 |
| ZION 2 | | 64 | | 29.21 |
| CONNECTICUT YANKEE ATOMIC POWER | 53 | | 21.83 | |
| HADDAM NECK | | 53 | | 21.83 |
| CONSUMERS POWER COMPANY | 90 | | 30.80 | |
| BIG ROCK 1 | | 22 | | 2.78 |
| PALISADES | | 68 | | 28.02 |
| DAIRYLAND POWER COOP | 30 | | 3.29 | |
| LACROSSE | | 30 | | 3.29 |
| U.S. DOE | 44 | | 19.90 | |
| CALVERT CLIFFS 1 | | 1 | | 0.39 |
| POINT BEACH 1 | | 3 | | 1.20 |
| SURRY 2 | | 40 | | 18.31 |
| DUKE POWER COMPANY | 143 | | 66.31 | |
| OCONEE 2 | | 71 | | 32.91 |
| OCONEE 3 | | 72 | | 33.40 |
| DUQUESNE LIGHT COMPANY | 53 | | 24.37 | |
| BEAVER VALLEY 1 | | 53 | | 24.37 |
| FLORIDA POWER & LIGHT COMPANY | 92 | | 37.63 | |
| ST LUCIE 1 | | 64 | | 24.81 |
| TURKEY POINT 4 | | 28 | | 12.82 |

TABLE A.10 (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR |
|---|---|---|---|---|
| VIRGINIA POWER | 115 | | 52.78 | |
| NORTH ANNA 1 | | 48 | | 22.07 |
| NORTH ANNA 2 | | 54 | | 24.76 |
| SURRY 2 | | 13 | | 5.94 |
| WISCONSIN ELEC POWER COMPANY | 54 | | 21.73 | |
| POINT BEACH 1 | | 25 | | 10.05 |
| POINT BEACH 2 | | 29 | | 11.68 |
| WISCONSIN PUB SVC CORP | 37 | | 14.46 | |
| KEWAUNEE | | 37 | | 14.46 |
| TOTAL SNF | 3021 | 3021 | 900.01 | 900.01 |

NO. OF PURCHASERS 29
NO. OF FUEL ORIGINATORS 43

## APPENDIX B

### LISTING OF SPENT NUCLEAR FUEL BY DATE OF PERMANENT DISCHARGE

Table B.1, extracted from the 1991 APR, presents the data used for the annual capacity allocations shown in Tables A.1 through A.10 for the projected ten year period of initial FWMS operations. The SNF is ranked by day, month, and year of permanent discharge. The date of permanent discharge is assumed to be the date that the cycle containing the discharged assemblies went subcritical. This date was based on information submitted by the Purchasers on the Nuclear Fuel Data Form RW-859, when a complete date was provided. When a complete date was not provided, the date was determined either from the Nuclear Regulatory Commission's Average Daily Unit Power Level data or from Purchasers' comments received on the draft APR.

TABLE B.1
LISTING OF SPENT NUCLEAR FUEL BY DATE OF PERMANENT DISCHARGE

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE | DISCHARGE DATE | # OF ASMB | MTU | CUMULATIVE TOTAL MTU |
|---|---|---|---|---|---|---|---|
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 67 11 30 | 1 | < 0.001 | < 0.01 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 67 12 31 | 7 | 0.001 | < 0.01 |
| U.S. DOE | BIG ROCK 1 | WEST VALLEY | BWR | 68 06 21 | 5 | 0.638 | 0.64 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 68 10 31 | 1 | < 0.001 | 0.64 |
| U.S. DOE | BIG ROCK 1 | WEST VALLEY | BWR | 69 04 18 | 1 | 0.113 | 0.75 |
| COMMONWEALTH EDISON COMPANY | DRESDEN 1 | DRESDEN 2 | BWR | 69 09 06 | 39 | 3.969 | 4.72 |
| COMMONWEALTH EDISON COMPANY | DRESDEN 1 | DRESDEN 3 | BWR | 69 09 06 | 55 | 5.632 | 10.35 |
| CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | MORRIS | PWR | 70 04 17 | 51 | 21.441 | 31.79 |
| MORRIS OPERATION | DRESDEN 2 | MORRIS | BWR | 70 06 05 | 29 | 5.569 | 37.36 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | MORRIS | PWR | 70 10 02 | 48 | 17.575 | 54.94 |
| U.S. DOE | GINNA | WEST VALLEY | PWR | 71 02 04 | 12 | 4.586 | 59.52 |
| MORRIS OPERATION | DRESDEN 2 | MORRIS | BWR | 71 02 26 | 215 | 41.528 | 101.05 |
| CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 71 04 16 | 23 | 9.687 | 110.74 |
| CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | MORRIS | PWR | 71 04 16 | 29 | 12.213 | 122.95 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 71 05 31 | 8 | 0.001 | 122.95 |
| PACIFIC GAS AND ELECT | HUMBOLDT BAY | HUMBOLDT BAY | BWR | 71 06 05 | 40 | 3.054 | 126.01 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 71 06 30 | 1 | < 0.001 | 126.01 |
| COMMONWEALTH EDISON COMPANY | DRESDEN 1 | DRESDEN 2 | BWR | 71 09 10 | 63 | 6.447 | 132.46 |
| COMMONWEALTH EDISON COMPANY | DRESDEN 1 | DRESDEN 3 | BWR | 71 09 10 | 49 | 5.050 | 137.51 |
| NIAGARA MOHAWK POWER CORP | NINE MILE POINT 1 | NINE MILE POINT 1 | BWR | 71 09 18 | 17 | 3.285 | 140.79 |
| GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 71 09 18 | 24 | 4.627 | 145.42 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | MORRIS | PWR | 71 12 25 | 47 | 17.248 | 162.67 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | SAN ONOFRE 1 | PWR | 71 12 25 | 1 | 0.367 | 163.03 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | SAN ONOFRE 2 | PWR | 71 12 25 | 1 | 0.367 | 163.40 |
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 72 02 12 | 36 | 9.837 | 173.24 |
| MORRIS OPERATION | DRESDEN 2 | MORRIS | BWR | 72 02 19 | 509 | 97.862 | 271.10 |
| U.S. DOE | BIG ROCK 1 | WEST VALLEY | BWR | 72 03 20 | 6 | 0.831 | 271.93 |
| NIAGARA MOHAWK POWER CORP | NINE MILE POINT 1 | NINE MILE POINT 1 | BWR | 72 04 02 | 31 | 6.013 | 277.94 |
| ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 72 04 15 | 33 | 12.943 | 290.89 |
| U.S. DOE | GINNA | WEST VALLEY | PWR | 72 04 15 | 28 | 10.701 | 301.59 |
| GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 72 05 01 | 136 | 26.473 | 328.06 |
| CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 72 06 10 | 53 | 22.123 | 350.18 |

TABLE B.1 (Continued)

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE | DISCHARGE DATE | # OF ASMB | MTU | CUMULATIVE TOTAL MTU |
|---|---|---|---|---|---|---|---|
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 72 08 19 | 6 | 0.718 | 350.90 |
| PACIFIC GAS AND ELECT | HUMBOLDT BAY | HUMBOLDT BAY | BWR | 72 08 25 | 55 | 4.195 | 355.10 |
| NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 72 09 01 | 28 | 5.437 | 360.53 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 72 09 30 | 41 | 16.282 | 376.81 |
| U.S. DOE | POINT BEACH 1 | INEL | PWR | 72 09 30 | 3 | 1.194 | 378.01 |
| ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 72 10 06 | 48 | 19.037 | 397.05 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 72 11 30 | 1 | < 0.001 | 397.05 |
| CONSOLIDATED EDISON COMPANY | INDIAN POINT 1 | INDIAN POINT 1 | PWR | 72 12 29 | 40 | 7.784 | 404.83 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | MORRIS | PWR | 73 02 06 | 53 | 19.175 | 424.00 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | SAN ONOFRE 1 | PWR | 73 02 06 | 4 | 1.289 | 425.29 |
| U.S. DOE | BIG ROCK 1 | WEST VALLEY | BWR | 73 03 02 | 37 | 5.015 | 430.31 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 73 03 03 | 2 | 0.387 | 430.70 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MORRIS | BWR | 73 03 03 | 11 | 2.130 | 432.83 |
| COMMONWEALTH EDISON COMPANY | DRESDEN 3 | DRESDEN 3 | BWR | 73 03 03 | 51 | 9.869 | 442.69 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | BRUNSWICK 1 PWR POOL | PWR | 73 03 16 | 7 | 3.192 | 445.89 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | BRUNSWICK 2 PWR POOL | PWR | 73 03 16 | 43 | 19.608 | 465.49 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 73 03 16 | 3 | 1.368 | 466.86 |
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 73 03 30 | 26 | 3.115 | 469.98 |
| GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 73 04 13 | 148 | 28.896 | 498.87 |
| NIAGARA MOHAWK POWER CORP | NINE MILE POINT 1 | NINE MILE POINT 1 | BWR | 73 04 14 | 104 | 20.222 | 519.10 |
| CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 73 07 08 | 55 | 22.466 | 541.56 |
| PACIFIC GAS AND ELECT | HUMBOLDT BAY | HUMBOLDT BAY | BWR | 73 08 31 | 52 | 3.965 | 545.53 |
| VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 73 09 29 | 50 | 9.473 | 555.00 |
| COMMONWEALTH EDISON COMPANY | DRESDEN 1 | DRESDEN 1 | BWR | 73 10 09 | 52 | 5.353 | 560.35 |
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 73 11 03 | 24 | 2.876 | 563.23 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 73 11 30 | 2 | < 0.001 | 563.23 |
| BOSTON EDISON COMPANY | PILGRIM 1 | PILGRIM 1 | BWR | 73 12 28 | 20 | 3.881 | 567.11 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 73 12 31 | 2 | < 0.001 | 567.11 |
| ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 74 01 01 | 12 | 4.599 | 571.71 |
| COMMONWEALTH EDISON COMPANY | DRESDEN 3 | DRESDEN 3 | BWR | 74 03 11 | 44 | 8.569 | 580.28 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MORRIS | BWR | 74 03 15 | 111 | 21.483 | 601.76 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 74 03 15 | 11 | 2.129 | 603.89 |
| U.S. DOE | BIG ROCK 1 | WEST VALLEY | BWR | 74 03 23 | 23 | 3.133 | 607.02 |

TABLE B.1 (Continued)

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE | DISCHARGE DATE | # OF ASMB | MTU | CUMULATIVE TOTAL MTU |
|---|---|---|---|---|---|---|---|
| NIAGARA MOHAWK POWER CORP | NINE MILE POINT 1 | NINE MILE POINT 1 | BWR | 74 03 31 | 148 | 28.749 | 635.77 |
| COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 74 03 31 | 32 | 6.143 | 641.91 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 74 04 06 | 74 | 28.634 | 670.55 |
| U.S. DOE | POINT BEACH 1 | INEL | PWR | 74 04 06 | 3 | 1.167 | 671.72 |
| GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 74 04 13 | 72 | 14.072 | 685.79 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | BRUNSWICK 1 PWR POOL | PWR | 74 05 04 | 102 | 45.033 | 730.82 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 74 05 04 | 2 | 0.883 | 731.70 |
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 74 05 11 | 37 | 10.087 | 741.79 |
| CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 74 06 03 | 18 | 2.455 | 744.25 |
| U.S. DOE | BIG ROCK 1 | WEST VALLEY | BWR | 74 06 03 | 13 | 1.768 | 746.01 |
| MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 74 07 01 | 72 | 26.309 | 772.32 |
| NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 74 08 30 | 208 | 40.640 | 812.96 |
| COMMONWEALTH EDISON COMPANY | DRESDEN 1 | DRESDEN 1 | BWR | 74 08 31 | 37 | 3.786 | 816.75 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 3 | TURKEY POINT 3 | PWR | 74 10 05 | 46 | 20.820 | 837.57 |
| VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 74 10 13 | 328 | 63.332 | 900.90 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 74 10 16 | 36 | 14.373 | 915.27 |
| DUKE POWER COMPANY | OCONEE 1 | MCGUIRE 1 | PWR | 74 10 19 | 12 | 5.608 | 920.88 |
| DUKE POWER COMPANY | OCONEE 1 | MCGUIRE 2 | PWR | 74 10 19 | 6 | 2.806 | 923.69 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 3 | PWR | 74 10 19 | 35 | 16.399 | 940.09 |
| VIRGINIA POWER | SURRY 1 | SURRY 1 | PWR | 74 10 24 | 18 | 8.172 | 948.26 |
| CONSOLIDATED EDISON COMPANY | INDIAN POINT 1 | INDIAN POINT 1 | PWR | 74 10 31 | 120 | 22.800 | 971.06 |
| PACIFIC GAS AND ELECT | HUMBOLDT BAY | HUMBOLDT BAY | BWR | 74 10 31 | 28 | 2.120 | 973.18 |
| COMMONWEALTH EDISON COMPANY | DRESDEN 2 | DRESDEN 2 | BWR | 74 11 03 | 156 | 29.973 | 1003.15 |
| COMMONWEALTH EDISON COMPANY | QUAD CITIES 2 | QUAD CITIES 1 | BWR | 74 12 22 | 85 | 16.290 | 1019.44 |
| COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 75 01 09 | 1 | 0.192 | 1019.63 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 75 01 10 | 10 | 1.935 | 1021.57 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MORRIS | BWR | 75 01 10 | 71 | 13.742 | 1035.31 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 75 02 08 | 25 | 9.325 | 1044.64 |
| ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 75 03 10 | 25 | 9.837 | 1054.47 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | MORRIS | PWR | 75 03 13 | 53 | 19.287 | 1073.76 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 75 03 29 | 44 | 19.925 | 1093.68 |
| GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 75 03 30 | 112 | 21.908 | 1115.59 |
| COMMONWEALTH EDISON COMPANY | DRESDEN 3 | DRESDEN 3 | BWR | 75 04 16 | 141 | 27.391 | 1142.98 |

TABLE B.1 (Continued)

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE | DISCHARGE DATE | # OF ASMB | MTU | CUMULATIVE TOTAL MTU |
|---|---|---|---|---|---|---|---|
| VIRGINIA POWER | SURRY 2 | SURRY 1 | PWR | 75 04 26 | 26 | 11.866 | 1154.85 |
| MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 75 05 02 | 152 | 57.859 | 1212.71 |
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 75 05 09 | 25 | 2.998 | 1215.71 |
| U.S. DOE | HADDAM NECK | BATTELLE | PWR | 75 05 17 | 1 | 0.406 | 1216.11 |
| CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 75 05 17 | 48 | 19.751 | 1235.86 |
| PACIFIC GAS AND ELECT | HUMBOLDT BAY | HUMBOLDT BAY | BWR | 75 05 31 | 34 | 2.585 | 1238.45 |
| IOWA ELEC LIGHT & POWER COMPANY | DUANE ARNOLD | DUANE ARNOLD | BWR | 75 06 06 | 2 | 0.375 | 1238.82 |
| COMMONWEALTH EDISON COMPANY | DRESDEN 1 | DRESDEN 1 | BWR | 75 09 01 | 64 | 6.547 | 1245.37 |
| U.S. DOE | DRESDEN 1 | INEL | BWR | 75 09 01 | 2 | 0.205 | 1245.58 |
| NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 75 09 12 | 144 | 28.187 | 1273.76 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 75 09 12 | 25 | 4.838 | 1278.60 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MORRIS | BWR | 75 09 12 | 243 | 47.029 | 1325.63 |
| NIAGARA MOHAWK POWER CORP | NINE MILE POINT 1 | NINE MILE POINT 1 | BWR | 75 09 14 | 200 | 38.805 | 1364.43 |
| VIRGINIA POWER | SURRY 1 | SURRY 1 | PWR | 75 09 26 | 37 | 16.700 | 1381.13 |
| VIRGINIA POWER | SURRY 1 | SURRY DRY STORAGE | PWR | 75 09 26 | 36 | 16.260 | 1397.39 |
| COMMONWEALTH EDISON COMPANY | QUAD CITIES 2 | QUAD CITIES 1 | BWR | 75 10 03 | 94 | 18.026 | 1415.42 |
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 75 10 18 | 40 | 9.652 | 1425.07 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 3 | TURKEY POINT 3 | PWR | 75 10 25 | 32 | 14.358 | 1439.43 |
| U.S. DOE | TURKEY POINT 3 | INEL | PWR | 75 10 25 | 5 | 2.244 | 1441.67 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | BRUNSWICK 1 PWR POOL | PWR | 75 10 31 | 45 | 20.385 | 1462.06 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | BRUNSWICK 2 PWR POOL | PWR | 75 10 31 | 6 | 2.746 | 1464.81 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 75 10 31 | 1 | 0.453 | 1465.26 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 75 11 16 | 16 | 6.366 | 1471.63 |
| CONSUMERS POWER COMPANY | PALISADES | PALISADES | PWR | 75 12 20 | 205 | 84.344 | 1555.97 |
| GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 75 12 28 | 56 | 10.948 | 1566.92 |
| COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 76 01 03 | 156 | 29.861 | 1596.78 |
| BOSTON EDISON COMPANY | PILGRIM 1 | PILGRIM 1 | BWR | 76 01 29 | 132 | 25.421 | 1622.20 |
| ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 76 01 30 | 37 | 14.545 | 1636.74 |
| CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 76 01 31 | 22 | 2.996 | 1639.74 |
| DUKE POWER COMPANY | OCONEE 1 | MCGUIRE 1 | PWR | 76 02 08 | 19 | 8.913 | 1648.65 |
| DUKE POWER COMPANY | OCONEE 1 | MCGUIRE 2 | PWR | 76 02 08 | 20 | 9.356 | 1658.01 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 3 | PWR | 76 02 08 | 17 | 7.968 | 1665.98 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE DRY STORAGE | PWR | 76 02 08 | 4 | 1.877 | 1667.85 |