TABLE B.1 (Continued)

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE | DISCHARGE DATE | # OF ASMB | MTU | CUMULATIVE TOTAL MTU |
|---|---|---|---|---|---|---|---|
| BABCOCK AND WILCOX COMPANY | OCONEE 1 | BABCOCK AND WILCOX | PWR | 76 02 08 | < 1 | < 0.001 | 1667.85 |
| IOWA ELEC LIGHT & POWER COMPANY | DUANE ARNOLD | DUANE ARNOLD | BWR | 76 02 13 | 80 | 15.002 | 1682.86 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 76 02 14 | 11 | 4.378 | 1687.23 |
| GPU NUCLEAR | THREE MILE ISLAND 1 | THREE MILE ISLAND 1 | PWR | 76 02 21 | 30 | 13.931 | 1701.17 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 76 02 26 | 34 | 13.400 | 1714.57 |
| COMMONWEALTH EDISON COMPANY | ZION 1 | ZION 1 | PWR | 76 03 05 | 49 | 22.287 | 1736.85 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 76 03 05 | 40 | 15.959 | 1752.81 |
| COMMONWEALTH EDISON COMPANY | DRESDEN 2 | DRESDEN 2 | BWR | 76 03 15 | 156 | 29.987 | 1782.80 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | BRUNSWICK 1 | BWR | 76 03 19 | 4 | 0.722 | 1783.52 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 2 | PEACHBOTTOM 2 | BWR | 76 03 26 | 186 | 36.269 | 1819.79 |
| U.S. DOE | PEACHBOTTOM 2 | INEL | BWR | 76 03 26 | 2 | 0.384 | 1820.17 |
| CONSOLIDATED EDISON COMPANY | INDIAN POINT 2 | INDIAN POINT 2 | PWR | 76 03 30 | 72 | 32.736 | 1852.91 |
| DUKE POWER COMPANY | OCONEE 2 | MCGUIRE 1 | PWR | 76 04 07 | 4 | 1.859 | 1854.77 |
| DUKE POWER COMPANY | OCONEE 2 | MCGUIRE 2 | PWR | 76 04 07 | 33 | 15.315 | 1870.08 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 1 | PWR | 76 04 07 | 2 | 0.928 | 1871.01 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 3 | PWR | 76 04 07 | 2 | 0.929 | 1871.94 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE DRY STORAGE | PWR | 76 04 07 | 1 | 0.464 | 1872.40 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 76 04 18 | 6 | 2.714 | 1875.12 |
| VIRGINIA POWER | SURRY 2 | SURRY DRY STORAGE | PWR | 76 04 22 | 20 | 8.818 | 1883.94 |
| VIRGINIA POWER | SURRY 2 | SURRY 1 | PWR | 76 04 22 | 44 | 19.784 | 1903.72 |
| U.S. DOE | SURRY 2 | INEL | PWR | 76 04 22 | 10 | 4.497 | 1908.22 |
| CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 76 05 18 | 53 | 21.770 | 1929.99 |
| PACIFIC GAS AND ELECT | HUMBOLDT BAY | HUMBOLDT BAY | BWR | 76 07 03 | 181 | 13.023 | 1943.01 |
| COMMONWEALTH EDISON COMPANY | QUAD CITIES 2 | QUAD CITIES 1 | BWR | 76 09 11 | 164 | 31.221 | 1974.23 |
| DUKE POWER COMPANY | OCONEE 3 | MCGUIRE 2 | PWR | 76 09 18 | 1 | 0.463 | 1974.69 |
| NEBRASKA PUB POWER DIS | COOPER STATION | MORRIS | BWR | 76 09 19 | 120 | 23.518 | 1998.21 |
| COMMONWEALTH EDISON COMPANY | DRESDEN 3 | DRESDEN 3 | BWR | 76 09 20 | 148 | 28.616 | 2026.83 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | MORRIS | PWR | 76 09 30 | 53 | 19.216 | 2046.04 |
| NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 76 10 01 | 124 | 24.269 | 2070.31 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 76 10 01 | 32 | 12.804 | 2083.12 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 76 10 02 | 36 | 12.816 | 2095.93 |
| VIRGINIA POWER | SURRY 1 | SURRY 1 | PWR | 76 10 17 | 21 | 9.355 | 2105.29 |
| VIRGINIA POWER | SURRY 1 | SURRY DRY STORAGE | PWR | 76 10 17 | 68 | 30.449 | 2135.74 |

TABLE B.1 (Continued)

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE | DISCHARGE DATE | # OF ASMB | MTU | CUMULATIVE TOTAL MTU |
|---|---|---|---|---|---|---|---|
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 76 10 22 | 40 | 16.033 | 2151.77 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 76 10 30 | 1 | 0.457 | 2152.23 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | BRUNSWICK 2 PWR POOL | PWR | 76 10 30 | 51 | 23.233 | 2175.46 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 3 | TURKEY POINT 3 | PWR | 76 11 14 | 57 | 25.225 | 2200.69 |
| INDIANA & MICH ELEC COMPANY | COOK 1 | COOK 1 | PWR | 76 12 23 | 63 | 28.513 | 2229.20 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 3 | PEACHBOTTOM 3 | BWR | 76 12 25 | 188 | 35.832 | 2265.03 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 1 | CALVERT CLIFFS 1 | PWR | 77 01 01 | 32 | 12.550 | 2277.58 |
| COMMONWEALTH EDISON COMPANY | ZION 2 | ZION 1 | PWR | 77 01 08 | 42 | 19.047 | 2296.63 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 77 01 17 | 45 | 17.629 | 2314.26 |
| ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 1 | ARKANSAS NUCLEAR 1 | PWR | 77 01 27 | 50 | 23.218 | 2337.47 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 77 03 03 | 37 | 14.263 | 2351.74 |
| NIAGARA MOHAWK POWER CORP | NINE MILE POINT 1 | NINE MILE POINT 1 | BWR | 77 03 05 | 160 | 30.732 | 2382.47 |
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 77 03 12 | 4 | 0.749 | 2383.22 |
| IOWA ELEC LIGHT & POWER COMPANY | DUANE ARNOLD | DUANE ARNOLD | BWR | 77 03 12 | 74 | 13.883 | 2397.10 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 77 03 18 | 35 | 13.802 | 2410.90 |
| GPU NUCLEAR | THREE MILE ISLAND 1 | THREE MILE ISLAND 1 | PWR | 77 03 19 | 53 | 24.587 | 2435.49 |
| COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 77 03 20 | 183 | 35.324 | 2470.81 |
| MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 77 04 09 | 70 | 27.241 | 2498.06 |
| ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 77 04 16 | 41 | 16.037 | 2514.09 |
| GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 77 04 24 | 128 | 24.815 | 2538.91 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 2 | PEACHBOTTOM 2 | BWR | 77 04 27 | 172 | 32.204 | 2571.11 |
| BABCOCK AND WILCOX COMPANY | OCONEE 1 | BABCOCK AND WILCOX | PWR | 77 05 08 | < 1 | 0.002 | 2571.11 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 77 05 09 | 34 | 15.195 | 2586.31 |
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 77 05 11 | 32 | 3.856 | 2590.16 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 1 | PWR | 77 05 28 | 35 | 16.243 | 2606.41 |
| DUKE POWER COMPANY | OCONEE 2 | MCGUIRE 2 | PWR | 77 05 28 | 38 | 17.630 | 2624.04 |
| BABCOCK AND WILCOX COMPANY | OCONEE 2 | BABCOCK AND WILCOX | PWR | 77 05 28 | < 1 | 0.010 | 2624.05 |
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 77 06 04 | 36 | 8.622 | 2632.67 |
| COMMONWEALTH EDISON COMPANY | DRESDEN 1 | DRESDEN 1 | BWR | 77 06 14 | 66 | 6.806 | 2639.48 |
| POWER AUTH OF NY STATE | FITZPATRICK | FITZPATRICK | BWR | 77 06 22 | 132 | 25.828 | 2665.30 |
| CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 77 07 23 | 20 | 2.670 | 2667.97 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 3 | PWR | 77 08 05 | 42 | 19.646 | 2687.62 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE DRY STORAGE | PWR | 77 08 05 | 18 | 8.424 | 2696.04 |

TABLE B.1 (Continued)

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE | DISCHARGE DATE | # OF ASMB | MTU | CUMULATIVE TOTAL MTU |
|---|---|---|---|---|---|---|---|
| BABCOCK AND WILCOX COMPANY | OCONEE 1 | BABCOCK AND WILCOX | PWR | 77 08 05 | < 1 | 0.006 | 2696.05 |
| BOSTON EDISON COMPANY | PILGRIM 1 | PILGRIM 1 | BWR | 77 08 06 | 428 | 82.597 | 2778.65 |
| SACRAMENTO MUNICIP UTIL DISTR | RANCHO SECO 1 | RANCHO SECO 1 | PWR | 77 08 20 | 20 | 9.262 | 2787.91 |
| VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 77 08 21 | 112 | 20.566 | 2808.47 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MORRIS | BWR | 77 09 10 | 20 | 3.736 | 2812.21 |
| VIRGINIA POWER | SURRY 2 | SURRY DRY STORAGE | PWR | 77 09 10 | 54 | 24.140 | 2836.35 |
| U.S. DOE | SURRY 2 | INEL | PWR | 77 09 10 | 2 | 0.913 | 2837.26 |
| VIRGINIA POWER | SURRY 2 | SURRY 1 | PWR | 77 09 10 | 25 | 11.379 | 2848.64 |
| COMMONWEALTH EDISON COMPANY | ZION 1 | ZION 1 | PWR | 77 09 10 | 64 | 29.079 | 2877.72 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | BRUNSWICK 1 | BWR | 77 09 10 | 86 | 16.149 | 2893.87 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | HARRIS 1 | BWR | 77 09 10 | 54 | 10.144 | 2904.01 |
| COMMONWEALTH EDISON COMPANY | DRESDEN 2 | DRESDEN 2 | BWR | 77 09 11 | 196 | 37.669 | 2941.68 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 1 | BROWNS FERRY 1 | BWR | 77 09 13 | 168 | 32.825 | 2974.51 |
| NEBRASKA PUB POWER DIS | COOPER STATION | MORRIS | BWR | 77 09 19 | 12 | 2.347 | 2976.86 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 77 09 30 | 52 | 18.909 | 2995.76 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 77 10 04 | 48 | 19.122 | 3014.89 |
| CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 77 10 15 | 52 | 21.399 | 3036.29 |
| CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | MORRIS | PWR | 77 10 15 | 1 | 0.412 | 3036.70 |
| DUKE POWER COMPANY | OCONEE 3 | MCGUIRE 2 | PWR | 77 10 21 | 61 | 28.207 | 3064.90 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 77 11 11 | 35 | 14.015 | 3078.92 |
| NORTHEAST UTIL SVC COMPANY | MILLSTONE 2 | MILLSTONE 2 | PWR | 77 11 20 | 45 | 17.813 | 3096.73 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 3 | TURKEY POINT 3 | PWR | 77 11 23 | 27 | 12.210 | 3108.94 |
| U.S. DOE | TURKEY POINT 3 | INEL | PWR | 77 11 23 | 13 | 5.933 | 3114.88 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 77 11 30 | 1 | < 0.001 | 3114.88 |
| CONSUMERS POWER COMPANY | PALISADES | PALISADES | PWR | 78 01 06 | 68 | 27.312 | 3142.19 |
| COMMONWEALTH EDISON COMPANY | QUAD CITIES 2 | QUAD CITIES 1 | BWR | 78 01 15 | 180 | 34.337 | 3176.52 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 1 | CALVERT CLIFFS 1 | PWR | 78 01 23 | 112 | 41.437 | 3217.96 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | BRUNSWICK 2 PWR POOL | PWR | 78 01 27 | 40 | 18.232 | 3236.19 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | BRUNSWICK 1 PWR POOL | PWR | 78 01 27 | 6 | 2.732 | 3238.93 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 78 01 27 | 7 | 3.193 | 3242.12 |
| ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 1 | ARKANSAS NUCLEAR 1 | PWR | 78 02 02 | 61 | 28.199 | 3270.32 |
| COMMONWEALTH EDISON COMPANY | ZION 2 | ZION 1 | PWR | 78 02 04 | 64 | 28.617 | 3298.93 |
| CONSOLIDATED EDISON COMPANY | INDIAN POINT 2 | INDIAN POINT 2 | PWR | 78 02 13 | 60 | 27.004 | 3325.94 |

TABLE B.1 (Continued)

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE | DISCHARGE DATE | # OF ASMB | MTU | CUMULATIVE TOTAL MTU |
|---|---|---|---|---|---|---|---|
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 78 03 03 | 24 | 4.494 | 3330.43 |
| FLORIDA POWER CORP | CRYSTAL RIVER 3 | CRYSTAL RIVER 3 | PWR | 78 03 03 | 3 | 1.391 | 3331.82 |
| COMMONWEALTH EDISON COMPANY | DRESDEN 3 | DRESDEN 3 | BWR | 78 03 05 | 176 | 34.060 | 3365.88 |
| NEBRASKA PUB POWER DIS | COOPER STATION | MORRIS | BWR | 78 03 05 | 60 | 11.403 | 3377.29 |
| NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 78 03 10 | 124 | 24.080 | 3401.37 |
| GPU NUCLEAR | THREE MILE ISLAND 1 | THREE MILE ISLAND 1 | PWR | 78 03 18 | 73 | 33.875 | 3435.24 |
| IOWA ELEC LIGHT & POWER COMPANY | DUANE ARNOLD | DUANE ARNOLD | BWR | 78 03 18 | 116 | 21.793 | 3457.03 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 2 | BROWNS FERRY 1 | BWR | 78 03 18 | 132 | 25.804 | 3482.84 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 78 03 18 | 1 | 0.459 | 3483.30 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 78 03 22 | 44 | 17.613 | 3500.91 |
| ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 78 03 25 | 41 | 16.096 | 3517.01 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 78 03 27 | 41 | 16.108 | 3533.11 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 1 | ST LUCIE 1 | PWR | 78 03 28 | 52 | 20.638 | 3553.75 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 3 | PEACHBOTTOM 3 | BWR | 78 04 02 | 252 | 47.667 | 3601.42 |
| INDIANA & MICH ELEC COMPANY | COOK 1 | COOK 1 | PWR | 78 04 06 | 64 | 29.112 | 3630.53 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 78 04 21 | 41 | 16.040 | 3646.57 |
| U.S. DOE | SURRY 1 | INEL | PWR | 78 04 22 | 1 | 0.454 | 3647.03 |
| VIRGINIA POWER | SURRY 1 | SURRY 1 | PWR | 78 04 22 | 42 | 19.170 | 3666.20 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 78 04 30 | 1 | < 0.001 | 3666.20 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 1 | PWR | 78 06 06 | 39 | 18.089 | 3684.28 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE DRY STORAGE | PWR | 78 06 06 | 26 | 12.050 | 3696.33 |
| POWER AUTH OF NY STATE | INDIAN POINT 3 | INDIAN POINT 3 | PWR | 78 06 08 | 64 | 29.239 | 3725.57 |
| IOWA ELEC LIGHT & POWER COMPANY | DUANE ARNOLD | DUANE ARNOLD | BWR | 78 06 17 | 4 | 0.750 | 3726.32 |
| MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 78 07 14 | 133 | 50.640 | 3776.96 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 78 08 13 | 60 | 27.117 | 3804.08 |
| DUKE POWER COMPANY | OCONEE 1 | MCGUIRE 2 | PWR | 78 09 02 | 18 | 8.368 | 3812.45 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 1 | PWR | 78 09 02 | 4 | 1.855 | 3814.30 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 3 | PWR | 78 09 02 | 29 | 13.436 | 3827.74 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE DRY STORAGE | PWR | 78 09 02 | 5 | 2.319 | 3830.06 |
| U.S. DOE | OCONEE 1 | BABCOCK AND WILCOX | PWR | 78 09 02 | < 1 | 0.004 | 3830.06 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 3 | BROWNS FERRY 3 | BWR | 78 09 08 | 3 | 0.561 | 3830.62 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 2 | PEACHBOTTOM 2 | BWR | 78 09 09 | 260 | 48.724 | 3879.35 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | SAN ONOFRE 2 | PWR | 78 09 15 | 36 | 13.289 | 3892.64 |

TABLE B.1 (Continued)

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE | DISCHARGE DATE | # OF ASMB | MTU | CUMULATIVE TOTAL MTU |
|---|---|---|---|---|---|---|---|
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | MORRIS | PWR | 78 09 15 | 16 | 5.907 | 3898.54 |
| COMMONWEALTH EDISON COMPANY | ZION 1 | ZION 1 | PWR | 78 09 15 | 65 | 29.522 | 3928.07 |
| GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 78 09 16 | 168 | 31.072 | 3959.14 |
| VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 78 09 16 | 106 | 19.543 | 3978.68 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 2 | CALVERT CLIFFS 1 | PWR | 78 09 16 | 72 | 28.465 | 4007.15 |
| POWER AUTH OF NY STATE | FITZPATRICK | FITZPATRICK | BWR | 78 09 17 | 136 | 25.485 | 4032.63 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 78 09 20 | 33 | 13.212 | 4045.84 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MORRIS | BWR | 78 10 14 | 8 | 1.470 | 4047.31 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 78 10 15 | 44 | 16.360 | 4063.67 |
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 78 10 21 | 40 | 9.397 | 4073.07 |
| COMMONWEALTH EDISON COMPANY | DRESDEN 1 | DRESDEN 1 | BWR | 78 10 31 | 464 | 47.035 | 4120.10 |
| DUKE POWER COMPANY | OCONEE 2 | MCGUIRE 2 | PWR | 78 11 04 | 48 | 22.271 | 4142.38 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 1 | PWR | 78 11 04 | 15 | 6.947 | 4149.32 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE DRY STORAGE | PWR | 78 11 04 | 2 | 0.925 | 4150.25 |
| SACRAMENTO MUNICIP UTIL DISTR | RANCHO SECO 1 | RANCHO SECO 1 | PWR | 78 11 14 | 56 | 25.921 | 4176.17 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 1 | BROWNS FERRY 1 | BWR | 78 11 26 | 26 | 4.927 | 4181.10 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 78 11 27 | 40 | 16.038 | 4197.13 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 3 | TURKEY POINT 3 | PWR | 79 01 01 | 30 | 13.699 | 4210.83 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 1 | BRUNSWICK 1 | BWR | 79 01 02 | 37 | 6.897 | 4217.73 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 1 | HARRIS 1 BWR POOL | BWR | 79 01 02 | 2 | 0.372 | 4218.10 |
| COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 79 01 17 | 193 | 37.276 | 4255.38 |
| CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 79 01 27 | 48 | 19.779 | 4275.16 |
| CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | MORRIS | PWR | 79 01 27 | 1 | 0.411 | 4275.57 |
| U.S. DOE | FORT ST VRAIN | INEL | HTG | 79 02 01 | 246 | 2.962 | 4278.53 |
| CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 79 02 02 | 26 | 3.495 | 4282.02 |
| U.S. DOE | SURRY 2 | INEL | PWR | 79 02 04 | 8 | 3.661 | 4285.69 |
| VIRGINIA POWER | SURRY 2 | SURRY 1 | PWR | 79 02 04 | 44 | 20.144 | 4305.83 |
| ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 79 02 10 | 40 | 15.699 | 4321.53 |
| GPU NUCLEAR | THREE MILE ISLAND 1 | THREE MILE ISLAND 1 | PWR | 79 02 16 | 52 | 24.139 | 4345.67 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | BRUNSWICK 2 | BWR | 79 03 02 | 97 | 18.178 | 4363.85 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | HARRIS 1 | BWR | 79 03 02 | 35 | 6.560 | 4370.41 |
| NIAGARA MOHAWK POWER CORP | NINE MILE POINT 1 | NINE MILE POINT 1 | BWR | 79 03 03 | 168 | 31.149 | 4401.55 |
| ALABAMA POWER COMPANY | FARLEY 1 | FARLEY 1 | PWR | 79 03 08 | 46 | 21.135 | 4422.69 |

TABLE B.1 (Continued)

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE | DISCHARGE DATE | # OF ASMB | MTU | CUMULATIVE TOTAL MTU |
|---|---|---|---|---|---|---|---|
| COMMONWEALTH EDISON COMPANY | ZION 2 | ZION 1 | PWR | 79 03 09 | 69 | 31.114 | 4453.80 |
| NORTHEAST UTIL SVC COMPANY | MILLSTONE 2 | MILLSTONE 2 | PWR | 79 03 10 | 72 | 26.504 | 4480.31 |
| COMMONWEALTH EDISON COMPANY | DRESDEN 2 | DRESDEN 2 | BWR | 79 03 17 | 158 | 30.351 | 4510.66 |
| VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 79 03 17 | 43 | 7.898 | 4518.56 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 79 03 22 | 29 | 11.622 | 4530.18 |
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 79 03 25 | 28 | 3.374 | 4533.55 |
| U.S. DOE | THREE MILE ISLAND 2 | INEL | PWR | 79 03 28 | 177 | 82.500 | 4616.05 |
| ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 1 | ARKANSAS NUCLEAR 1 | PWR | 79 03 30 | 65 | 30.113 | 4646.17 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 1 | ST LUCIE 1 | PWR | 79 04 01 | 68 | 25.292 | 4671.46 |
| PUB SVC ELEC & GAS COMPANY | SALEM 1 | SALEM 1 | PWR | 79 04 03 | 38 | 17.485 | 4688.94 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 79 04 05 | 65 | 29.126 | 4718.07 |
| INDIANA & MICH ELEC COMPANY | COOK 1 | COOK 1 | PWR | 79 04 06 | 66 | 29.807 | 4747.88 |
| NEBRASKA PUB POWER DIS | COOPER STATION | MORRIS | BWR | 79 04 07 | 164 | 31.177 | 4779.05 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | BRUNSWICK 2 PWR POOL | PWR | 79 04 11 | 4 | 1.715 | 4780.77 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | HARRIS 1 | PWR | 79 04 11 | 25 | 10.726 | 4791.49 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 79 04 11 | 19 | 8.148 | 4799.64 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 1 | CALVERT CLIFFS 1 | PWR | 79 04 21 | 72 | 28.434 | 4828.08 |
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 79 04 22 | 188 | 35.245 | 4863.32 |
| FLORIDA POWER CORP | CRYSTAL RIVER 3 | CRYSTAL RIVER 3 | PWR | 79 04 23 | 56 | 26.010 | 4889.33 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 2 | BROWNS FERRY 1 | BWR | 79 04 27 | 156 | 29.493 | 4918.82 |
| NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 79 04 28 | 148 | 28.075 | 4946.90 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 1 | PWR | 79 04 28 | 47 | 21.710 | 4968.61 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE DRY STORAGE | PWR | 79 04 28 | 18 | 8.306 | 4976.91 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 79 04 30 | 41 | 16.412 | 4993.33 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 79 05 26 | 13 | 5.203 | 4998.53 |
| CONSOLIDATED EDISON COMPANY | INDIAN POINT 2 | INDIAN POINT 2 | PWR | 79 06 16 | 63 | 28.291 | 5026.82 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 3 | BROWNS FERRY 3 | BWR | 79 08 24 | 97 | 18.118 | 5044.94 |
| CONSUMERS POWER COMPANY | PALISADES | PALISADES | PWR | 79 09 08 | 68 | 26.486 | 5071.42 |
| POWER AUTH OF NY STATE | INDIAN POINT 3 | INDIAN POINT 3 | PWR | 79 09 14 | 76 | 34.679 | 5106.10 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 3 | PEACHBOTTOM 3 | BWR | 79 09 15 | 272 | 51.637 | 5157.74 |
| VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 79 09 22 | 139 | 25.635 | 5183.38 |
| VIRGINIA POWER | NORTH ANNA 1 | NORTH ANNA 1 | PWR | 79 09 25 | 51 | 23.399 | 5206.77 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 79 10 05 | 25 | 10.039 | 5216.81 |

TABLE B.1 (Continued)

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE | DISCHARGE DATE | # OF ASMB | MTU | CUMULATIVE TOTAL MTU |
|---|---|---|---|---|---|---|---|
| COMMONWEALTH EDISON COMPANY | ZION 1 | ZION 1 | PWR | 79 10 06 | 70 | 31.916 | 5248.73 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 2 | CALVERT CLIFFS 1 | PWR | 79 10 13 | 64 | 23.682 | 5272.41 |
| INDIANA & MICH ELEC COMPANY | COOK 2 | COOK 1 | PWR | 79 10 19 | 71 | 32.606 | 5305.02 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 1 | PWR | 79 11 21 | 11 | 5.101 | 5310.12 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 3 | PWR | 79 11 21 | 38 | 17.641 | 5327.76 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE DRY STORAGE | PWR | 79 11 21 | 18 | 8.358 | 5336.12 |
| U.S. DOE | OCONEE 1 | BABCOCK AND WILCOX | PWR | 79 11 21 | < 1 | 0.010 | 5336.13 |
| COMMONWEALTH EDISON COMPANY | QUAD CITIES 2 | QUAD CITIES 1 | BWR | 79 11 24 | 180 | 34.924 | 5371.05 |
| DUQUESNE LIGHT COMPANY | BEAVER VALLEY 1 | BEAVER VALLEY 1 | PWR | 79 11 30 | 36 | 16.591 | 5387.64 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 3 | TURKEY POINT 3 | PWR | 79 12 01 | 37 | 16.905 | 5404.55 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 1 | BROWNS FERRY 1 | BWR | 80 01 02 | 362 | 67.918 | 5472.47 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 80 01 02 | 40 | 16.101 | 5488.57 |
| BOSTON EDISON COMPANY | PILGRIM 1 | PILGRIM 1 | BWR | 80 01 04 | 92 | 16.937 | 5505.50 |
| GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 80 01 05 | 153 | 27.576 | 5533.08 |
| MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 80 01 11 | 73 | 26.249 | 5559.33 |
| SACRAMENTO MUNICIP UTIL DISTR | RANCHO SECO 1 | RANCHO SECO 1 | PWR | 80 01 14 | 65 | 30.133 | 5589.46 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 80 01 18 | 40 | 14.727 | 5604.19 |
| COMMONWEALTH EDISON COMPANY | DRESDEN 3 | DRESDEN 3 | BWR | 80 02 02 | 200 | 38.482 | 5642.67 |
| IOWA ELEC LIGHT & POWER COMPANY | DUANE ARNOLD | DUANE ARNOLD | BWR | 80 02 09 | 88 | 16.531 | 5659.20 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 80 02 22 | 1 | 0.185 | 5659.39 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MORRIS | BWR | 80 02 22 | 147 | 27.059 | 5686.45 |
| FLORIDA POWER CORP | CRYSTAL RIVER 3 | CRYSTAL RIVER 3 | PWR | 80 02 26 | 44 | 20.404 | 5706.85 |
| NEBRASKA PUB POWER DIS | COOPER STATION | MORRIS | BWR | 80 03 01 | 152 | 28.651 | 5735.50 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | BRUNSWICK 2 | BWR | 80 03 01 | 116 | 21.733 | 5757.23 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | HARRIS 1 | BWR | 80 03 01 | 16 | 3.000 | 5760.23 |
| DUKE POWER COMPANY | OCONEE 2 | MCGUIRE 2 | PWR | 80 03 04 | 4 | 1.855 | 5762.09 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 1 | PWR | 80 03 04 | 22 | 10.204 | 5772.29 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 3 | PWR | 80 03 04 | 38 | 17.628 | 5789.92 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE DRY STORAGE | PWR | 80 03 04 | 4 | 1.858 | 5791.78 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 1 | ST LUCIE 1 | PWR | 80 03 15 | 88 | 33.077 | 5824.86 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 2 | PEACHBOTTOM 2 | BWR | 80 03 23 | 276 | 51.272 | 5876.13 |
| ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 80 03 30 | 36 | 14.145 | 5890.27 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | SAN ONOFRE 2 | PWR | 80 04 08 | 32 | 11.819 | 5902.09 |

TABLE B.1 (Continued)

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE | DISCHARGE DATE | # OF ASMB | MTU | CUMULATIVE TOTAL MTU |
|---|---|---|---|---|---|---|---|
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | SAN ONOFRE 1 | PWR | 80 04 08 | 2 | 0.739 | 5902.83 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | SAN ONOFRE 3 | PWR | 80 04 08 | 18 | 6.648 | 5909.48 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 80 04 11 | 32 | 12.839 | 5922.32 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 80 04 11 | 53 | 24.364 | 5946.68 |
| COMMONWEALTH EDISON COMPANY | ZION 2 | ZION 1 | PWR | 80 05 02 | 59 | 26.919 | 5973.60 |
| CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 80 05 03 | 53 | 21.812 | 5995.41 |
| POWER AUTH OF NY STATE | FITZPATRICK | FITZPATRICK | BWR | 80 05 06 | 160 | 29.996 | 6025.41 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 80 05 09 | 33 | 13.233 | 6038.64 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 1 | BRUNSWICK 1 | BWR | 80 05 26 | 238 | 44.383 | 6083.02 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 1 | HARRIS 1 BWR POOL | BWR | 80 05 26 | 7 | 1.306 | 6084.33 |
| INDIANA & MICH ELEC COMPANY | COOK 1 | COOK 1 | PWR | 80 05 30 | 65 | 27.889 | 6112.22 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | HTG | 80 06 30 | N/A | < 0.001 | 6112.22 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 80 08 08 | 50 | 21.385 | 6133.60 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | HARRIS 1 | PWR | 80 08 08 | 3 | 1.283 | 6134.89 |
| NORTHEAST UTIL SVC COMPANY | MILLSTONE 2 | MILLSTONE 2 | PWR | 80 08 16 | 73 | 27.980 | 6162.87 |
| COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 80 08 30 | 224 | 42.360 | 6205.23 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 80 08 31 | 40 | 15.987 | 6221.21 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 2 | BROWNS FERRY 1 | BWR | 80 09 05 | 352 | 65.923 | 6287.14 |
| VIRGINIA POWER | SURRY 1 | SURRY DRY STORAGE | PWR | 80 09 14 | 45 | 20.544 | 6307.68 |
| VIRGINIA POWER | SURRY 1 | SURRY 1 | PWR | 80 09 14 | 27 | 12.341 | 6320.02 |
| PUB SVC ELEC & GAS COMPANY | SALEM 1 | SALEM 1 | PWR | 80 09 19 | 64 | 29.441 | 6349.46 |
| VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 80 09 26 | 92 | 16.930 | 6366.39 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 80 09 30 | 4 | < 0.001 | 6366.39 |
| NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 80 10 04 | 168 | 31.104 | 6397.50 |
| CONSOLIDATED EDISON COMPANY | INDIAN POINT 2 | INDIAN POINT 2 | PWR | 80 10 17 | 54 | 24.415 | 6421.91 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 1 | CALVERT CLIFFS 1 | PWR | 80 10 18 | 70 | 27.116 | 6449.03 |
| U.S. DOE | CALVERT CLIFFS 1 | HANFORD | PWR | 80 10 18 | 1 | 0.388 | 6449.42 |
| CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 80 10 31 | 22 | 2.825 | 6452.24 |
| GEORGIA POWER COMPANY | HATCH 2 | HATCH 1 | BWR | 80 11 01 | 76 | 13.976 | 6466.22 |
| ALABAMA POWER COMPANY | FARLEY 1 | FARLEY 1 | PWR | 80 11 07 | 53 | 24.366 | 6490.58 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 80 11 08 | 36 | 16.484 | 6507.07 |
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 80 11 09 | 12 | 1.447 | 6508.52 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 3 | BROWNS FERRY 3 | BWR | 80 11 23 | 376 | 70.269 | 6578.78 |

TABLE B.1 (Continued)

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE | DISCHARGE DATE | # OF ASMB | MTU | CUMULATIVE TOTAL MTU |
|---|---|---|---|---|---|---|---|
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 80 11 26 | 8 | 3.209 | 6581.99 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 1 | PWR | 80 12 05 | 67 | 31.045 | 6613.04 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 3 | PWR | 80 12 05 | 1 | 0.465 | 6613.50 |
| VIRGINIA POWER | NORTH ANNA 1 | NORTH ANNA 1 | PWR | 80 12 28 | 63 | 28.974 | 6642.48 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 80 12 31 | 1 | < 0.001 | 6642.48 |
| ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 1 | ARKANSAS NUCLEAR 1 | PWR | 81 01 02 | 68 | 31.459 | 6673.94 |
| COMMONWEALTH EDISON COMPANY | DRESDEN 2 | DRESDEN 2 | BWR | 81 01 03 | 226 | 42.200 | 6716.14 |
| COMMONWEALTH EDISON COMPANY | ZION 1 | ZION 1 | PWR | 81 01 15 | 64 | 29.316 | 6745.45 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 2 | CALVERT CLIFFS 1 | PWR | 81 01 18 | 73 | 28.136 | 6773.59 |
| SACRAMENTO MUNICIP UTIL DISTR | RANCHO SECO 1 | RANCHO SECO 1 | PWR | 81 01 31 | 41 | 18.921 | 6792.51 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 81 02 21 | 41 | 16.498 | 6809.01 |
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 81 02 27 | 228 | 42.419 | 6851.43 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 3 | TURKEY POINT 3 | PWR | 81 02 28 | 78 | 35.662 | 6887.09 |
| NIAGARA MOHAWK POWER CORP | NINE MILE POINT 1 | NINE MILE POINT 1 | BWR | 81 03 07 | 200 | 36.821 | 6923.91 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 3 | PEACHBOTTOM 3 | BWR | 81 03 07 | 216 | 40.516 | 6964.43 |
| INDIANA & MICH ELEC COMPANY | COOK 2 | COOK 1 | PWR | 81 03 14 | 92 | 42.284 | 7006.71 |
| IOWA ELEC LIGHT & POWER COMPANY | DUANE ARNOLD | DUANE ARNOLD | BWR | 81 03 21 | 84 | 15.493 | 7022.20 |
| ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 2 | ARKANSAS NUCLEAR 2 | PWR | 81 03 28 | 35 | 14.906 | 7037.11 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 1 | BROWNS FERRY 1 | BWR | 81 04 10 | 245 | 45.846 | 7082.95 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 81 04 17 | 32 | 12.857 | 7095.81 |
| ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 81 04 19 | 15 | 5.858 | 7101.67 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 81 04 20 | 4 | 0.738 | 7102.41 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MORRIS | BWR | 81 04 20 | 100 | 18.425 | 7120.83 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 81 04 20 | 41 | 16.429 | 7137.26 |
| NEBRASKA PUB POWER DIS | COOPER STATION | MORRIS | BWR | 81 04 21 | 112 | 20.963 | 7158.22 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 81 05 01 | 35 | 16.096 | 7174.32 |
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 81 05 02 | 36 | 8.464 | 7182.78 |
| MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 81 05 08 | 73 | 28.169 | 7210.95 |
| U.S. DOE | FORT ST VRAIN | INEL | HTG | 81 05 13 | 240 | 2.870 | 7213.82 |
| INDIANA & MICH ELEC COMPANY | COOK 1 | COOK 1 | PWR | 81 05 29 | 64 | 27.417 | 7241.24 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 1 | PWR | 81 06 26 | 43 | 19.911 | 7261.15 |
| DUKE POWER COMPANY | OCONEE 1 | MCGUIRE 2 | PWR | 81 06 26 | 26 | 12.058 | 7273.21 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 81 07 31 | 6 | 0.001 | 7273.21 |

TABLE B.1 (Continued)

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE | DISCHARGE DATE | # OF ASMB | MTU | CUMULATIVE TOTAL MTU |
|---|---|---|---|---|---|---|---|
| COMMONWEALTH EDISON COMPANY | QUAD CITIES 2 | QUAD CITIES 1 | BWR | 81 09 06 | 200 | 37.275 | 7310.49 |
| COMMONWEALTH EDISON COMPANY | ZION 2 | ZION 1 | PWR | 81 09 10 | 64 | 29.211 | 7339.70 |
| ALABAMA POWER COMPANY | FARLEY 1 | FARLEY 1 | PWR | 81 09 10 | 28 | 12.887 | 7352.58 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 1 | ST LUCIE 1 | PWR | 81 09 11 | 64 | 24.808 | 7377.39 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 81 09 18 | 40 | 14.589 | 7391.98 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 81 09 19 | 40 | 16.020 | 7408.00 |
| BOSTON EDISON COMPANY | PILGRIM 1 | PILGRIM 1 | BWR | 81 09 25 | 232 | 42.684 | 7450.68 |
| CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 81 09 26 | 53 | 21.827 | 7472.51 |
| FLORIDA POWER CORP | CRYSTAL RIVER 3 | CRYSTAL RIVER 3 | PWR | 81 09 28 | 65 | 30.147 | 7502.66 |
| CONSUMERS POWER COMPANY | PALISADES | PALISADES | PWR | 81 09 29 | 68 | 28.017 | 7530.68 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 81 10 08 | 25 | 10.054 | 7540.73 |
| U.S. DOE | POINT BEACH 1 | HANFORD | PWR | 81 10 08 | 3 | 1.203 | 7541.93 |
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 81 10 09 | 32 | 5.773 | 7547.71 |
| VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 81 10 16 | 120 | 22.109 | 7569.81 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 81 10 19 | 28 | 12.821 | 7582.64 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 3 | BROWNS FERRY 3 | BWR | 81 10 30 | 280 | 52.315 | 7634.95 |
| POWER AUTH OF NY STATE | FITZPATRICK | FITZPATRICK | BWR | 81 10 31 | 188 | 35.091 | 7670.04 |
| VIRGINIA POWER | SURRY 2 | SURRY 1 | PWR | 81 11 07 | 13 | 5.945 | 7675.99 |
| U.S. DOE | SURRY 2 | INEL | PWR | 81 11 07 | 40 | 18.307 | 7694.29 |
| NORTHEAST UTIL SVC COMPANY | MILLSTONE 2 | MILLSTONE 2 | PWR | 81 12 05 | 73 | 28.340 | 7722.63 |
| DUQUESNE LIGHT COMPANY | BEAVER VALLEY 1 | BEAVER VALLEY 1 | PWR | 81 12 26 | 53 | 24.373 | 7747.01 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 1 | PWR | 81 12 29 | 33 | 15.305 | 7762.31 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 3 | PWR | 81 12 29 | 31 | 14.353 | 7776.66 |
| DUKE POWER COMPANY | OCONEE 2 | MCGUIRE 2 | PWR | 81 12 29 | 7 | 3.250 | 7779.91 |
| PUB SVC ELEC & GAS COMPANY | SALEM 1 | SALEM 1 | PWR | 82 01 01 | 56 | 25.751 | 7805.67 |
| COMMONWEALTH EDISON COMPANY | DRESDEN 3 | DRESDEN 3 | BWR | 82 01 02 | 188 | 34.625 | 7840.29 |
| ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 82 01 25 | 18 | 6.724 | 7847.01 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 82 01 31 | 1 | < 0.001 | 7847.01 |
| CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 82 02 05 | 22 | 2.779 | 7849.79 |
| COMMONWEALTH EDISON COMPANY | ZION 1 | ZION 1 | PWR | 82 02 12 | 52 | 23.694 | 7873.49 |
| GEORGIA POWER COMPANY | HATCH 2 | HATCH 1 | BWR | 82 02 19 | 52 | 9.407 | 7882.89 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 2 | PEACHBOTTOM 2 | BWR | 82 02 20 | 276 | 50.733 | 7933.63 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON DRY STORAGE | PWR | 82 02 26 | 21 | 8.997 | 7942.62 |

TABLE B.1 (Continued)

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE | DISCHARGE DATE | # OF ASMB | MTU | CUMULATIVE TOTAL MTU |
|---|---|---|---|---|---|---|---|
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 82 02 26 | 25 | 10.717 | 7953.34 |
| VIRGINIA POWER | NORTH ANNA 2 | NORTH ANNA 1 | PWR | 82 03 07 | 54 | 24.762 | 7978.10 |
| TOLEDO EDISON COMPANY | DAVIS-BESSE 1 | DAVIS-BESSE 1 | PWR | 82 03 13 | 53 | 25.028 | 8003.13 |
| POWER AUTH OF NY STATE | INDIAN POINT 3 | INDIAN POINT 3 | PWR | 82 03 25 | 76 | 34.689 | 8037.82 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 82 03 26 | 38 | 17.459 | 8055.28 |
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 82 04 09 | 30 | 3.292 | 8058.57 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 82 04 09 | 37 | 14.462 | 8073.03 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 82 04 16 | 29 | 11.679 | 8084.71 |
| U.S. DOE | CALVERT CLIFFS 1 | HANFORD | PWR | 82 04 17 | 1 | 0.389 | 8085.10 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 1 | CALVERT CLIFFS 1 | PWR | 82 04 17 | 76 | 29.512 | 8114.61 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 1 | PWR | 82 04 24 | 63 | 29.212 | 8143.83 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 3 | PWR | 82 04 24 | 9 | 4.187 | 8148.01 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | BRUNSWICK 2 | BWR | 82 04 24 | 158 | 29.600 | 8177.61 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | HARRIS 1 | BWR | 82 04 24 | 1 | 0.187 | 8177.80 |
| VIRGINIA POWER | NORTH ANNA 1 | NORTH ANNA 1 | PWR | 82 05 17 | 48 | 22.072 | 8199.87 |

FIRST-CLASS MAIL
POSTAGE & FEES PAID
U.S. DEPT. OF ENERGY
Permit No. G-20

**UNITED STATES DEPARTMENT OF ENERGY**
WASHINGTON, DC 20585
RW-5

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

HQ0002417

The following number is for OCRWM Records Management purposes only and should not be used when ordering this publication.

HQO•920108•0002

DOE/RW-0418

# 1992 Annual Capacity Report

**Revision 1**

**May 1993**

**U.S. Department of Energy**
Office of Civilian Radioactive Waste Management

HQ0002314

Printed with soy ink on recycled paper

**This brochure was produced by the U.S. Department of Energy's (DOE)**
**Office of Civilian Radioactive Waste Management (OCRWM)**

**For further information, please call 1-800-225-6972**
**(within Washington, DC, 488-5513)**

**or write to:**

**OCRWM Information Center**
**P.O. Box 44375**
**Washington, DC 20026**