TABLE A.7. (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR | FUEL TYPE* |
|---|---|---|---|---|---|
| NORTHERN STATES POWER COMPANY | 81 | | 32.51 | | |
| PRAIRIE ISLAND 1 | | 41 | | 16.41 | PWR |
| PRAIRIE ISLAND 2 | | 40 | | 16.10 | PWR |
| PHILADELPHIA ELEC COMPANY | 272 | | 51.64 | | |
| PEACHBOTTOM 3 | | 272 | | 51.64 | BWR |
| POWER AUTH OF NY STATE | 76 | | 34.68 | | |
| INDIAN POINT 3 | | 76 | | 34.68 | PWR |
| PUB SVC ELEC & GAS COMPANY | 38 | | 17.48 | | |
| SALEM 1 | | 38 | | 17.48 | PWR |
| TENNESSEE VALLEY AUTHORITY | 615 | | 115.53 | | |
| BROWNS FERRY 1 | | 362 | | 67.92 | BWR |
| BROWNS FERRY 2 | | 156 | | 29.49 | BWR |
| BROWNS FERRY 3 | | 97 | | 18.12 | BWR |
| VERMONT YANKEE NUCLEAR POWER CORP | 139 | | 25.64 | | |
| VERMONT YANKEE 1 | | 139 | | 25.64 | BWR |
| VIRGINIA POWER | 51 | | 23.40 | | |
| NORTH ANNA 1 | | 51 | | 23.40 | PWR |
| WISCONSIN ELEC POWER COMPANY | 24 | | 9.64 | | |
| POINT BEACH 1 | | 24 | | 9.64 | PWR |
| WISCONSIN PUB SVC CORP | 13 | | 5.20 | | |
| KEWAUNEE | | 13 | | 5.20 | PWR |
| TOTAL SNF | 3066 | 3066 | 899.38 | 899.38 | |

| | |
|---|---|
| NO. OF PURCHASERS | 25 |
| NO. OF FUEL ORIGINATORS | 35 |
| NO. OF PWR ASSEMBLIES | 1298 |
| NO. OF BWR ASSEMBLIES | 1768 |

* BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; RCH=Research Reactor; HTG=High Temperature Gas Reacto

TABLE A.8.

ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, YEAR 8

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR | FUEL TYPE* |
|---|---|---|---|---|---|
| BOSTON EDISON COMPANY | 30 | | 5.52 | | |
| PILGRIM 1 | | 30 | | 5.52 | BWR |
| CAROLINA POWER & LIGHT COMPANY | 430 | | 93.08 | | |
| BRUNSWICK 1 | | 245 | | 45.69 | BWR |
| BRUNSWICK 2 | | 132 | | 24.73 | BWR |
| ROBINSON 2 | | 53 | | 22.67 | PWR |
| COMMONWEALTH EDISON COMPANY | 483 | | 107.76 | | |
| DRESDEN 3 | | 200 | | 38.48 | BWR |
| QUAD CITIES 1 | | 224 | | 42.36 | BWR |
| ZION 2 | | 59 | | 26.92 | PWR |
| CONNECTICUT YANKEE ATOMIC POWER | 53 | | 21.81 | | |
| HADDAM NECK | | 53 | | 21.81 | PWR |
| CONSOLIDATED EDISON COMPANY | 5 | | 2.26 | | |
| INDIAN POINT 2 | | 5 | | 2.26 | PWR |
| DUKE POWER COMPANY | 68 | | 31.55 | | |
| OCONEE 2 | | 68 | | 31.55 | PWR |
| FLORIDA POWER & LIGHT COMPANY | 88 | | 33.08 | | |
| ST LUCIE 1 | | 88 | | 33.08 | PWR |
| FLORIDA POWER CORP | 44 | | 20.40 | | |
| CRYSTAL RIVER 3 | | 44 | | 20.40 | PWR |
| GENERAL ATOMICS | 4 | | <0.01 | | |
| GENERAL ATOMICS | | 4 | | <0.01 | RCH |
| GPU NUCLEAR | 153 | | 27.58 | | |
| OYSTER CREEK 1 | | 153 | | 27.58 | BWR |
| INDIANA & MICH ELEC COMPANY | 65 | | 27.89 | | |
| COOK 1 | | 65 | | 27.89 | PWR |
| IOWA ELEC LIGHT & POWER COMPANY | 88 | | 16.53 | | |
| DUANE ARNOLD | | 88 | | 16.53 | BWR |
| MAINE YANKEE ATOMIC | 73 | | 26.25 | | |
| MAINE YANKEE | | 73 | | 26.25 | PWR |
| NEBRASKA PUB POWER DIS | 152 | | 28.65 | | |
| COOPER STATION | | 152 | | 28.65 | BWR |
| NORTHEAST UTIL SVC COMPANY | 241 | | 59.08 | | |
| MILLSTONE 1 | | 168 | | 31.10 | BWR |
| MILLSTONE 2 | | 73 | | 27.98 | PWR |
| NORTHERN STATES POWER COMPANY | 188 | | 43.23 | | |
| MONTICELLO | | 148 | | 27.24 | BWR |
| PRAIRIE ISLAND 1 | | 40 | | 15.99 | PWR |

* BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; RCH=Research Reactor; HTG=High Temperature Gas Reactor

TABLE A.8. (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR | FUEL TYPE* |
|---|---|---|---|---|---|
| OMAHA PUB POWER DIST | 40 | | 14.73 | | |
| FORT CALHOUN | | 40 | | 14.73 | PWR |
| PHILADELPHIA ELEC COMPANY | 276 | | 51.27 | | |
| PEACHBOTTOM 2 | | 276 | | 51.27 | BWR |
| PORTLAND GENERAL ELEC | 53 | | 24.36 | | |
| TROJAN | | 53 | | 24.36 | PWR |
| POWER AUTH OF NY STATE | 160 | | 30.00 | | |
| FITZPATRICK | | 160 | | 30.00 | BWR |
| PUB SVC ELEC & GAS COMPANY | 64 | | 29.44 | | |
| SALEM 1 | | 64 | | 29.44 | PWR |
| ROCHESTER GAS & ELEC | 36 | | 14.15 | | |
| GINNA | | 36 | | 14.15 | PWR |
| SACRAMENTO MUNICIP UTIL DISTR | 65 | | 30.13 | | |
| RANCHO SECO 1 | | 65 | | 30.13 | PWR |
| SOUTHERN CALIF EDISON COMPANY | 52 | | 19.21 | | |
| SAN ONOFRE 1 | | 52 | | 19.21 | PWR |
| TENNESSEE VALLEY AUTHORITY | 352 | | 65.92 | | |
| BROWNS FERRY 2 | | 352 | | 65.92 | BWR |
| VERMONT YANKEE NUCLEAR POWER CORP | 92 | | 16.93 | | |
| VERMONT YANKEE 1 | | 92 | | 16.93 | BWR |
| VIRGINIA POWER | 72 | | 32.89 | | |
| SURRY 1 | | 72 | | 32.89 | PWR |
| WISCONSIN ELEC POWER COMPANY | 32 | | 12.84 | | |
| POINT BEACH 2 | | 32 | | 12.84 | PWR |
| WISCONSIN PUB SVC CORP | 33 | | 13.23 | | |
| KEWAUNEE | | 33 | | 13.23 | PWR |
| TOTAL SNF | 3492 | 3492 | 899.77 | 899.77 | |

| | |
|---|---|
| NO. OF PURCHASERS | 29 |
| NO. OF FUEL ORIGINATORS | 35 |
| NO. OF PWR ASSEMBLIES | 1068 |
| NO. OF BWR ASSEMBLIES | 2420 |
| NO. OF RCH ASSEMBLIES | 4 |

* BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; RCH=Research Reactor; HTG=High Temperature Gas Reactc

TABLE A.9.

ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, YEAR 9

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES | | MTU | | FUEL TYPE* |
|---|---|---|---|---|---|
| | PURCHASER | ORIGINATOR | PURCHASER | ORIGINATOR | |
| ALABAMA POWER COMPANY | 53 | | 24.37 | | |
| FARLEY 1 | | 53 | | 24.37 | PWR |
| ARK POWER & LIGHT COMPANY | 103 | | 46.36 | | |
| ARKANSAS NUCLEAR 1 | | 68 | | 31.46 | PWR |
| ARKANSAS NUCLEAR 2 | | 35 | | 14.91 | PWR |
| BALTIMORE GAS & ELEC COMPANY | 143 | | 55.25 | | |
| CALVERT CLIFFS 1 | | 70 | | 27.12 | PWR |
| CALVERT CLIFFS 2 | | 73 | | 28.14 | PWR |
| COMMONWEALTH EDISON COMPANY | 433 | | 98.17 | | |
| DRESDEN 2 | | 226 | | 42.20 | BWR |
| QUAD CITIES 2 | | 143 | | 26.65 | BWR |
| ZION 1 | | 64 | | 29.32 | PWR |
| CONSOLIDATED EDISON COMPANY | 49 | | 22.15 | | |
| INDIAN POINT 2 | | 49 | | 22.15 | PWR |
| CONSUMERS POWER COMPANY | 22 | | 2.83 | | |
| BIG ROCK 1 | | 22 | | 2.83 | BWR |
| DAIRYLAND POWER COOP | 12 | | 1.45 | | |
| LACROSSE | | 12 | | 1.45 | BWR |
| U.S. DOE | 241 | | 3.26 | | |
| CALVERT CLIFFS 1 | | 1 | | 0.39 | PWR |
| FORT ST VRAIN | | 240 | | 2.87 | HTG |
| DUKE POWER COMPANY | 137 | | 63.48 | | |
| OCONEE 1 | | 69 | | 31.97 | PWR |
| OCONEE 3 | | 68 | | 31.51 | PWR |
| FLORIDA POWER & LIGHT COMPANY | 114 | | 52.15 | | |
| TURKEY POINT 3 | | 78 | | 35.66 | PWR |
| TURKEY POINT 4 | | 36 | | 16.48 | PWR |
| GENERAL ATOMICS | 7 | | <0.01 | | |
| GENERAL ATOMICS | | 7 | | <0.01 | RCH |
| GEORGIA POWER COMPANY | 304 | | 56.40 | | |
| HATCH 1 | | 228 | | 42.42 | BWR |
| HATCH 2 | | 76 | | 13.98 | BWR |
| INDIANA & MICH ELEC COMPANY | 156 | | 69.70 | | |
| COOK 1 | | 64 | | 27.42 | PWR |
| COOK 2 | | 92 | | 42.28 | PWR |
| IOWA ELEC LIGHT & POWER COMPANY | 84 | | 15.49 | | |
| DUANE ARNOLD | | 84 | | 15.49 | BWR |
| MAINE YANKEE ATOMIC | 73 | | 28.17 | | |
| MAINE YANKEE | | 73 | | 28.17 | PWR |

* BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; RCH=Research Reactor; HTG=High Temperature Gas Reactor

TABLE A.9. (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR | FUEL TYPE* |
|---|---|---|---|---|---|
| NEBRASKA PUB POWER DIS | 112 | | 20.96 | | |
| COOPER STATION | | 112 | | 20.96 | BWR |
| NIAGARA MOHAWK POWER CORP | 200 | | 36.82 | | |
| NINE MILE POINT 1 | | 200 | | 36.82 | BWR |
| NORTHERN STATES POWER COMPANY | 145 | | 35.66 | | |
| MONTICELLO | | 104 | | 19.16 | BWR |
| PRAIRIE ISLAND 2 | | 41 | | 16.50 | PWR |
| PHILADELPHIA ELEC COMPANY | 216 | | 40.52 | | |
| PEACHBOTTOM 3 | | 216 | | 40.52 | BWR |
| PORTLAND GENERAL ELEC | 35 | | 16.10 | | |
| TROJAN | | 35 | | 16.10 | PWR |
| ROCHESTER GAS & ELEC | 15 | | 5.86 | | |
| GINNA | | 15 | | 5.86 | PWR |
| SACRAMENTO MUNICIP UTIL DISTR | 41 | | 18.92 | | |
| RANCHO SECO 1 | | 41 | | 18.92 | PWR |
| TENNESSEE VALLEY AUTHORITY | 621 | | 116.11 | | |
| BROWNS FERRY 1 | | 245 | | 45.85 | BWR |
| BROWNS FERRY 3 | | 376 | | 70.27 | BWR |
| VIRGINIA POWER | 63 | | 28.97 | | |
| NORTH ANNA 1 | | 63 | | 28.97 | PWR |
| WISCONSIN ELEC POWER COMPANY | 40 | | 16.07 | | |
| POINT BEACH 1 | | 8 | | 3.21 | PWR |
| POINT BEACH 2 | | 32 | | 12.86 | PWR |
| WISCONSIN PUB SVC CORP | 41 | | 16.43 | | |
| KEWAUNEE | | 41 | | 16.43 | PWR |
| YANKEE ATOMIC ELEC COMPANY | 36 | | 8.46 | | |
| YANKEE-ROWE 1 | | 36 | | 8.46 | PWR |
| TOTAL SNF | 3496 | 3496 | 900.10 | 900.10 | |

| | |
|---|---|
| NO. OF PURCHASERS | 27 |
| NO. OF FUEL ORIGINATORS | 39 |
| NO. OF PWR ASSEMBLIES | 1205 |
| NO. OF BWR ASSEMBLIES | 2044 |
| NO. OF HTG ASSEMBLIES | 240 |
| NO. OF RCH ASSEMBLIES | 7 |

* BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; RCH=Research Reactor; HTG=High Temperature Gas Reactor

TABLE A.10.

ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, YEAR 10

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES | | MTU | | FUEL TYPE* |
|---|---|---|---|---|---|
| | PURCHASER | ORIGINATOR | PURCHASER | ORIGINATOR | |
| ALABAMA POWER COMPANY | 28 | | 12.89 | | |
| FARLEY 1 | | 28 | | 12.89 | PWR |
| BALTIMORE GAS & ELEC COMPANY | 76 | | 29.51 | | |
| CALVERT CLIFFS 1 | | 76 | | 29.51 | PWR |
| BOSTON EDISON COMPANY | 232 | | 42.68 | | |
| PILGRIM 1 | | 232 | | 42.68 | BWR |
| CAROLINA POWER & LIGHT COMPANY | 205 | | 49.50 | | |
| BRUNSWICK 2 | | 159 | | 29.79 | BWR |
| ROBINSON 2 | | 46 | | 19.71 | PWR |
| COMMONWEALTH EDISON COMPANY | 361 | | 98.15 | | |
| DRESDEN 3 | | 188 | | 34.63 | BWR |
| QUAD CITIES 2 | | 57 | | 10.62 | BWR |
| ZION 1 | | 52 | | 23.69 | PWR |
| ZION 2 | | 64 | | 29.21 | PWR |
| CONNECTICUT YANKEE ATOMIC POWER | 53 | | 21.83 | | |
| HADDAM NECK | | 53 | | 21.83 | PWR |
| CONSUMERS POWER COMPANY | 90 | | 30.80 | | |
| BIG ROCK 1 | | 22 | | 2.78 | BWR |
| PALISADES | | 68 | | 28.02 | PWR |
| DAIRYLAND POWER COOP | 30 | | 3.29 | | |
| LACROSSE | | 30 | | 3.29 | BWR |
| U.S. DOE | 44 | | 19.90 | | |
| CALVERT CLIFFS 1 | | 1 | | 0.39 | PWR |
| POINT BEACH 1 | | 3 | | 1.20 | PWR |
| SURRY 2 | | 40 | | 18.31 | PWR |
| DUKE POWER COMPANY | 143 | | 66.31 | | |
| OCONEE 2 | | 71 | | 32.91 | PWR |
| OCONEE 3 | | 72 | | 33.40 | PWR |
| DUQUESNE LIGHT COMPANY | 53 | | 24.37 | | |
| BEAVER VALLEY 1 | | 53 | | 24.37 | PWR |
| FLORIDA POWER & LIGHT COMPANY | 92 | | 37.63 | | |
| ST LUCIE 1 | | 64 | | 24.81 | PWR |
| TURKEY POINT 4 | | 28 | | 12.82 | PWR |
| FLORIDA POWER CORP | 65 | | 30.15 | | |
| CRYSTAL RIVER 3 | | 65 | | 30.15 | PWR |
| GENERAL ATOMICS | 1 | | <0.01 | | |
| GENERAL ATOMICS | | 1 | | <0.01 | RCH |
| GEORGIA POWER COMPANY | 84 | | 15.18 | | |
| HATCH 1 | | 32 | | 5.77 | BWR |
| HATCH 2 | | 52 | | 9.41 | BWR |

* BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; RCH=Research Reactor; HTG=High Temperature Gas Reactor

TABLE A.10. (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR | FUEL TYPE* |
|---|---|---|---|---|---|
| NORTHEAST UTIL SVC COMPANY | 73 | | 28.34 | | |
| MILLSTONE 2 | | 73 | | 28.34 | PWR |
| NORTHERN STATES POWER COMPANY | 40 | | 16.02 | | |
| PRAIRIE ISLAND 1 | | 40 | | 16.02 | PWR |
| OMAHA PUB POWER DIST | 40 | | 14.59 | | |
| FORT CALHOUN | | 40 | | 14.59 | PWR |
| PHILADELPHIA ELEC COMPANY | 276 | | 50.73 | | |
| PEACHBOTTOM 2 | | 276 | | 50.73 | BWR |
| PORTLAND GENERAL ELEC | 37 | | 17.00 | | |
| TROJAN | | 37 | | 17.00 | PWR |
| POWER AUTH OF NY STATE | 264 | | 69.78 | | |
| FITZPATRICK | | 188 | | 35.09 | BWR |
| INDIAN POINT 3 | | 76 | | 34.69 | PWR |
| PUB SVC ELEC & GAS COMPANY | 56 | | 25.75 | | |
| SALEM 1 | | 56 | | 25.75 | PWR |
| ROCHESTER GAS & ELEC | 18 | | 6.72 | | |
| GINNA | | 18 | | 6.72 | PWR |
| TENNESSEE VALLEY AUTHORITY | 280 | | 52.32 | | |
| BROWNS FERRY 3 | | 280 | | 52.32 | BWR |
| TOLEDO EDISON COMPANY | 53 | | 25.03 | | |
| DAVIS-BESSE 1 | | 53 | | 25.03 | PWR |
| VERMONT YANKEE NUCLEAR POWER CORP | 120 | | 22.11 | | |
| VERMONT YANKEE 1 | | 120 | | 22.11 | BWR |
| VIRGINIA POWER | 115 | | 52.78 | | |
| NORTH ANNA 1 | | 48 | | 22.07 | PWR |
| NORTH ANNA 2 | | 54 | | 24.76 | PWR |
| SURRY 2 | | 13 | | 5.94 | PWR |
| WISCONSIN ELEC POWER COMPANY | 54 | | 21.73 | | |
| POINT BEACH 1 | | 25 | | 10.05 | PWR |
| POINT BEACH 2 | | 29 | | 11.68 | PWR |
| WISCONSIN PUB SVC CORP | 37 | | 14.46 | | |
| KEWAUNEE | | 37 | | 14.46 | PWR |
| TOTAL SNF | 3020 | 3020 | 899.55 | 899.55 | |

| | |
|---|---|
| NO. OF PURCHASERS | 29 |
| NO. OF FUEL ORIGINATORS | 43 |
| NO. OF PWR ASSEMBLIES | 1383 |
| NO. OF BWR ASSEMBLIES | 1636 |
| NO. OF RCH ASSEMBLIES | 1 |

* BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; RCH=Research Reactor; HTG=High Temperature Gas Reactor