# In the United States Court of Federal Claims

**No. 02-926C**

**(Filed September 2, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**DETROIT EDISON COMPANY,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

---

On August 30, 2004, Plaintiff filed a motion for an enlargement of time of 10 days, to and including September 9, 2004, within which to file its reply in support of its motion for summary judgment and response to the Defendant's cross-motion for summary judgment. Defendant does not oppose this motion. Good cause having been shown, this motion is **GRANTED**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**