IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DETROIT EDISON COMPANY, Plaintiff, | ) | |
| v. | ) | No. 02-926C (Judge Williams) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of 22 days, to and including October 20, 2004, to file its reply to plaintiff's response to the Government's cross-motion for summary judgment regarding liability in this case, dated September 9, 2004. Defendant's reply brief is currently due to be filed on September 27, 2004. Defendant has not previously requested an enlargement of time for this purpose. Counsel for plaintiff, Alex Tomaszczuk, has represented that plaintiff, Detroit Edison Company, does not oppose this request.

The requested enlargement is necessary because other spent nuclear fuel case commitments make it impossible for counsel to complete the Government's briefing, obtain review of it, and file it with the Court by the current deadline. As the Court is aware, 60 spent nuclear fuel cases are currently pending before the Court of Federal Claims. Counsel for the plaintiff in this case has recently filed motions for summary judgment regarding

liability in six cases in this Court. The briefing in each of these cases has been extensive, and the lengthy brief to which the Government must now reply addresses numerous issues and subissues that we must, in turn, address. Some of the plaintiffs' responsive briefing on those motions in those six cases was only filed yesterday, making it more difficult to coordinate our reply research and briefing.

In addition to counsel's work upon the recently filed and continuing briefing in the six cases in which liability motions have been filed, counsel for the Government has been working to coordinate the entry of the current protective order in many of the recently filed spent nuclear fuel ("SNF") cases and finalize preparations for a website upon which the Government will make all documents available to the plaintiffs in the SNF cases, both documents produced to date and documents to be produced in response to requests in the future. In addition, Government counsel has been involved in undertaking discovery efforts in Tennessee Valley Authority v. United States, No. 01-249C (Fed. Cl.), including the development and service of discovery requests and participation in a telephonic conference with plaintiff's counsel in that case regarding discovery, and in Southern Nuclear Operating Co. v. United States, No. 98-614C (Fed. Cl.). Further, during the next several weeks, counsel for the Government will be extensively involved in the drafting of post-trial briefing

following almost eight weeks of trial in Yankee Atomic Electric Co. v. United States, No. 98-126C (Fed. Cl.), with the Government's first post-trial brief due on October 15, 2004. Because of this anticipated work and the need to ensure appropriate review of the Government's arguments in these cases, we need the requested additional time to allow us to complete the briefing on the liability motions in this case.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

September 21, 2004 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 21st day of September 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.