# In the United States Court of Federal Claims

**No. 02-926C**

**(Filed September 27, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DETROIT EDISON COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

---

On September 21, 2004, Defendant filed an unopposed motion for an enlargement of time of 29 days, to and including October 20, 2004, within which to file its reply to Plaintiff's response to the Government's cross-motion for summary judgment regarding liability. Good cause having been shown, this motion is **GRANTED**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**