IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DETROIT EDISON COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-926C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of an additional nine days, to and including October 29, 2004, to file its reply to plaintiff's response to the Government's cross-motion for summary judgment regarding liability in this case, dated September 2, 2004. Defendant's reply brief is currently due to be filed on October 20, 2004. Defendant was previously granted an enlargement of time of 30 days for this purpose. Counsel for plaintiff, Daniel Herzfeld, has represented that plaintiff, Detroit Edison Company, does not oppose this request.

As the Court is aware, 60 spent nuclear fuel cases are currently pending before the Court of Federal Claims. Counsel for the plaintiff in this case has recently filed motions for summary judgment regarding liability in six cases in this Court, three of which are pending before Judge Williams and three of which are pending before Judge Lettow. The briefing in each of these cases has been extensive, and the lengthy brief to which

the Government must now reply addresses numerous issues and subissues that we must, in turn, address. The Government's response briefing in the first of the three cases pending before Judge Lettow is not due until November 4, 2005, and the issues in that briefing are substantially similar to those in this case.

In addition to counsel's work upon the recently filed and continuing briefing in the six cases in which liability motions have been filed, counsel for the Government has been extensively involved in two other matters that have taken a significant amount of his time: the Government's extensive post-trial briefing and proposed findings of fact in Yankee Atomic Electric Co. v. United States, No. 98-126C (Fed. Cl.), Connecticut Yankee Atomic Power Co. v. United States, No. 98-154C (Fed. Cl.), and Maine Yankee Atomic Power Co. v. United States, No. 98-474C (Fed. Cl.), which must be filed by November 4, 2004, following a seven-and-a-half week trial; and the Government's response to the plaintiff-appellant's recently filed appellate briefing in Indiana Michigan Power Co. v. United States, No. 04-5122 (Fed. Cir.). In addition, counsel for the Government has been involved in discovery efforts in Tennessee Valley Authority v. United States, No. 01-249C (Fed. Cl.), and Sacramento Municipal Utility District v. United States, No. 98-488C (Fed. Cl.). Further, counsel has been required to devote some attention to the Court's recent order, dated October 14, 2004, in Florida Power & Light

Co. v. United States, No. 98-483C (Fed. Cl.), which has questioned the Court's jurisdiction to entertain these cases.[1] Because of this work and the need to ensure appropriate review of the Government's arguments in these cases, we need the requested additional time to allow us to complete the briefing on the liability motions in this case.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

[1] In addition, the attorney who has been assisting defendant's counsel in the development of the briefing in this case has been required to take and defend depositions in P.R. Contractors, Inc. v. United States, No. 03-30 (Fed. Cl.), throughout October because fact discovery is scheduled to conclude on October 29, 2004. Further, defendant's counsel has been engaged in time-consuming settlement negotiations in Archuleta v. United States, No. 99-205 (Fed. Cl.). Finally, defendant's counsel was required to prepare for oral argument in Carlisle v. United States, No. 03-25 (Fed. Cl.). These efforts have precluded her from devoting sufficient time to complete the Government's reply brief here.

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

October 20, 2004 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 20th day of October 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.