# In the United States Court of Federal Claims

**No. 02-926C**

**(Filed October 26, 2004)**

| | |
|---|---|
| **DETROIT EDISON COMPANY,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME

On October 20, 2004, Defendant filed an unopposed motion for an enlargement of time of 9 days, to and including October 29, 2004, within which to file its reply to Plaintiff's response to the Government's cross-motion for summary judgment regarding liability. Good cause having been shown, this motion is **GRANTED**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**