TABLE OF CONTENTS

PAGE

DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT UPON COUNTS I AND II OF PLAINTIFF'S COMPLAINT AND MOTION TO DISMISS COUNT III OF PLAINTIFF'S COMPLAINT ........ 1

DISCUSSION ........ 1

I. IN RESPONSE TO THE GOVERNMENT'S CROSS-MOTION, DEC DID NOT PRESENT ANY EVIDENCE OF DAMAGE TO PRECLUDE SUMMARY JUDGMENT IN THE GOVERNMENT'S FAVOR UPON LIABILITY FOR BREACH OF CONTRACT ........ 1

A. Incorrectly Assuming That "Breach And "Liability Are Synonymous Terms, DEC Has Failed To Present Any Evidence Of Damage Resulting From DOE's Delay In Beginning Spent Nuclear Fuel Acceptance From Other Contract Holders ........ 1

B. DEC Cannot Recover Damages That It Currently Anticipates Incurring In The Future ........ 4

C. Even If DEC Had Established Some Damage Under Its Theory Of DOE's Obligations, Its Theory Of DOE's Obligations Is Incorrect ....... 6

D. DEC's Explanations About The Reasons It Never Submitted A Delivery Commitment Schedule Are Unsupported ........ 11

E. DEC Cannot Recover Damages Prior To DOE's Failure To Accept Its SNF Under A "Pre-Breach Mitigation" Theory ........ 11

II. DEC HAS FAILED TO PROFFER THE SUBSTANTIAL EVIDENCE NECESSARY TO SUPPORT ITS GOOD FAITH AND FAIR DEALING CLAIM, MANDATING DISMISSAL OF THAT CLAIM ........ 13

III. DEFENDANT'S REQUEST FOR LIMITED DISCOVERY ON LIABILITY ISSUES IS APPROPRIATE UNDER THESE CIRCUMSTANCES ........ 19

CONCLUSION ........ 20

# TABLE OF AUTHORITIES

CASES PAGE(S)

Aleutian Constructors v. United States,
24 Cl. Ct. 372, 384 (1991) .......... 10

Am-Pro Protective Agency, Inc. v. United States,
281 F.3d 1234 (Fed. Cir. 2002) .......... 14, 18

Applied Cos. v. United States,
144 F.3d 1470 (Fed. Cir. 1998) .......... 3, 15

Asco-Falcon II Shipping Co. v. United States,
32 Fed. Cl. 595 (1994) .......... 14

Avenal v. United States,
33 Fed. Cl. 778 (1995), aff'd, 100 F.3d 933 (Fed. Cir. 1996) .......... 3, 15

Barmag Barmer Maschinenfabrik AG v. Murata Machinery, Ltd.,
731 F.2d 831 (Fed. Cir. 1984) .......... 3, 15

Commonwealth Edison Co. v. United States,
56 Fed. Cl. 652 (2003) .......... 11, 17, 18

Cosmo Construction Co. v. United States,
196 Ct. Cl. 463, 451 F.2d 602 (1971) .......... 2

Cotton v. United States,
29 Ct. Cl. 207 (1894) .......... 16

Coughlin v. Blair,
41 Cal. 3d 587, 262 P.2d 305 (1953) .......... 4

Florida Power & Light Co. v. United States,
No. 98-483C, slip op. (Fed. Cl. Oct. 14, 2004) (unpublished) .......... 8

Franklin Savings Corp. v. United States,
56 Fed. Cl. 720 (2003), aff'd, 97 Fed. Appx. 331 (Fed. Cir. 2004) .......... 14

Government Systems Advisors, Inc. v. United States,
21 Cl. Ct. 400, 411, vacated on other grounds, 25 Cl. Ct. 554 (1990) .......... 10

Hoch v. United States,
31 Fed. Cl. 111 (1994) .......... 3, 15

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Indiana Michigan Power Co. v. Department of Energy,
88 F.3d 1272 (D.C. Cir. 1996) ........ 8

Indiana Michigan Power Co. v. United States,
60 Fed. Cl. 639 (2004) ........ 4, 6, 13

Imperial Tobacco Ltd. v. Philip Morris, Inc.,
899 F.2d 1575 (Fed. Cir. 1990) ........ 3

Kaiser v. Northwest Shopping Ctr., Inc.,
587 S.W.2d 454 (Tex. Civ. Ct. 1979) ........ 5

Levi Strauss & Co. v. Genesco, Inc.,
742 F.2d 1401 (Fed. Cir. 1984) ........ 3, 15

Ling-Temco-Vought, Inc. v. United States,
201 Ct. Cl. 135, 475 F.2d 630 (1973) ........ 10

Lucas v. South Carolina Coastal Council,
505 U.S. 1003 (1992) ........ 21

Lujan v. Defenders of Wildlife,
504 U.S. 555 (1992) ........ 6

Middleton v. United States,
175 Ct. Cl. 786 (1966) ........ 12

National By-Products, Inc. v. United States,
186 Ct. Cl. 546, 405 F.2d 1256 (1969) ........ 9

Newman-Green, Inc. v. Alfonzo-Larrain,
490 U.S. 826 (1989) ........ 6

Northern Helex Co. v. United States,
197 Ct. Cl. 118, 455 F.2d 546 (1972) ........ 10

Opryland USA, Inc. v. The Great America Music Show, Inc.,
970 F.2d 847 (Fed. Cir. 1992) ........ 19

Puritan Assocs. v. United States,
215 Ct. Cl. 976 (1977) ........ 2

TABLE OF AUTHORITIES (cont'd)


CASES PAGE(S)

Robinson v. United States,
305 F.3d 1330 (Fed. Cir. 2002) ..... 12

Solar Turbines, Inc. v. United States,
23 Cl. Ct. 142 (1991) ..... 18

Tennessee Valley Authority v. United States,
60 Fed. Cl. 665 (2004) ..... 13, 17

STATUTES AND REGULATIONS

10 C.F.R. § 961.11 ..... passim

48 Fed. Reg. 16590 (Apr. 18, 1983) ..... 8

MISCELLANEOUS

Restatement (Second) of Contracts § 236 (1981) ..... 5

Restatement (Second) of Contracts § 305 (1981) ..... 18

Restatement (Second) of Judgments § 26 (1982) ..... 5

9 A. Corbin, Corbin on Contracts § 946 (interim ed. 1979) ..... 4, 5

Comptroller General Warren to the Secretary of War,
B-28964, 22 Comp. Gen. 291 (1942) ..... 16

Decision by Comptroller General, 3 Comp. Gen. 942 ..... 16

INDEX TO REPLY APPENDIX

DOCUMENT PAGE

Letters from M. Detmer, DOE Contracting Officer, to Gulf States Utilities Company and Detroit Edison Company, dated March 4, 1992, providing accompanying Delivery Commitment Schedule Instructions ........ 1

Transcript of testimony of Christopher Kouts, DOE, from Yankee Atomic Electric Co. v. United States, No. 98-126C (Fed. Cl.), on August 2, 2004 ........ 5

Transcript of testimony of Ronald A. Milner, DOE, from Yankee Atomic Electric Co. v. United States, No. 98-126C (Fed. Cl.), on August 10, 2004 ........ 14

Transcript of testimony of Thomas Pollog, DOE, from Yankee Atomic Electric Co. v. United States, No. 98-126C (Fed. Cl.), on August 4, 2004 ........ 18

Transcript of testimony of David Zabransky, DOE, from Yankee Atomic Electric Co. v. United States, No. 98-126C (Fed. Cl.), on August 5, 2004 ........ 30

Memorandum from Ronald A. Milner, DOE, to John Bartlett, DOE, dated December 20, 1991 ........ 38

Memorandum to Director, Office of Civilian Radioactive Waste Management, dated December 21, 1990 ........ 40

Pages from Civilian Radioactive Waste Management System Requirements Document Revision 5 (DOE/RW-0406), dated January 1999 ........ 41

ATTACHMENT: Declaration of Harold D. Lester, Jr. (following page 42)