# In the United States Court of Federal Claims

**No. 02-926C**

**(Filed February 8, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**DETROIT EDISON COMPANY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT THE RECORD**

On January 27, 2005, Plaintiff filed a motion to supplement its September 9, 2004, "Reply in Support of its Motion for Summary Judgment on Liability and Response in Opposition to Defendant's Motion for Summary Judgment on Counts I and II of Plaintiff's Complaint." Good cause having been shown, this motion is **GRANTED**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**