**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on April 7, 2005)

| | | |
|---|---|---|
| **THE DETROIT EDISON COMPANY,** Plaintiff, | ) | |
| v. | ) | No. 02-926C (Judge Williams) |
| **THE UNITED STATES,** Defendant. | ) | |

**NOTICE OF CHANGE OF ADDRESS**

In accordance with RCFC 83.1(c)(3), the undersigned counsel for Plaintiff The Detroit Edison Company hereby provides notice that, as a result of a law firm merger which became effective on March 31, 2005, the name of his law firm and his e-mail address have changed (although the mailing address, telephone number, and fax number remain the same). The new contact information is set forth below.

Alex D. Tomaszczuk
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
alex.tomaszczuk@pillsburylaw.com

Dated: April 7, 2005

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiff
The Detroit Edison Company

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)