# In the United States Court of Federal Claims

**No. 02-926C**
**(Filed December 20, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DETROIT EDISON COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER REQUESTING SUPPLEMENTAL BRIEFING**

Pending are Defendant's motion for summary judgment on Plaintiff's claims of breach of contract and breach of the implied duty of good faith and fair dealing and Plaintiff's cross-motion for summary judgment on liability. In light of the recent decision of the United States Court of Appeals for the Federal Circuit in Indiana Michigan Power Co. v. United States, 422 F.3d 1369, (2005), as well as decisions recently issued by the Court of Federal Claims, the Court is requesting additional briefing by the parties on any impact these decisions might have on the pending motions. See Boston Edison Co. v. United States, 64 Fed. Cl. 167 (2005); Entergy Nuclear Generation Co. v. United States, 64 Fed. Cl. 336 (2005); Entergy Nuclear Indian Point 2, LLC v. United States, 64 Fed. Cl. 515 (2005); System Fuels, Inc. v. United States, 65 Fed. Cl. 163 (2005); Consolidated Edison Co. v. United States, 67 Fed. Cl. 285 (2005).

As agreed by the parties, Plaintiff and Defendant shall file simultaneous supplemental briefs by **January 20, 2006**, and simultaneous reply briefs no later than **February 9, 2005**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**