IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DETROIT EDISON COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-926C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of seven days, to and including January 27, 2006, for the parties to file their respective supplemental briefs in response to the Court's order dated December 20, 2005. Defendant further requests that the Court grant a corresponding enlargement of seven days, to and including February 16, 2006, within which the parties may file their reply briefing relating to those supplemental briefs. Pursuant to the Court's December 20, 2005 order, the parties' simultaneous supplemental briefs are due on January 20, 2006, and their simultaneous reply briefs are due on February 9, 2006. Neither party has previously requested an enlargement of time for this purpose. Counsel for plaintiff, Alex Tomaszczuk, has represented that plaintiff, Detroit Edison Company, does not oppose this request.

The requested enlargement is necessary because, in addition to the time that counsel for defendant has recently been required to devote to various commitments in all of the spent nuclear fuel

cases, counsel for defendant has been out of the office for part of this week because of a small illness and, further, is now required to report for jury duty on Thursday, January 19, 2006. Accordingly, counsel for defendant has not had sufficient time, and anticipates that he will not have sufficient time, to complete the Government's briefing upon the subjects that the Court identified in its December 20, 2005 order. As a result, to allow us to provide a more complete response to the Court, we respectfully request that the Court grant this unopposed request and provide the parties with an additional seven days within which to submit their supplemental briefs to the Court. Based upon that enlargement, we similarly request that the Court enlarge the time for the parties to file their reply briefs by a corresponding seven days.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

January 18, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 18th day of January 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.