# In the United States Court of Federal Claims

**No. 02-926C**
**(Filed January 20, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DETROIT EDISON COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

---

On January 18, 2006, Defendant filed an unopposed motion for an enlargement of time of seven days, to and including, **January 27, 2006**, for the parties to file their respective supplemental briefs in response to the Court's Order dated December 20, 2005. Defendant also requests an enlargement of time, to and including, **February 16, 2006**, for the parties to file their simultaneous reply briefs. Good cause having been shown, this motion is **GRANTED.**

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**