**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on January 27, 2006)

| | | |
|---|---|---|
| **THE DETROIT EDISON COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | ) | No. 02-926C<br>(Judge Williams) |

**DECLARATION OF WAYNE A. COLONNELLO**

The undersigned, Wayne A. Colonnello, pursuant to 28 U.S.C. § 1746, does hereby declare as follows:

**Background**

1. My name is Wayne A. Colonnello. I am the Director of Nuclear Support for The Detroit Edison Company ("Detroit Edison"), the plaintiff in this case. My business address is The Detroit Edison Company, 2000 Second Avenue, Detroit, Michigan 48226. I give this declaration in support of Detroit Edison's motion for partial summary judgment on the liability of the U.S. Department of Energy ("DOE") for breach of its Standard Contract with Detroit Edison. Unless otherwise indicated, I have first-hand personal knowledge of the facts described herein.

2. In 1982, I received a Bachelor of Science degree in Mechanical Engineering from the University of Michigan-Dearborn. I soon joined Detroit Edison and have worked there ever since. Detroit Edison owns and operates a nuclear power plant that is located in Monroe County,

Michigan, and is known as the Fermi 2 plant. During my employment with Detroit Edison, I have served in a number of management positions at the Fermi 2 plant. Among other positions, I have served as a shift technical supervisor, the director of safety engineering, the supervisor of emergency planning, project manager for nuclear maintenance regulatory compliance, and chairman of the on-site review committee (which is tasked with reviewing the operational and safety impact of design changes to the plant).

3. In 2004, I was assigned to my current position as Director of Nuclear Support. In this position, I am responsible for developing the overall strategic plan and goals with respect to the company's generation of electricity through the use of nuclear energy. These responsibilities include allocating and administering funds for capital projects and for operations and maintenance ("O&M"). This includes responsibility for financial analysis and planning with respect to the storage of the spent nuclear fuel ("SNF") generated by Detroit Edison in the past and on an ongoing basis.

4. Throughout my career at Detroit Edison, I have participated in a number of industry working groups. Most recently, I have participated in a working group concerned with the life cycle management of nuclear assets.

**Costs Incurred by Detroit Edison**
**As a Result of DOE's Non-Performance**

*In General*

5. In June 1983, Detroit Edison signed a Standard Contract with DOE providing that Detroit Edison would pay substantial ongoing annual fees to DOE, in return for which DOE was to begin removing and disposing of the nuclear industry's SNF by January 1998. To date, Detroit Edison has paid DOE approximately $108 million under this Standard Contract, but DOE has yet to begin removing any utility's SNF. Indeed, as is generally known throughout the

nuclear utility industry, DOE long ago announced that it did not expect to begin removing SNF from any utility's plant until the year 2010 at the earliest.

6. As a result of DOE's stated inability to begin removing and disposing of SNF before 2010 and its failure to begin doing so by the deadline in January 1998, Detroit Edison has been incurring significant additional costs of storing SNF at the Fermi 2 plant since 2001 and is almost certain to incur such costs in increasing amounts in the future.

7. The principal costs incurred to date relate to the expansion of an existing wet storage facility, or "spent fuel pool," located at the Fermi 2 plant. This facility is used to temporarily store SNF generated and discharged by the plant, pending the eventual removal and disposal of it by DOE. More recently, Detroit Edison also has begun to incur costs relating to the planned construction of a dry storage facility that will be needed by 2009.

*The Expansion of the Spent Fuel Pool*

8. As of 1995, Detroit Edison projected that it would need additional storage room in its spent fuel pool by 2001 and subsequently obtained regulatory approval to expand the storage capacity of the pool in three phases.

9. In early 2001, Detroit Edison carried out Phase 1 of the expansion by installing additional racks in the spent fuel pool, using previously unused space in the pool. The total cost to Detroit Edison of this expansion was approximately $5.1 million. Had DOE begun to remove and dispose of SNF by the contractual deadline and continued to do so at a reasonable rate thereafter, Detroit Edison would have undertaken a smaller expansion than it did. As much as $1.8 million of the cost of the actual expansion (approximately one-third of its total cost) is attributable solely to the fact that DOE had not begun removing SNF by January 1998 and its announcements that it did not expect to begin doing so until 2010 at the earliest.

10. Beginning in 2005, Detroit Edison began preparing for Phase 2 of the spent fuel pool expansion, which it will implement in early 2007 to accommodate the need for additional storage beginning in late 2007. Unlike the first phase of the expansion, this phase involves "re-racking," which entails removing existing storage racks from the pool and replacing them in a tighter formation that is capable of using the available space more efficiently (that is, storing more fuel rod bundles in a smaller space). But for DOE's continuing failure to begin removing and disposing of SNF, Detroit Edison would not require any of this additional storage capacity. From 2005 through the present, Detroit Edison has incurred expenses of approximately $1.1 million for preliminary engineering work relating to this effort, and it expects to incur additional expenses for this effort of between $6 million and $7 million over the next two years.

*Preliminary Work on Dry Storage Facility*

11. Detroit Edison projects that Phase 2 of the spent fuel pool expansion will accommodate its storage requirements through 2009. Because DOE has not begun to remove and dispose of SNF and has stated that it does not expect to begin doing so until 2010 at the earliest, Detroit Edison decided in 2001 for cost reasons that it would abandon Phase 3 of the spent fuel pool expansion and construct a dry storage facility instead. But for DOE's continuing failure to begin removing and disposing of SNF, Detroit Edison would have no need for a dry storage facility. To date, Detroit Edison has incurred expenses of approximately $1.1 million for preliminary evaluation and design work relating to the dry storage facility.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 27, 2006.

Wayne A. Colonnello