# In the United States Court of Federal Claims

**No. 02-926C**
**(Filed May 9, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DETROIT EDISON COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## STAY ORDER

On January 27, 2006, the parties filed simultaneous supplemental briefs on any impact of several recent decisions of the United States Court of Appeals for the Federal Circuit (Federal Circuit) and United States Court of Federal Claims (COFC) on the pending motions. The parties filed simultaneous supplemental replies on February 16, 2006. In their supplemental briefs, the parties discuss an appeal currently pending before the Federal Circuit, PSEG Nuclear, L.L.C. v. United States, No. 05-5162. The parties agree that the Federal Circuit's decision in PSEG Nuclear could have a precedential effect on the instant case regarding the issue of jurisdiction. Therefore, because PSEG Nuclear has been fully briefed and argued at the Circuit and resolution of the instant case will likely be aided by the Federal Circuit's analysis in PSEG Nuclear, the Court stays this action pending the Federal Circuit's decision in PSEG Nuclear.[1]

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**

[1] If appropriate, the parties may file supplemental briefing in light of the Federal Circuit's decision in PSEG Nuclear.