# In the United States Court of Federal Claims

**No. 02-926C**
**(Filed February 5, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**DETROIT EDISON COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER CONTINUING STAY**

---

On February 1, 2007, the parties filed a joint motion to continue the stay in this case. While both parties agree that the stay should be continued, they differ as to the length of the continuance. Plaintiff requests that the stay be continued through May 31, 2007. Among other reasons, Plaintiff seeks a continuance of the stay pending a decision by the U.S. Court of Appeals for the Federal Circuit on whether to hear an interlocutory appeal of an order in Neb. Pub. Power Dist. v. United States, 73 Fed. Cl. 650 (2006), amended by 2006 WL 3754809 (Fed. Cl. Dec. 19, 2006), which held that the writ of mandamus issued by the U.S. Court of Appeals for the District of Columbia Circuit in Northern States Power Co. v. Dep.'t of Energy, 128 F.3d 754 (D.C. Cir. 1997), is "void" and does not preclude the Government from arguing that it is not liable in this case for partial breach of contract under the "Unavoidable Delays" clause of the Standard Contract. The outcome of such an appeal, if granted, would affect the adjudication of Plaintiff's motion for summary judgment on liability.

Defendant, however, proposes that the stay be continued on a more open-ended basis pending the resolution of other Entergy and Systems Fuels cases that are more procedurally advanced than this case, or until final resolution of a series of appeals of cases that Plaintiff identified in its motion.

The Court believes that, at this time, it should continue the stay on the basis of a reasonable date certain rather than on an open-ended basis as proposed by Defendant. However, the Court is willing, in the future, to consider extending the stay for a significantly longer period of time if the parties establish good cause for doing so.

Good cause having been shown, the Court hereby GRANTS the joint motion and STAYS the case through **May 31, 2007**. In addition, the parties are ORDERED to file, on **May 31, 2007**, a joint status report on further proceedings in this case, including whether the stay should be continued and, if so, the length of time the stay should be extended. If the parties are of the view that a status conference in this case would be useful, then the joint status report should also include three mutually agreeable dates for holding a status conference.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**