**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on May 31, 2007)

| | |
|---|---|
| **THE DETROIT EDISON COMPANY**,<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES**,<br><br>Defendant. | No. 02-926C<br>(Judge Williams) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6 & 6.1, Plaintiff The Detroit Edison Company respectfully requests an enlargement of time of twenty-nine days from May 31, 2007 through June 29, 2007 within which to file with Defendant (the "Government") a joint status report "on further proceedings in this case." Per the Court's February 5, 2007 Order, the parties' joint status report is currently due on May 31, 2007. This is the first enlargement sought by Plaintiff for the filing of the parties' joint status report. Counsel for Plaintiff has contacted counsel for the Government, Mr. Harold Lester, who has represented that the Government does not oppose this motion for enlargement

An enlargement of time of twenty-nine days is necessary due to several ongoing matters in other spent nuclear fuel damages cases before this Court. First, the undersigned counsel for Plaintiff and counsel for the Government have been preparing for a post-trial closing argument on May 31, 2007 in Northern States Power Co. v. United States, No. 98-484C (Wiese, S.J.). Counsel for the parties are also preparing for trial in Boston Edison Co. v. United States, No. 99-447C (Lettow, J.), which case has been consolidated for a limited purpose with Entergy Nuclear Generation Co. v. United States, No. 03-2626C (Lettow, J.). This trial is scheduled to take place

from June 4, 2007 to June 20, 2007. Additionally, counsel for the parties are currently engaged in post-trial briefing in System Fuels, Inc. v. United States, No. 03-2623C (Lettow, J.), a case in which the damages trial concluded on April 18, 2007.

In addition to the trial-related matters described above, counsel for the parties are negotiating the details of a consent order regarding the scope of third-party discovery by the plaintiff in Consol. Edison Co. of New York v. United States, No. 04-0033C (Wheeler, J.). Finally, as the Court is aware, counsel for the parties are currently briefing the "Unavoidable Delays" issue for the interlocutory appeal in Nebraska Public Power Dist. v. United States, No. 2007-5083 (Fed. Cir.).

In light of these ongoing matters, an enlargement of time will facilitate the parties' efforts in reaching a mutually acceptable agreement on whether the stay in this case should be continued (and the length of time for any such stay). See February 5, 2007 Order.

## CONCLUSION

For the foregoing reasons and for good cause shown, Plaintiff respectfully requests an enlargement of time of twenty-nine days from May 31, 2007 through June 29, 2007 for the filing of the parties' joint status report regarding further proceedings in this case.

Dated: May 31, 2007

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
The Detroit Edison Company

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)