# In the United States Court of Federal Claims

**No. 02-926C**

**(Filed: June 4, 2007)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **DETROIT EDISON COMPANY,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

---

**ORDER GRANTING UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

---

On May 31, 2007, Plaintiff filed, pursuant to Rule 6 and 6.1 of the Rules of the Court of Federal Claims, a motion for an enlargement of time of 29 days, to and including **June 29, 2007**, within which to file a joint status report on further proceedings in this case. Good cause having been shown, this motion is **GRANTED.**

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**