**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on June 29, 2007)

| | |
|---|---|
| **THE DETROIT EDISON COMPANY**, Plaintiff, v. **THE UNITED STATES**, Defendant. | No. 02-926C (Judge Williams) |

**JOINT STATUS REPORT**

Pursuant to the Court's February 4, 2007 and June 4, 2007 Orders, Plaintiff and Defendant, the United States, respectfully and jointly submit this status report and recommend the continuation of the stay in this case. As previously detailed to the Court, several of the spent nuclear fuel ("SNF") damages cases in this Court are currently before the U.S. Court of Appeals for the Federal Circuit (the "Federal Circuit"). The resolution of these cases on appeal could inform the Court's adjudication of the instant action. Additionally, several additional SNF damages cases are in the midst of post-trial briefing before various Judges of this Court. Hence, the parties agree that a continuation of the stay in this case until January 7, 2008 is appropriate.

Currently the following four SNF trial decisions are on appeal to the Federal Circuit and these decisions may inform this Court in adjudicating the instant case: (1) *Yankee Atomic Elec. Co. v. United States*, 73 Fed. Cl. 249 (2006), *appeal pending*, Nos. 2007-5025, 2007-5026, 2007-5027, 2007-5031, 2007-5032, 2007-5033 (Fed. Cir.); (2) *Pacific Gas & Elec. Co. v. United States*, 73 Fed. Cl. 333 (2006), *appeal pending*, No. 2007-5046 (Fed. Cir.); (3) *Sacramento Mun.*

*Util. Dist. v. United States*, 70 Fed. Cl. 332 (2006), *appeal pending*, No. 2007-5052 (Fed. Cir.); and (4) *Nebraska Pub. Power Dist. v. United States*, 73 Fed. Cl. 650, *certified for appeal*, 74 Fed. Cl. 762 (2006), *appeal pending*, No. 2007-5083 (Fed. Cir.). In each of these cases, the appellee (whether a utility or the United States) has yet to file its initial brief and, therefore, the briefing has not yet been completed in any of these cases.

Finally, four SNF cases involving counsel for both Plaintiff and Defendant are in the process of conducting post-trial briefing or have been submitted after post-trial briefing: (1) *System Fuels, Inc. v. United States*, No. 03-2624C (Braden, J.); (2) *System Fuels, Inc. v. United States*, No. 03-2623C (Lettow, J.); (3) *Northern States Power Co. v. United States*, No. 98-484C (Wiese, S.J.); and (4) *Boston Edison Co. v. United States*, No. 99-447 (Lettow, J.), which case has been consolidated for a limited purpose with *Entergy Nuclear Generation Co. v. United States*, No. 03-2626C (Lettow, J.).

Thus, consistent with the parties' representations in their previous filings in this action, multiple spent fuel cases continue to proceed on various fronts that could inform the Court's resolution of various issues in this case. The parties respectfully submit that the stay in this case should be continued through January 7, 2008.

Dated: June 29, 2007

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Detroit Edison Company

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr. by s/ Daniel S. Herzfeld
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tele: (202) 616-0478
Fax: (202) 307-2503
Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585