**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on January 7, 2008)

| | | |
|---|---|---|
| **THE DETROIT EDISON COMPANY**, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-926C<br>(Judge Williams) |
| **THE UNITED STATES**, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6 & 6.1, Plaintiff Detroit Edison Company, respectfully requests an enlargement of time of 30 days through February 6, 2008 to respond to the Court's July 2, 2007 Order. In this regard, this Court's July 2, 2007 Order directed the parties to file a joint status report on or before January 7, 2008 updating the Court regarding whether the parties wish to proceed or continue the stay in this case. Counsel for Plaintiff has spoken with counsel for Defendant, who has represented that Defendant does not oppose Plaintiff's motion for an enlargement of time. This is Plaintiff's first motion for an enlargement of time to respond to the Court's July 2, 2007 Order.

Plaintiff requests this enlargement of time because key management personnel require additional time to consider whether to proceed with active litigation or continue the stay in this case. In particular, certain management personnel are currently out of the country and unavailable for consultation regarding this case. Due to the recent holiday season and the personnel currently out of the country, Plaintiff needs additional time to review the matter

internally, consult with counsel for the Government and respond to the Court's July 2, 2007 order.

For the foregoing reason, Plaintiff respectfully requests that this Court grant an enlargement of 30 days through February 6, 2008 to file a joint status report.

Dated: January 7, 2008

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Detroit Edison Company

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)