# In the United States Court of Federal Claims

**No. 02-926C**
**(Filed: February 6, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THE DETROIT EDISON COMPANY,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

---

On February 6, 2008, Plaintiff filed an unopposed motion for an enlargement of time of 28 days, to and including **March 5, 2008**, within which to file a joint status report on further proceedings in this case. This motion is **GRANTED.**

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**