IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DETROIT EDISON COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 02-926C<br>(Judge Williams) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of nine days, to and including March 14, 2008, for the parties to file a joint status report in this case. Currently, the parties' report is due to be filed on March 5, 2008. Although plaintiff, Detroit Edison Company ("Detroit"), has previously requested and has been granted enlargements of time for this purpose, defendant has not previously sought an enlargement for this purpose. Counsel for plaintiff, Alex Tomaszczuk, has represented that Detroit does not oppose this request.

Counsel for plaintiff provided counsel for defendant with Detroit's position regarding a continuation of the existing stay in this case on Monday, March 3, 2008. Counsel for defendant needs time to evaluate Detroit's position and develop an appropriate response to it in consultation with his supervisor at the Department of Justice. However, counsel is presently engaged in several other activities that preclude him from devoting his

full attention to this matter, including, but not limited to, preparation of the Government's initial brief in another spent nuclear fuel ("SNF") case, Delmarva Power & Light Co. v. United States, No. 2008-5010 (Fed. Cir.), which is currently due to be filed on March 12, 2008; a response to the Court's request for supplemental briefing on a takings issue in another SNF case, Consumers Energy Co. v. United States, No. 02-1894C (Fed. Cl.), which is due on March 7, 2008; submission of several expert reports in Southern California Edison Co. v. United States, No. 04-109C (Fed. Cl.), which are due to be served on March 7, 2008; preparation of initial disclosures in PSEG Nuclear L.L.C. v. United States, No. 01-551C (Fed. Cl.), which is due on March 14, 2008; and preparation of pre-trial motions in Dominion Resources, Inc. v. United States, Nos. 04-83C & -84C (Fed. Cl.), which are due to be filed on March 17, 2008.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
Jeanne E. Davidson
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0478
Fax: (202) 307-2503

March 5, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 5th day of March 2008, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.