# In the United States Court of Federal Claims

**No. 02-926C**
**(Filed: March 6, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THE DETROIT EDISON COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

---

On March 5, 2008, Defendant filed an unopposed motion for an enlargement of time of nine days, to and including **March 14, 2008**, for the parties to file a joint status report on further proceedings in this case. Good cause having been shown, this motion is **GRANTED.**

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**