IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DETROIT EDISON COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 02-926C<br>(Judge Williams) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of six days, to and including March 20, 2008, for the parties to file a joint status report in this case. Currently, the parties' report is due to be filed on March 14, 2008. Defendant was previously granted an enlargement of nine days for this purpose. Counsel for plaintiff, Alex Tomaszczuk, has represented that Detroit does not oppose this request.

Counsel for plaintiff provided counsel for defendant with Detroit's position regarding a continuation of the existing stay in this case on Monday, March 3, 2008. Counsel for defendant had hoped to complete an evaluation of and respond to that position by the current deadline, but needs additional time to complete that effort in consultation with his supervisor at the Department of Justice. Counsel is presently engaged in several other activities that preclude him from devoting his full attention to this matter, including, but not limited to, preparation of the Government's initial brief in another spent nuclear fuel ("SNF")

case, Delmarva Power & Light Co. v. United States, No. 2008-5010 (Fed. Cir.), which was filed on March 12, 2008; preparation of initial disclosures in PSEG Nuclear L.L.C. v. United States, No. 01-551C (Fed. Cl.), which were served on March 13, 2008; preparation of pre-trial motions in Dominion Resources, Inc. v. United States, Nos. 04-83C & -84C (Fed. Cl.), which are due to be filed on March 17, 2008; and participation in an out-of-town deposition in another SNF case on March 14, 2008.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
Jeanne E. Davidson
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0478
Fax: (202) 307-2503

March 13, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 13th day of March 2008, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.