# In the United States Court of Federal Claims

**No. 02-926C**
**(Filed: March 14, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **THE DETROIT EDISON COMPANY,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

---

On March 13, 2008, Defendant filed an unopposed motion for an enlargement of time of six days, to and including **March 20, 2008**, for the parties to file a joint status report on further proceedings in this case. Good cause having been shown, this motion is **GRANTED.**

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**