# In the United States Court of Federal Claims

**No. 02-926C**

**(Filed March 27, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **DETROIT EDISON COMPANY,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

---

**ORDER SCHEDULING STATUS CONFERENCE**

---

In accordance with the agreement of the parties, the Court will convene a telephonic status conference on **April 4, 2008 at 11:30 a.m.** The Court will initiate the teleconference.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**