# In the United States Court of Federal Claims

**No. 02-926C**
**(Filed: April 4, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THE DETROIT EDISON COMPANY,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

The Court held a conference with the parties on April 4, 2008, to set a schedule for discovery, pretrial and trial and to address other outstanding issues with the parties. In accordance with the representations made by the parties, the Court **LIFTS** the stay imposed in this case and schedules the following:

1. **Rule 26 Disclosures**. All disclosures under Rule 26 of the Rules of the U.S. Court of Federal Claims shall be made no later than **June 2, 2008.**

2. **Discovery**. All fact and expert discovery, including all depositions, shall conclude on or before **October 1, 2009**. In order to achieve this deadline, the parties shall make witnesses available for deposition at reasonably convenient locations and times. The parties are reminded that the rules of the Court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witness were then present and testifying. . . ." See RCFC 32(a).

3. **Expert Discovery**. The parties do anticipate calling expert witnesses. The deadline for service of Plaintiff's expert identifications and reports (with supporting records) shall be **October 1, 2008**. Plaintiff shall supplement its damage claims to include costs through December 31, 2008 by March 4, 2009. The Government shall serve its expert reports by **July 3, 2009**.

4. **Meeting of Counsel**. The parties shall meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibit and witness lists, on or before **October 15, 2009.**

5. **Memorandum of Contentions of Fact and Law**. In accordance with RCFC Appendix A ¶ 14, Plaintiff shall file its Memorandum of Contentions of Fact and Law (Memorandum) on or before **October 30, 2009.** Defendant shall file its responsive Memorandum on or before **November 20, 2009**. Each Memorandum shall be accompanied by witness lists and exhibit lists and any motions contemplated by Appendix A ¶¶ 14, 15 and 16. Any objection to a witness or exhibit not made in the Memorandum or a separate motion filed on the same date shall, if the objection is of a type that could reasonably have been identified at the time of such filing, be deemed waived absent a showing of a compelling reason for the failure.

6. **Joint Witness and Exhibit List**. The parties will file a joint witness list and joint exhibit list, using the template attached, on or before **November 27, 2009.** The joint exhibit list should be completed as follows: (I) Joint stipulated exhibits, to be numbered J1, J2, etc., (ii) Plaintiff's exhibits to be numbered P1, P2, etc.; (iii) Defendant's exhibits to be numbered D1, D2, etc.; (iv) Plaintiff's objections to Defendant's exhibits, if any, including the basis for each objection; and (v) Defendant's objections to Plaintiff's exhibits, if any, including the basis for each objection.

The actual exhibits shall be brought to the trial by the parties with sufficient copies, including one for the witness, two for the court and the official copy to be submitted to the court reporter. The exhibits shall be numbered and compiled in a loose-leaf/3-ring binder. Unbound submissions, such as maps, photographs, physical evidence and charts, may be submitted. Reduced copies of charts and photographs should be included in the binder, when possible.

7. **Pretrial Conference**. The Court will hold the Final Pretrial Conference on **December 1, 2009**, at **10:30, via telephone**. The parties shall identify and file a copy of any exhibit as to which an objection remains outstanding no later than **November 27, 2009,** so that such objections may be discussed at the pretrial conference. The parties shall be prepared to argue any outstanding motions in limine at the pretrial conference. The parties shall notify each other of the names of witnesses and the order in which they will testify no less than forty-eight hours prior to that witness's testimony, using the scheduling template attached hereto. A copy of the attached template will be, at the request of a party, provided to the party in electronic form by the court.

8. **Trial**. Trial will be conducted on **December 7, 2009 through December 18, 2009** in a location to be announced. In accordance with the attached trial schedule, trial will begin at 9:00 a.m. each day, and conclude at 5:00 p.m. unless the court otherwise orders. During each day of trial, the court anticipates taking a 15-minute mid-morning recess, a one-hour luncheon recess and one 15-minute mid-afternoon recess. Subject to the availability of the courtroom, the court is willing to sit late to accommodate the schedules of witnesses.

Defendant shall contact chambers as to a time when it intends to file a motion to stay the disposition of outstanding dispositive motions and to file any supplemental briefing informing the Court of new precedent since the conclusion of previous briefing.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**

**DETROIT EDISON CO. V. UNITED STATES (02-926C)**
**LIST OF DEFENDANT'S TRIAL EXHIBITS**

| D EX# | DATE | DESCRIPTION OF EXHIBITS AND WITNESSES | ACTION | NOTES |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**DETROIT EDISON CO. V. UNITED STATES (02-926C)**
**LIST OF PLAINTIFF'S TRIAL EXHIBITS**

| P EX# | DATE | DESCRIPTION | WITNESS | ACTION | NOTES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## DETROIT EDISON CO. V. UNITED STATES (02-926C)
## LIST OF JOINT TRIAL EXHIBITS

| J EX# | DATE | DESCRIPTION | OBJECTION (IF ANY) | NOTES |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |