IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DETROIT EDISON COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-926C |
| v. | ) | (Judge Williams) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO SCHEDULE SUPPLEMENTAL BRIEFING WITH RESPECT TO THE PENDING SUMMARY JUDGMENT MOTIONS REGARDING THE RATE OF SPENT NUCLEAR FUEL ACCEPTANCE AND GREATER THAN CLASS C WASTE

Defendant, the United States, respectfully requests that the Court defer its consideration of, and schedule supplemental briefing concerning, the following pending dispositive motions: (1) "Defendant's Motion For Summary Judgment Upon Counts I and II Of Plaintiff's Complaint," filed on November 21, 2002, and the corresponding "Opposition To Defendant's Motion For Summary Judgment Upon Counts I And II And Cross-Motion For Partial Summary Judgment On The Acceptance Rate," that the plaintiff, Detroit Edison Company ("Detroit Edison") filed on December 19, 2002 (collectively, the "rate of acceptance motions"); and (2) Defendant's Motion For Partial Summary Judgment Regarding Plaintiff's Greater Than Class C Radioactive Waste Argument," filed on January 3, 2003.[1] Specifically, we request that the Court issue an order permitting the Government to file supplemental briefing addressing the effect of the United States Court of Appeals for the Federal Circuit's forthcoming decisions in

[1] As the Court is aware, with regard to plaintiff's May 28, 2004 summary judgment motion on liability, which is the only other outstanding dispositive motion before the Court, we filed a motion on April 18, 2008, asking the Court to defer consideration of that motion until issuance of the United States Court of Appeals for the Federal Circuit's decision in Nebraska Public Power District v. United States, No. 2007-5083 (Fed. Cir.).

two related spent nuclear fuel cases, Yankee Atomic Electric Co. v. United States, No. 2007-5025 (Fed. Cir.), and Pacific Gas & Electric Co. v. United States, No. 2007-5046 (Fed. Cir.), upon the rate of acceptance and GTCC motions in this case, within 30 days after the issuance of those appellate decisions, and that the plaintiff be permitted to file a response in due course to the Government's supplemental brief. Counsel for the plaintiff, Alex Tomaszczuk, has indicated that Detroit Edison does not oppose this request.[2]

On February 4, 2008, the Federal Circuit heard oral arguments for the appeals in Yankee Atomic and Pacific Gas. These appeals, in which oral argument was heard consecutively before the same panel, address the precise issues that the parties dispute in the pending rate of acceptance and GTCC motions in this case. Because these appeals have been argued, judicial efficiency militates towards deferring the Court's consideration of the rate of acceptance and GTCC motions pending the outcome of Yankee Atomic and Pacific Gas. This Court has broad discretion to manage its docket, which includes the decision to defer ruling upon certain motions until an appropriate point in the litigation. See, e.g., Amada v. Microsoft Corp., 517 F.3d 1353, 1358 (Fed. Cir. 2008) (district courts "are afforded broad discretion to control and manage their dockets, including the authority to decide the order in which they hear and decide issues pending before them"). The Federal Circuit's determination with respect to these issues will be binding upon this Court, and there is no reason to require the parties either to relitigate these issues anew

---

[2] In response to the Court's directive to contact chambers "as to a time when [defendant] intends to file a motion to stay the disposition of outstanding dispositive motions and to file any supplemental briefing informing the Court of new precedent since the conclusion of previous briefing," Order, at 3 (Fed. Cl. Apr. 4, 2008), the Government submitted a letter to the Court on April 11, 2008, in which we requested that the Court schedule supplemental briefing on the rate of acceptance and GTCC motions within 30 days of the Federal Circuit's decisions in Yankee Atomic and Pacific Gas. By this unopposed motion, we renew that request.

or to proceed under a set of assumptions that may be undermined on appeal, as either scenario could result in a waste of the parties' and the Court's scare resources. Therefore, in the interest of judicial economy and to aid the orderly development of precedent, the Government respectfully requests that the Court issue an order directing the Government to file supplemental briefing, within 30 days after the issuance of the appellate decisions in Yankee Atomic and Pacific Gas, addressing the effect of the Federal Circuit's decisions upon the rate of acceptance and GTCC motions in this case, and that Detroit Edison be permitted to file a response to the Government's supplemental briefing in due course.

Accordingly, for the foregoing reasons, the United States respectfully requests that the Court grant this unopposed motion.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Patrick B. Bryan
PATRICK B. BRYAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

Washington, D.C. 20530
Tel: (202) 616-8299
Fax: (202) 305-2503

May 5, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I certify that on this the 5th day of May, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO SCHEDULE SUPPLEMENTAL BRIEFING WITH RESPECT TO THE PENDING SUMMARY JUDGMENT MOTIONS REGARDING THE RATE OF SPENT NUCLEAR FUEL ACCEPTANCE AND GREATER THAN CLASS C WASTE," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Patrick B. Bryan