# In the United States Court of Federal Claims

**No. 02-926C**
**(Filed: May 5, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**THE DETROIT EDISON COMPANY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING UNOPPOSED MOTION TO SCHEDULE SUPPLEMENTAL BRIEFING ON PENDING SUMMARY JUDGMENT MOTIONS**

---

On May 5, 2008, Defendant filed an unopposed motion to schedule supplemental briefing for (a) the cross-motions for summary judgment on the rate of acceptance, filed November 22, 2002 and December 19, 2002 , respectively, and (b) Defendant's motion for partial summary judgment regarding Plaintiff's greater than Class C waste argument, filed January 3, 2003. Defendant requests that this Court issue an order permitting Defendant to file supplemental briefing addressing the effect of the Federal Circuit's decisions in Yankee Atomic Electric Co. v. United States, No. 2007-5025 (Fed. Cir), and Pacific Gas & Electric Co. v. United States, No. 2007-5046 (Fed. Cir.) on these motions, within 30 days after the issuance of those appellate decisions. Good cause having been shown, Defendant's motion is **GRANTED**.

1. Defendant shall file its supplemental brief on the cross-motions for summary judgment on the rate of acceptance no later than 30 days after the Federal Circuit issues its decisions in Yankee Atomic Electric Co. v. United States, No. 2007-5025 (Fed. Cir), and Pacific Gas & Electric Co. v. United States, No. 2007-5046 (Fed. Cir.).

2. Plaintiff shall file its response to Defendant's supplemental brief no later than 30 days after Defendant files its supplemental brief.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**