# In the United States Court of Federal Claims

**No. 02-926C**
**(Filed: July 24, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THE DETROIT EDISON COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED AND SUPPLEMENTAL COMPLAINT

---

On July 22, 2008, Plaintiff filed a motion for leave to file an amended and supplemental complaint in this case. A copy of the proposed amended and supplemental complaint was filed as an exhibit to the motion. The motion states that the Defendant does not oppose this motion. Absent objection, the Court GRANTS Plaintiff's motion. Plaintiff shall formally file its amended and supplemental complaint no later than 10 days from the date of this order. Defendant shall file its answer to the amended and supplemental complaint in accordance with the Rules.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**