IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DETROIT EDISON COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 02-926C<br>(Judge Williams) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND SUPPLEMENTAL COMPLAINT

Pursuant to RCFC 6(b), defendant, the United States, respectfully requests a 45-day enlargement of time, to and including October 2, 2008, within which to file its answer to the "First Amended Complaint And Supplemental Complaint" that the plaintiff, The Detroit Edison Company ("Detroit Edison"), filed on July 31, 2008. Pursuant to RCFC 15(a), the Government's answer in response to Detroit Edison's amended and supplemental complaint is due on August 18, 2008. This is the Government's first request for an enlargement of time for this purpose. Counsel for Detroit Edison, Alex Tomaszczuk, has indicated that Detroit Edison does not oppose this motion.

On August 7, 2008, the United States Court of Appeals for the Federal Circuit issued decisions in several related spent nuclear fuel ("SNF") cases: Yankee Atomic Elec. Co. v. United States, 73 Fed. Cl. 249 (2006), Nos. 2007-5025, 2007-5026, 2007-5027, 2007-5031, 2007-5032, 2007-5033 (Fed. Cir.); Pacific Gas & Elec. Co. v. United States, 73 Fed. Cl. 333 (2006), No. 2007-5046 (Fed. Cir.); and Sacramento Mun. Util. Dist. v. United States, 70 Fed. Cl. 332 (2006), No. 2007-5052 (Fed. Cir.). If they become final, these rulings are likely to significantly affect the course of proceedings in this matter, as well as the many other SNF cases

now pending before this Court. Presently, we are studying these new decisions so that we may confer internally within the Department of Justice and the Department of Energy to assess how these appellate decisions may affect the Government's positions in the pending SNF cases before the Court. Unfortunately, many of the Government representatives whose input is required as part of this process are either currently on annual leave or are soon departing for pre-scheduled leave. An enlargement of 45 days for the filing of the Government's answer in this case will greatly aid the United States in its effort to provide the Court a well-considered responsive pleading to Detroit Edison's July 31, 2008 amended and supplemental complaint. To afford the Government sufficient time to complete its assessment of the Federal Circuit's rulings in Yankee Atomic, PG&E, and SMUD so that we may provide the Court the Government's position with regard to proceeding in this case, we respectfully request that the Court grant this unopposed motion for a 45-day enlargement of time.

Accordingly, for the foregoing reasons, the United States respectfully requests that the Court grant this unopposed motion.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Patrick B. Bryan
PATRICK B. BRYAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-8299
Fax: (202) 305-2503

August 18, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I certify that on this the 18th day of August, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND SUPPLEMENTAL COMPLAINT," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Patrick B. Bryan