# In the United States Court of Federal Claims

**No. 02-926C**
**(Filed: August 19, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**THE DETROIT EDISON COMPANY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

---

On August 18, 2008, Defendant filed an unopposed motion for an enlargement of time of 45 days, to and including **October 2, 2008**, within which to file its answer to Plaintiff's first amended complaint and supplemental complaint. Good cause having been shown, this motion is **GRANTED.**

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**