IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DETROIT EDISON COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-926C |
| v. | ) | (Judge Williams) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE SUPPLEMENTAL BRIEFING ON THE PENDING MOTIONS FOR SUMMARY JUDGMENT REGRADING THE RATE OF SPENT NUCLEAR FUEL ACCEPTANCE AND GREATER THAN CLASS C WASTE

Pursuant to RCFC 6(b), defendant, the United States, respectfully requests an enlargement of time – through and including the 30th day after the decisions issued on August 7, 2008, by the United States Court of Appeals for the Federal Circuit in Yankee Atomic Electric Co. v. United States, No. 07-5025 (Fed. Cir., Aug. 7, 2008), and Pacific Gas & Electric Co. v. United States, No. 07-5046 (Fed. Cir., Aug. 7, 2008), become final, unappealable judgments – within which to file our supplemental briefing concerning the following pending summary judgement motions in this case, pursuant to the Court's May 5, 2008 scheduling order: (1) "Defendant's Motion For Summary Judgment Upon Counts I and II Of Plaintiff's Complaint," filed on November 21, 2002, and the corresponding "Opposition To Defendant's Motion For Summary Judgment Upon Counts I And II And Cross-Motion For Partial Summary Judgment On The Acceptance Rate", that the plaintiff, Detroit Edison Company ("Detroit Edison") filed on December 19, 2002 (the "rate of acceptance motions"); and (2) "Defendant's Motion For Partial Summary Judgment Regarding Plaintiff's Greater Than Class C Radioactive

Waste Argument," filed on January 3, 2003 (the "GTCC motion") (collectively, the "pending summary judgment motions").[1]

In the Court's May 5, 2008 scheduling order, the Court ordered the Government to file supplemental briefing on the pending summary judgment motions "no later than 30 days after the Federal Circuit issues its decisions in Yankee Atomic Co. v. United States, No. 2007-5025 (Fed. Cir.), and Pacific Gas & Electric Co. v. United States, No. 2007-5046 (Fed. Cir.)," and further ordered Detroit Edison to file its responsive supplemental brief "no later than 30 days after Defendant files its supplemental brief." Because the Federal Circuit issued its decisions in Yankee Atomic Electric Co. v. United States, No. 07-5025 (Fed. Cir., Aug. 7, 2008), and Pacific Gas & Electric Co. v. United States, No. 07-5046 (Fed. Cir., Aug. 7, 2008), on August 7, 2008, based upon our understanding of the Court's May 5, 2008 order, our supplemental brief is currently due on September 8, 2008. This is the Government's first request for an enlargement of time for this purpose. Counsel for Detroit Edison, Alex Tomaszczuk, has indicated that Detroit Edison does not oppose this motion.

Our enlargement request is necessary in light of the fact that, if they become final, the Federal Circuit's rulings in Yankee and PG&E are likely to significantly affect the course of proceedings in this matter, as well as the many other SNF cases now pending before this Court. Consequently, we presently are studying these new decisions so that we may confer internally within the Department of Justice and the Department of Energy to assess how these appellate

[1] As the Court is aware, on May 30, 2008, the Court issued an order granting the Government's request to defer judgment on Detroit Edison's May 28, 2004 summary judgment motion on liability, which is the only other outstanding dispositive motion before the Court, until after the issuance of the Federal Circuit's decision in Nebraska Public Power District v. United States, No. 2007-5083 (Fed. Cir.).

decisions may affect the Government's positions in the pending SNF cases before the Court. Unfortunately, many of the Government representatives whose input is required as part of this process are either currently on annual leave or are soon departing for pre-scheduled leave. An enlargement of time for the filing of the Government's supplemental brief on the pending summary judgment motions in this case will greatly aid the United States in its effort to provide the Court a well-considered responsive brief in response to the Court's May 5, 2008 order. Additionally, because there is uncertainty at this time as to when the Federal Circuit's August 7, 2008 decisions in Yankee and PG&E will become final judgments, given the possibility that one or more of the parties to those appeals may seek additional review of the decisions, principles of judicial economy militate in favor of the requested enlargement to avoid any unnecessary or duplicative briefing concerning the effect of the Federal Circuit's decisions upon the pending summary judgment motions. Hence, in the interest of judicial economy, and to afford the Government sufficient time to complete its assessment of the Federal Circuit's rulings in Yankee Atomic and PG&E so that we may provide the Court with the Government's position regarding the pending summary judgment motions in this case, there is good cause for the Court to grant this unopposed enlargement motion.

Accordingly, for the foregoing reasons, the United States respectfully requests that the Court grant our unopposed enlargement motion by amending the briefing schedule set forth in the Court's May 5, 2008 scheduling order (1) to require the Government to submit its supplemental brief concerning the pending summary judgment motions no later than 30 days after the date on which the Yankee and PG&E decisions become final and no longer susceptible

of further judicial review; and (2) to require Detroit Edison to submit its responsive supplemental brief no later than 30 days after the date on which the Government files its supplemental brief.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Patrick B. Bryan
PATRICK B. BRYAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-8299
Fax: (202) 305-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

August 20, 2008

CERTIFICATE OF FILING

I certify that on this the 20th day of August, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE SUPPLEMENTAL BRIEFING ON THE PENDING SUMMARY JUDGMENT MOTIONS ON THE RATE OF SPENT NUCLEAR FUEL ACCEPTANCE AND GREATER THAN CLASS C WASTE," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Patrick B. Bryan