# In the United States Court of Federal Claims

**No. 02-926C**
**(Filed: September 2, 2008)**

| | |
|---|---|
| **THE DETROIT EDISON COMPANY,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

On August 20, 2008, Defendant filed an unopposed motion for an enlargement of time to file supplemental briefing on the pending summary judgment motions regarding the rate of spent nuclear fuel acceptance and greater than Class C waste. Defendant seeks the Court to amend the briefing schedule by (1) directing Defendant to file its supplemental brief no later than 30 days after the date on which the appeals of Yankee Atomic Co. v. United States, No. 2007-5025 (Fed. Cir) and Pacific Gas & Electric Co. v. United States, No. 2007-5046 (Fed. Cir) become final and no longer susceptible of further judicial review, and (2) directing Plaintiff to file its responsive supplemental brief no later than 30 days after the date on which Defendant files its supplemental brief. Good cause having been shown, this motion is **GRANTED.**

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**