# In the United States Court of Federal Claims

No. 02-926C
(Filed: April 16, 2010)

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                              *
THE DETROIT EDISON COMPANY,                   *
                                              *
            Plaintiff,                        *
                                              *
      v.                                      *
                                              *
THE UNITED STATES,                            *
                                              *
            Defendant.                        *
                                              *
                                              *
* * * * * * * * * * * * * * * * * * * * * * * *
```

_____

## SCHEDULING ORDER
_____

On April 16, 2010, the Court heard closing arguments in this matter, wherein supplemental briefing was requested. Based on agreement of the parties, the Court sets the following schedule for supplemental briefing:

1. Plaintiff shall file any supplemental briefing on or before **April 23, 2010**.

2. Defendant shall file any supplemental briefing on or before **April 30, 2010**.

s/Mary Ellen Coster Williams_____
**Mary Ellen Coster Williams**
**Judge**